≈AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

**APPEARANCE**

United States of America

v.

PokerStars; Full Tilt Poker, et al.

Case Number: 11 Civ. 2564 (LBS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

United States of America

I certify that I am authorized to practice in this court.

May 11, 2011
Date

/s/
Signature

Jason H. Cowley     NC-32636
Print Name          Bar Number

One Saint Andrew's Plaza
Address

New York, New York 10007
City          State          Zip Code

(212) 637-2479        (212) 637-0421
Phone Number          Fax Number