IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>POKERSTARS *ET AL*.<br><br>Defendants,<br><br>and<br><br>ALL RIGHT TITLE AND INTEREST IN THE PROPERTIES LISTED IN SCHEDULE B,<br><br>Defendants *in rem*. | Case No. 11-cv-02564 (LBS)<br><br>VERIFIED CLAIM |

Verified Claim to Defendants *In Rem*

I, Chad Elie, have a legal ownership/possessory interest in certain of the defendants *in rem* that are identified as funds seized from accounts listed in Schedule B attached to the Civil Forfeiture Complaint in the above-captioned civil action (11-cv-02564) under the following enumerated paragraphs: 1-15, 18-20, 52-54, 68. I intend to contest the proposed forfeiture and submit this verified claim to such properties for that purpose.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON JUNE _15_, 2011.

/s/ Chad Elie
Chad Elie
Claimant

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June, 2011, I caused this Verified Claim to be served on government counsel of record by placing the same in First Class Mail, postage paid, addressed as follows:

Sharon Cohen Levin
Michael D. Lockard
Jason H. Cowley
Assistant U.S. Attorneys
United States Attorney's Office
One St. Andrew's Plaza
New York, NY 10007

_____
Chad Elie