AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| United States of America )<br>*Plaintiff* )<br>v. )<br>Pokerstars, et. al. )<br>*Defendant* ) | Case No.   11 cv 2564 (LBS) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LST FINANCIAL, INC.  - defendant-in-rem

Date:   06/16/2011

s/ Michael F. Bachner
*Attorney's signature*

Michael F. Bachner (MB 7719)
*Printed name and bar number*

Bachner & Associates, P.C.
26 Broadway, Suite 2310
New York, New York 10004

*Address*

mb@bhlawfirm.com
*E-mail address*

(212) 344-7778
*Telephone number*

(212) 344-7774
*FAX number*