UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  - v. -<br><br>POKERSTARS, et. al.<br><br>    Defendants;<br><br>LST FINANCIAL, INC., et. al.<br><br>    Defendants-in-rem. | Civil Action No. 11 CV 2564 (LBS)<br><br>*Document Electronically Filed* |

## CLAIM FOR SEIZED PROPERTY

  LST FINANCIAL, INC. which resides at 7333 Caribou Street, San Antonio, Texas hereby makes claim to the Defendant property contained in five (5) bank accounts belonging to LST FINANCIAL, INC, which is the named account holder for all five accounts, as denoted in Exhibit H of Plaintiff's Verified Complaint (Dkt. 8). These five (5) bank accounts are as follows:

  (1) All funds on deposit at Four Oaks Bank and Trust Company, Four Oaks, North Carolina, in account number 520055501, held in the name of LST FINANCIAL, and all property traceable thereto;

  (2) All funds on deposit at Four Oaks Bank and Trust Company, Four Oaks, North Carolina, in account number 520057101, held in the name of LST FINANCIAL, and all property traceable thereto;

(3) All funds on deposit at Four Oaks Bank and Trust Company, Four Oaks, North Carolina, in account number 520064401, held in the name of LST FINANCIAL, and all property traceable thereto;

(4) All funds on deposit at Four Oaks Bank and Trust Company, Four Oaks, North Carolina, in account number 520065201, held in the name of LST FINANCIAL, and all property traceable thereto; and

(5) All funds on deposit at Four Oaks Bank and Trust Company, Four Oaks, North Carolina, in account number 520069501, held in the name of LST FINANCIAL, and all property traceable thereto.

I.

LST FINANCIAL, INC. has the right to make this claim by virtue of the fact that they are the owner of the claimed property.

II.

The property should be returned to Claimant for the reason that said property was not and is not subject to seizure or forfeiture pursuant to Title 18, United States Code, Section 983(d). Claimant would further show that no probable cause existed for the seizure of such property and such property was unlawfully seized.

Dated: New York, New York
June 16, 2011

Respectfully submitted,

BACHNER & ASSOCIATES, P.C.

BY: _____/s/_____

Michael F. Bachner (MB 7719)

*Attorneys for Defendant-in-rem LST Financial, Inc.*
26 Broadway, Suite 2310
New York, New York 10004
(212) 344-7778

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  - v. -<br><br>POKERSTARS, et. al.<br><br>    Defendants;<br><br>LST FINANCIAL, INC., et. al.<br><br>    Defendants-in-rem. | Civil Action No. 11 CV 2564 (LBS)<br><br>*Document Electronically Filed* |

## **DECLARATION OF MICHAEL F. BACHNER**

MICHAEL F. BACHNER, of full age, hereby declares as follows:

1. I am an attorney admitted to practice before this Court and a principal associated with the firm Bachner & Associates, P.C., which represents defendant-in-rem LST FINANCIAL, INC. in the above-captioned action and I am duly authorized to make this claim on behalf of LST FINANCIAL, INC.

2. I have read the foregoing Claim for Seized Property and every factual allegation contained therein is true and correct to the best of my knowledge.

Dated: June 16, 2011

                     /s/
                 MICHAEL F. BACHNER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    - v. -<br><br>POKERSTARS, et. al.<br><br>           Defendants;<br><br>LST FINANCIAL, INC., et. al.<br><br>           Defendants-in-rem. | Civil Action No. 11 CV 2564 (LBS)<br><br>*Document Electronically Filed* |

### AFFIDAVIT OF GREGORY COLTON

**STATE OF TEXAS**         §
                                      §
**COUNTY OF BEXAR**    §

GREGORY COLTON declares under the penalty of perjury that:

1.     I am over the age of eighteen (18) years and a resident of the State of Texas. I am the Managing Director of LST Financial, Inc. and I have a right to defend this action.

2.     I have read the foregoing Claim for Seized Property and declare under penalty of perjury that the foregoing facts are true and correct to the best of my knowledge.

                                                                  GREGORY COLTON

SWORN TO AND SUBSCRIBED before me this 16ᵗʰ day of June, 2011 .



JON HENDERSON
Notary Public, State of Texas
My Commission Expires
March 13, 2012

                                                                       NOTARY PUBLIC

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Claim for Seized Property was this 16th day of June, 2011, served upon the following counsel of record via ECF:

AUSA Jason Harris Cowley
AUSA Michael Dennis Lockard
U.S. Attorney's Office, SDNY
One St. Andrew's Plaza
New York, NY 10007

                                                s/ Michael F. Bachner
                                                Michael F. Bachner