UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>POKERSTARS, ET AL.<br><br>Defendants. | 11-Civ. 2564 (LBS)<br><br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Adam B. Michaels hereby appears as counsel for claimants MAS, Inc. and Ultra Safe Pay, LLC as of this date and requests that all papers in this action be served upon the undersigned at the addresses listed below.

Dated:  June 21, 2011

/s/ Adam B. Michaels
Adam B. Michaels (AM 9120)
PEPPER HAMILTON LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 808-2700

Attorney for Claimants MAS, Inc. and Ultra Safe Pay, LLC

CERTIFICATE OF SERVICE

      I, Adam B. Michaels, hereby certify that on June 21, 2011 I caused a true and correct copy of the foregoing Notice of Appearance to be served via ECF on all attorneys of record in this case.

      /s/ Adam B. Michaels
      Adam B. Michaels