UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>POKERSTARS, ET AL.<br><br>　　　　　　Defendants. | 11-Civ. 2564 (LBS)<br><br>RULE 7.1 DISCLOSURE STATEMENT OF MAS, INC. |

　　　　Under Fed. R. Civ. P. 7.1, Claimant MAS, Inc., by and through its attorneys, hereby discloses that it does not have any parent corporation, and that no publicly held corporation holds 10% or more of its stock.

Dated: June 21, 2011

　　　　　　　　　　　　　　　　/s/ Adam B. Michaels
　　　　　　　　　　　　　　　　Adam B. Michaels (AM 9120)
　　　　　　　　　　　　　　　　PEPPER HAMILTON LLP
　　　　　　　　　　　　　　　　The New York Times Building
　　　　　　　　　　　　　　　　620 Eighth Avenue
　　　　　　　　　　　　　　　　New York, NY 10018-1405
　　　　　　　　　　　　　　　　(212) 808-2700


　　　　　　　　　　　　　　　　Jeremy D. Frey (*pro hac vice* pending)
　　　　　　　　　　　　　　　　PEPPER HAMILTON LLP
　　　　　　　　　　　　　　　　3000 Two Logan Square
　　　　　　　　　　　　　　　　18th and Arch Streets
　　　　　　　　　　　　　　　　Philadelphia, PA  19103
　　　　　　　　　　　　　　　　(215) 981-4000

　　　　　　　　　　　　　　　　Attorneys for Claimant MAS, Inc.

#14433765 v1

## CERTIFICATE OF SERVICE

      I, Adam B. Michaels, hereby certify that on June 21, 2011 I caused a true and correct copy of the foregoing Rule 7.1 Disclosure Statement of MAS, Inc. to be served via ECF on all attorneys of record in this case.

                          /s/ Adam B. Michaels
                          Adam B. Michaels

#14433765 v1