UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br><br>POKERSTARS, ET AL.<br><br>Defendants. | 11-Civ. 2564 (LBS)<br><br><br>RULE 7.1 DISCLOSURE STATEMENT OF ULTRA SAFE PAY, LLC |

Under Fed. R. Civ. P. 7.1, Claimant Ultra Safe Pay, LLC, by and through its attorneys, hereby discloses that it does not have any parent corporation, and that no publicly held corporation holds 10% or more of its stock.

Dated: June 21, 2011

/s/ Adam B. Michaels
Adam B. Michaels (AM 9120)
PEPPER HAMILTON LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 808-2700


Jeremy D. Frey (*pro hac vice* pending)
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA  19103
(215) 981-4000

Attorneys for Claimant Ultra Safe Pay, LLC

#14433828 v1

## CERTIFICATE OF SERVICE

I, Adam B. Michaels, hereby certify that on June 21, 2011 I caused a true and correct copy of the foregoing Rule 7.1 Disclosure Statement of Ultra Safe Pay, LLC to be served via ECF on all attorneys of record in this case.

/s/ Adam B. Michaels
Adam B. Michaels

#14433828 v1