UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>POKERSTARS, ET AL.<br><br>Defendants. | 11-Civ. 2564 (LBS)<br><br><br>VERIFIED CLAIM OF MAS, INC. |

PLEASE TAKE NOTICE that MAS, Inc., pursuant to 18 U.S.C. § 983(a)(4) and Rule G(5)(a), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, by and through its attorneys, hereby asserts an ownership interest in, and makes a claim upon, the following property identified as a defendant *in rem* in the above-captioned case:

> All Funds Formerly on Deposit at Hawaii National Bank, Honolulu, Hawaii, in Account Number 12008656, Held in the Name of MAS, Inc.

MAS, Inc. claims a right, title and interest in the above identified defendant *in rem* as the holder of the subject bank account and funds.

Dated: June 21, 2011

/s/ Adam B. Michaels
Adam B. Michaels (AM 9120)
PEPPER HAMILTON LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 808-2700


Jeremy D. Frey (*pro hac vice* pending)
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA  19103
(215) 981-4000

Attorneys for Claimant MAS, Inc

#14406352 v2

## **VERIFICATION**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

MAS, INC.

by /s/ Manuel Sanchez
Manuel Sanchez, its Authorized Representative

## CERTIFICATE OF SERVICE

      I, Adam B. Michaels, hereby certify that on June 21, 2011 I caused a true and correct copy of the foregoing claim of MAS, Inc. to be served via ECF on all attorneys of record in this case.

/s/ Adam B. Michaels
Adam B. Michaels

#14406352 v2