UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>POKERSTARS, ET AL.<br><br>　　　　　Defendants. | 11-Civ. 2564 (LBS)<br><br>VERIFIED CLAIM OF ULTRA SAFE PAY, LLC |

　　　　PLEASE TAKE NOTICE that Ultra Safe Pay, LLC, pursuant to 18 U.S.C. § 983(a)(4) and Rule G(5)(a), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, by and through its attorneys, hereby asserts an ownership interest in, and makes a claim upon, the following property identified as a defendant *in rem* in the above-captioned case:

　　　　All Funds Formerly on Deposit at Umpqua Bank, Roseburg, Oregon, in Account Number 972402309, Held in the Name of Ultra Safe Pay.

　　　　Ultra Safe Pay, LLC. claims a right, title and interest in the above identified defendant *in rem* as the holder of the subject bank account and funds.

Dated: June 21, 2011

/s/ Adam B. Michaels
Adam B. Michaels (AM 9120)
PEPPER HAMILTON LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 808-2700

Jeremy D. Frey (*pro hac vice* pending)
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA  19103
(215) 981-4000

Attorneys for Claimant Ultra Safe Pay, LLC

#14406352 v3

## VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

ULTRA SAFE PAY, LLC

by /s/ Manuel A. Sanchez
Manuel A. Sanchez
Manager

<u>CERTIFICATE OF SERVICE</u>

      I, Adam B. Michaels, hereby certify that on June 21, 2011 I caused a true and correct copy of the foregoing claim of Ultra Safe Pay, LLC to be served via ECF on all attorneys of record in this case.

                                          <u>/s/ Adam B. Michaels</u>
                                          Adam B. Michaels

#14406352 v3