AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

**APPEARANCE**

Case Number: 11 Civ. 2564 (LBS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Tiltware LLC, Kolyma Corporation A.V.V., Pocket Kings Ltd., Pocket Kings Consulting Ltd., Filco Ltd., Vantage Ltd., Ranston Ltd., Mail Media Ltd.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/28/2011 | _[signature]_ |
| Date | Signature |
| | E. Niki Warin / ENW2269 |
| | Print Name / Bar Number |
| | Cozen O'Connor, 45 Broadway, 16th Floor |
| | Address |
| | New York / New York / 10006 |
| | City / State / Zip Code |
| | (212) 883-4969 / (212) 509-9492 |
| | Phone Number / Fax Number |