UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

UNITED STATES OF AMERICA,    Plaintiff,         Case No. 11 Civ. 2564(LBS)

-against-

POKERSTARS, et al.,    Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Elizabeth N. Warin
FILL IN ATTORNEY NAME

My SDNY Bar Number is: ENW2269    My State Bar Number is 2893170

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Meyer, Suozzi, English & Klein
            FIRM ADDRESS: 1350 Broadway, Suite 501, New York NY 10018
            FIRM TELEPHONE NUMBER: (212) 239-4999
            FIRM FAX NUMBER: (212) 239-1311

NEW FIRM:   FIRM NAME: Cozen O'Connor
            FIRM ADDRESS: 45 Broadway, 16th Floor, New York, NY 10006
            FIRM TELEPHONE NUMBER: (212) 883-4969
            FIRM FAX NUMBER: (212) 937-5202

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: June 28, 2011

*[signature]*
ATTORNEY'S SIGNATURE