UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

11 CV 02564 (LBS)

UNITED STATES OF AMERICA
　　　　　Plaintiff

v.

**MOTION TO ADMIT COUNSEL
PRO HAC VICE**

POKERSTARS, *ET AL.*,

　　　　　Defendants

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Michael Cornacchia, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission, *pro hac vice*, of the following applicant, in order to represent the claimant CHAD ELIE, in the above-captioned case, said applicant

being :　　William R. Cowden

　　　　　Mallon & McCool, LLC

　　　　　1776 K Street, N.W., Suite 200

　　　　　Washington, DC 20006

　　　　　T: 202.393.7088
　　　　　F: 202.293.3499
　　　　　wcowden@mallonandmcool.com

Mr. Cowden is a member in good standing of the Bar of the District of Columbia, a certification to this effect being annexed to my affidavit in support of this motion, and has been retained to represent the

claimant Chad Elie who filed a verified claim in this case on June 15, 2011. There are no pending disciplinary proceedings against Mr. Cowden in any State or Federal court.

Dated: June 28, 2011
New York, New York

Respectfully submitted,

*(signature)*

Michael T. Cornacchia
Attorney at Law
MC 2444
260 Madison Avenue
22nd Floor
New York, NY 10016
T: 646-278-4297
F: 646-839-2538
mcornacchia@mtclegal.com

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | 11-CV-02564 (LBS) |
| v. | **AFFIDAVIT OF<br>MICHAEL T. CORNACCHIA** |
| POKERSTARS, *ET AL.*, | **IN SUPPORT OF MOTION<br>TO ADMIT COUNSEL** |
| Defendants | **PRO HAC VICE** |

State of New York

County of New York

Michael T. Cornacchia, being duly sworn, hereby deposes and says as follows:

1. I am familiar with the proceedings in the above-captioned case, and make this affidavit based on my personal knowledge of the facts set forth herein, and in support of my motion to admit William R. Cowden as counsel, *pro hac vice,* to represent claimant Chad Elie in the above-captioned *in rem* civil forfeiture case in which he filed a verified claim on June 15, 2011 [Dkt. 13].

2. I am a member in good standing of the Bar of the State of New York, and was admitted to practice law in 1977. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and in good standing with this Court.

3. I have known Mr. Cowden since 2010 and his law partner, Steven J. McCool, since 2005.

4. Mr. Cowden is a partner at Mallon & McCool, LLC, in Washington, DC, former Assistant United States Attorney for the District of Columbia, former Senior Trial Attorney with the Department of Justice, and member in good standing of the Bar of the District of Columbia, as evidenced by the attached Certificate, marked as Exhibit A.

5. I know Mr. Cowden's reputation to be that of a skilled attorney and person of integrity. He is experienced in Federal practice, including criminal and asset forfeiture matters, and familiar with the Federal Rules of Procedure. Mr. Cowden has been admitted by this Court to represent Chad Elie in the related criminal matter, United States v. Tzvetkoff, *et al.*, 10-cr-0336 (LAK).

6. Accordingly, I am pleased to move the admission of William R. Cowden, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of William R. Cowden, *pro hac vice*, which is marked as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit William R. Cowden, *pro hac vice*, to represent Claimant Chad Elie in the above-captioned case, be granted.

Respectfully submitted,

Michael T. Cornacchia
MC 2444
260 Madison Avenue
22nd Floor
New York, NY 10016
T: 646-278-4297
F: 646-839-2538
mcornacchia@mtclegal.com

Subscribed and sworn to before me this 28th day of June 2011:

State of New York    )
                     )   ss:
County of New York   )

Notary Public

JOANN M. DIMARCO
Notary Public, State of New York
No. 31-01DI5007831
Qualified in New York County
Commission Expires February 8, 20__

2



# District of Columbia Court of Appeals
### Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## WILLIAM R. COWDEN

was on the 28TH day of DECEMBER, 1990 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 20, 2011.

JULIO A. CASTILLO
Clerk of the Court

By: *[signature]*
Deputy Clerk

UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
    Plaintiff

11 CV 02564 (LBS)

**ORDER FOR ADMISSION**
**PRO HACVICE**
**ON WRITTEN MOTION**

v.

POKERSTARS, ET AL.,

    Defendants.

Upon the motion of Michael T. Cornacchia, an attorney admitted to the Bar of this Court, and his affidavit in support;

**IT IS HEREBY ORDERED** that

William R. Cowden
Mallon & McCool, LLC
1776 K Street, N.W., Suite 200
Washington, DC 20006
T: 202.393.7088
F: 202.293.3499
wcowden@mallonandmcool.com

is admitted to practice, *pro hac vice*, as counsel for CHAD ELIE, a claimant in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, Mr. McCool shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____      _____
                                            The Honorable Leonard B. Sand
                                            United States District Judge
                                            Southern District of New York

UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of June 2011, I caused (1) this Motion to Admit William R. Cowden, Pro Hac Vice, (2) the Affidavit in support thereof, and (3) a proposed Order to be served on the following counsel for the Plaintiff United States of America, by forwarding the same to them, by First Class U.S. Mail, addressed as follows:

Assistant United States Attorney Jason Harris Cowley
Assistant United States Attorney Michael Dennis Lockard
Office of the United States Attorney, S.D.N.Y.
One St. Andrew's Plaza
New York, NY 10007

Michael T. Cornacchia