USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-29-11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,                    :

             Plaintiff,        :        STIPULATION AND ORDER

       - v. -                         :

POKERSTARS, et al.,                          :        11 Civ. 2564 (LBS)

           Defendants;        :

ALL RIGHT, TITLE AND INTEREST IN            :
THE ASSETS OF POKERSTARS, et al.,
                    :

           Defendants-in-rem.        :

- - - - - - - - - - - - - - - - - -x

      WHEREAS, on or about April 14, 2011, a verified complaint, 11 Civ. 2564 (LBS) (the "Complaint") was filed under seal in the United States District Court for the Southern District of New York seeking the forfeiture of certain properties (the "Subject Property") pursuant to Title 18, United States Code, Sections 1955(d), 981(a)(1)(A), and 981(a)(1)(C), and seeking civil money laundering penalties pursuant to Title 18, United States Code, Section 1956 against, *inter alia*, Full Tilt Poker, Tiltware LLC., Kolyma Corporation A.V.V., Pocket Kings Ltd., Pocket Kings Consulting Ltd., Filco, Ltd., Vantage Ltd., Ranston, Ltd., Mail Media Ltd., and Full Tilt Poker Ltd.;

      WHEREAS, on or about June 14, 2011, the United States provided notice of the filing of the Complaint to  Tiltware LLC., Kolyma Corporation A.V.V., Pocket Kings Ltd., Pocket Kings Consulting Ltd., Filco, Ltd., Vantage Ltd., Ranston, Ltd., and

Mail Media Ltd. ("Full Tilt") by and through their counsel, L. Barrett Boss, Esq. of Cozen O'Connor;

WHEREAS, on or about June 20, 2011, Full Tilt waived service of the Complaint and Summons;

WHEREAS, Full Tilt has requested additional time to file claims for the Subject Property and to answer or otherwise respond to the Complaint and Summons;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by its attorney Preet Bharara, United States Attorney for the Southern District of New York, Michael D. Lockard, Assistant United States Attorney, of counsel, and Full Tilt, by their attorney, L. Barrett Boss, Esq., and E. Niki Warin, Esq. of Cozen O'Connor, that:

1.   Full Tilt shall have until September 30, 2011, to (a) file claims pursuant to Rule G of the Supplemental Rules for Certain Admiralty and Maritime Claims for any or all of the Subject Property and (b) answer or otherwise respond to the Complaint and Summons.

2.   The signature pages of this Stipulation and Order may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.  Signature pages may be by fax and such signatures shall be deemed as valid originals.

AGREED AND CONSENTED TO:

PREET BHARARA
United States Attorney
Southern District of New York

By: _____       6/29/2011
Michael D. Lockard                           DATE
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
(212) 637-2193

TILTWARE LLC., KOLYMA CORPORATION A.V.V., POCKET KINGS LTD.,
POCKET KINGS CONSULTING LTD., FILCO, LTD., VANTAGE LTD., RANSTON,
LTD., and MAIL MEDIA LTD.

By: _____       6/28/11
E. Niki Warin, Esq.                          DATE
Cozen O'Connor
45 Broadway, 16th Floor
New York, New York 10006
(212) 883-4969

By: _____       6/28/11
L. Barrett Boss, Esq.                        DATE
Cozen O'Connor
1627 I Street, NW, Suite 1100
Washington, D.C. 20006
(202) 912-4818

Counsel for Tiltware LLC., Kolyma Corporation A.V.V., Pocket
Kings Ltd., Pocket Kings Consulting Ltd., Filco, Ltd.,
Vantage Ltd., Ranston, Ltd., and Mail Media Ltd.

3

SO ORDERED:

_____          _____  6/29/11
HONORABLE LEONARD B. SAND                   DATE
UNITED STATES DISTRICT JUDGE