USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-30-11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,                :

    Plaintiff,               :  STIPULATION AND ORDER

  - v. -                            :
                11 Civ. 2564 (LBS)
POKERSTARS, et al.,                      :

    Defendants;              :

ALL RIGHT, TITLE AND INTEREST IN         :
THE ASSETS OF POKERSTARS, et al.,
                :
    Defendants-in-rem.
                :
- - - - - - - - - - - - - - - - - - -x

    WHEREAS, on or about April 14, 2011, a verified complaint, 11 Civ. 2564 (LBS) (the "Complaint") was filed under seal in the United States District Court for the Southern District of New York seeking the forfeiture of certain properties (the "Subject Property") pursuant to Title 18, United States Code, Sections 1955(d), 981(a)(1)(A), and 981(a)(1)(C), and seeking civil money laundering penalties pursuant to Title 18, United States Code, Section 1956 against, *inter alia*, PokerStars, Oldford Group Ltd., Rational Entertainment Enterprises Ltd., Pyr Software Ltd., Stelekram Ltd., and Sphene International Ltd. (the "PokerStars Companies");

    WHEREAS, on or about May 27, 2011, the United States provided notice of the filing of the Complaint to the PokerStars Companies by and through their counsel, David M. Zornow, Esq. of Skadden, Arps, Slate, Meagher & Flom LLP;

WHEREAS, the PokerStars Companies have requested additional time to file claims for the Subject Property;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by its attorney Preet Bharara, United States Attorney for the Southern District of New York, Michael D. Lockard, Assistant United States Attorney, of counsel, and the PokerStars Companies, by their attorney, David M. Zornow, Esq., of Skadden, Arps, Slate, Meagher & Flom LLP, that:

1. The PokerStars Companies and any of their subsidiaries, affiliates, and/or shareholders shall have until September 30, 2011, to file any claims pursuant to Rule G of the Supplemental Rules for Certain Admiralty and Maritime Claims for any or all of the Subject Property.

2. This Order is without prejudice to any rights, remedies, claims, or defenses of any of the parties hereto.

3.  The signature pages of this Stipulation and Order may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument. Signature pages may be by fax and such signatures shall be deemed as valid originals.

AGREED AND CONSENTED TO:

PREET BHARARA
United States Attorney
Southern District of New York

By: _____     _____
    Michael D. Lockard                                    DATE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, New York 10007
    (212) 637-2193


POKERSTARS, OLDFORD GROUP LTD., RATIONAL ENTERTAINMENT
ENTERPRISES LTD., PYR SOFTWARE LTD., STELEKRAM LTD., and SPHENE
INTERNATIONAL LTD.

By: _____     6/29/11
    David M. Zornow, Esq.                                 DATE
    Skadden, Arps, Slate, Meagher & Flom LLP
    Four Times Square
    New York, New York 10036
    (212) 735-2890
    Counsel for PokerStars, Oldford Group Ltd., Rational
    Entertainment Enterprises Ltd., Pyr Software Ltd., Stelekram
    Ltd., and Sphene International Ltd.

SO ORDERED:


_____     _____
HONORABLE LEONARD B. SAND                   DATE
UNITED STATES DISTRICT JUDGE

3. The signature pages of this Stipulation and Order may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument. Signature pages may be by fax and such signatures shall be deemed as valid originals.

AGREED AND CONSENTED TO:

PREET BHARARA
United States Attorney
Southern District of New York

By: _____        6/29/2011
    Michael D. Lockard                        DATE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, New York 10007
    (212) 637-2193


POKERSTARS, OLDFORD GROUP LTD., RATIONAL ENTERTAINMENT ENTERPRISES LTD., PYR SOFTWARE LTD., STELEKRAM LTD., and SPHENE INTERNATIONAL LTD.

By: _____        _____
    David M. Zornow, Esq.                    DATE
    Skadden, Arps, Slate, Meagher & Flom LLP
    Four Times Square
    New York, New York 10036
    (212) 735-2890
    Counsel for PokerStars, Oldford Group Ltd., Rational
    Entertainment Enterprises Ltd., Pyr Software Ltd., Stelekram
    Ltd., and Sphene International Ltd.


SO ORDERED:

_____           6/30/11
HONORABLE LEONARD B. SAND                   DATE
UNITED STATES DISTRICT JUDGE

3