USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-11-11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>POKERSTARS, ET AL.<br><br>Defendants. | 11-Civ. 2564 (LBS)<br><br>ORDER FOR ADMISSION<br><u>PRO HAC VICE</u> |

Upon the motion of Adam B. Michaels, attorney for Claimants MAS, Inc. and Ultra Safe Pay, LLC and said sponsor attorney's affidavit in support,

IT IS HEREBY ORDERED that Jeremy D. Frey is admitted to practice *pro hac vice* as counsel for Claimants MAS, Inc. and Ultra Safe Pay, LLC in the above captioned case. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rule governing discipline of attorneys. Counsel shall immediately apply for an Electronic Case Filing (ECF) password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: 7/11/11

without objection

_____
U. S. D. J.