```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-11-11
```

UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,
    Plaintiff

v.

POKERSTARS, ET AL.,

    Defendants.

---

11 CV 02564 (LBS)

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of Michael T. Cornacchia, an attorney admitted to the Bar of this Court, and his affidavit in support;

**IT IS HEREBY ORDERED** that

Steven J. McCool
Mallon & McCool, LLC
1776 K Street, N.W., Suite 200
Washington, DC 20006
T: 202.393.7088
F: 202.293.3499
smccool@mallonandmcool.com

is admitted to practice, *pro hac vice*, as counsel for CHAD ELIE, a claimant in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, Mr. McCool shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 7/11/11

                        The Honorable Leonard B. Sand
                        United States District Judge
                        Southern District of New York