```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-11-11
```

UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,
    Plaintiff

11 CV 02564 (LBS)

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

v.

POKERSTARS, ET AL.,

    Defendants.

---

Upon the motion of Michael T. Cornacchia, an attorney admitted to the Bar of this Court, and his affidavit in support;

**IT IS HEREBY ORDERED** that

William R. Cowden
Mallon & McCool, LLC
1776 K Street, N.W., Suite 200
Washington, DC 20006
T: 202.393.7088
F: 202.293.3499
wcowden@mallonandmcool.com

is admitted to practice, *pro hac vice*, as counsel for CHAD ELIE, a claimant in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, Mr. McCool shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 7/11/11

*without objection*

_____
The Honorable Leonard B. Sand
United States District Judge
Southern District of New York