UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

| United States of America, Plaintiff, - against - PokerStars, et al., Defendants. | 11 Civ. 2564 (LBS) **MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |
|---|---|

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Elizabeth Nicole Warin, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of the following applicant, in order to represent the defendants Tiltware LLC, Kolyma Corporation A.V.V., Pocket Kings Ltd., Pocket Kings Consulting Ltd., Filco Ltd., Vantage Ltd., Ranston Ltd., and Mail Media Ltd.:

L. Barrett Boss
Cozen O'Connor
1627 I Street, NW, Suite 1100
Washington, D.C. 20006
Ph: (202) 912-4800
Fax: (202) 912-4830
bboss@cozen.com

As set forth in the annexed affidavit, Mr. Boss is a member in good standing of the Bars of the District of Columbia and State of Maryland, and there are no pending disciplinary proceeding against him in any State or Federal court. Further, he has been retained to represent Defendants Tiltware LLC, Kolyma Corporation A.V.V., Pocket Kings Ltd., Pocket Kings Consulting Ltd., Filco Ltd., Vantage Ltd., Ranston Ltd., and Mail Media Ltd. in this proceeding.

Dated: July 8, 2011
New York, New York

Respectfully submitted,

_____
Elizabeth N. Warin
ENW2269
Cozen O'Connor
45 Broadway, 16th Floor
New York, NY 10006
Phone (212) 883-4969
Fax (212) 937-5202
nwarin@cozen.com

UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

| United States of America,<br>Plaintiff,<br><br>- against -<br><br>PokerStars, et al.,<br>Defendants. | 11 Civ. 2564 (LBS)<br><br>**AFFIDAVIT OF ELIZABETH NICOLE WARIN IN SUPPORT OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |
|---|---|

State of New York )
                   ) SS:
County of New York )

      Elizabeth Nicole Warin, being duly sworn, hereby deposes and says as follows:

1.     I am of counsel at Cozen O'Connor, counsel for Defendants Tiltware LLC, Kolyma Corporation A.V.V., Pocket Kings Ltd., Pocket Kings Consulting Ltd., Filco Ltd., Vantage, Ltd., Ranston Ltd., and Mail Media Ltd., [hereafter "Tiltware et al."] in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Tiltware et al.'s motion to admit Mr. L. Barrett Boss as counsel *pro hac vice* to represent Tiltware et al., in this matter.

2.     I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1998. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.     I have known Mr. Boss since 2010. Mr. Boss is a member of Cozen O'Connor, in Washington D.C.., and a member in good standing of the Bar of the District of Columbia, and the State of Maryland, as evidence by the attached certificates, annexed hereto as Exhibit A.

4.     I have found Mr. Boss to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5.     Accordingly, I am pleased to move the admission of L. Barrett Boss *pro hac vice*.

6.     I respectfully submit a proposed order granting the admission of L. Barrett Boss *pro hac vice*, which is annexed hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit L. Barrett Boss *pro hac vice*, to represent Defendants Tiltware et al., in the above captioned matter, be granted.

Dated: July 8, 2011
New York, New York

                                            Respectfully submitted,

                                            */s/ Elizabeth N. Warin*
                                            Elizabeth N. Warin
                                            ENW2269
                                            Cozen O'Connor
                                            45 Broadway, 16th Floor
                                            New York, NY 10006
                                            Phone (212) 883-4969
                                            Fax (212) 937-5202
                                            nwarin@cozen.com

Subscribed and sworn to before me this 6th day of July, 2011:

State of New York      )
                              )
County of New York  )

                                            Notary Public
                                          **CHRISTOPHER B. KENDE**
                                          **Notary Public, State of New York**
                                          **No. 02KE5043833**
                                          **Qualified in New York County**
                                          **Commission Expires July 24, 2011**



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

**L. BARRETT (BARRY) BOSS**

was on the 11TH day of APRIL, 1986

duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 30, 2011.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

# Court of Appeals of Maryland
Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the thirteenth day of June, 1995,

**Lenard Barrett Boss**

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

In Testimony Whereof, I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this thirtieth day of June, 2011.

*Bessie M. Decker*
Clerk of the Court of Appeals of Maryland

# UNITED STATES DISTRICT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br>Plaintiff,<br><br>- against –<br><br>PokerStars, et al.,<br>Defendants. | **11 Civ. 2564 (LBS)**<br><br>**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of Elizabeth Nicole Warin, attorney for Defendants Tiltware LLC, Kolyma Corporation A.V.V., Pocket Kings Ltd., Pocket Kings Consulting Ltd., Filco Ltd., Vantage, Ltd., Ranston Ltd., and Mail Media Ltd., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    L. Barrett Boss
    Cozen O'Connor
    1627 I Street, NW
    Suite 1100
    Washington, D.C. 20006
    Ph: (202) 912-4800
    Fax: (202) 912-4830
    bboss@cozen.com

is admitted to practice *pro hac vice* as counsel for in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____      _____
                                       The Honorable Leonard B. Sand
                                       United States District Judge
                                       Southern District of New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of July 2011, I caused this (1) Motion to Admit L. Barrett Boss, *Pro Hac Vice,* (2) the Affidavit in support thereof, and (3) a proposed Order to be served on the following counsel, by forwarding the same to them, by First Class U.S. Mail, addressed as follows:

*Attorneys for the Plaintiff United States of America*
AUSA Jason Harris Cowley
AUSA Michael Dennis Lockard
Office of the United States Attorney, S.D.N.Y.
One St. Andrew's Plaza
New York, NY 10007

*Attorneys for Defendant LST Financial, Inc.*
Michael Fred Bachner
Bachner & Associates, P.C.
26 Broadway, Suite 2310
New York, NY 10004

*Attorneys for Chad Elie*
William Rakestraw Cowden
Steven J. McCool
Mallon & McCool, LLC
1776 K Street, N.W., Suite 200
Washington, D.C. 20006

*Attorneys for Ultra Safe Pay, LLC and MAS, Inc.*
Adam Benjamin Michaels
Jeremy D. Frey
Pepper Hamilton, L.L.P.
1180 Avenue of the Americas, 14th floor
New York, NY 10036

Elizabeth N. Warin