USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-13-11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,                    :

                    Plaintiff,              :        STIPULATION AND ORDER

          - v. -                            :
                                                     11 Civ. 2564 (LBS)
POKERSTARS, et al,;                         :

                    Defendants;             :

ALL RIGHT, TITLE AND INTEREST IN            :
THE ASSETS OF POKERSTARS, et al.,
                                            :
                    Defendants-in-rem.      :
- - - - - - - - - - - - - - - - - - -x

          WHEREAS, on or about April 14, 2011, a verified
complaint, 11 Civ. 2564 (LBS) (the "Complaint") was filed under
seal in the United States District Court for the Southern
District of New York seeking the forfeiture of certain properties
(the "Subject Property") pursuant to Title 18, United States
Code, Sections 1955(d), 981(a)(1)(A), and 981(a)(1)(C), and
seeking civil money laundering penalties pursuant to Title 18,
United States Code, Section 1956 against PokerStars and others;

          WHEREAS, on or about June 21, 2011, claimant MAS, Inc.,
filed a Verified Claim asserting an ownership interest in All
Funds Formerly On Deposit at Hawaii National Bank, Honolulu,
Hawaii, in Account Number 12008656, Held in the Name of MAS,
Inc.;

          WHEREAS, on or about June 21, 2011, claimant Ultra Safe
Pay, LLC filed a Verified Claim asserting an ownership interest

in All Funds Formerly On Deposit at UMPQUA Bank, Roseburg, Oregon, in Account Number 972402309, Held in the Name of Ultra Safe Pay; and

WHEREAS, MAS, Inc. and Ultra Safe Pay LLC each has requested additional time to answer or otherwise respond to the Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by its attorney Preet Bharara, United States Attorney for the Southern District of New York, Michael D. Lockard, Assistant United States Attorney, of counsel, and MAS, Inc. and Ultra Safe Pay, LLC, by their attorney, Adam B. Michaels, Esq. and Jeremy D. Frey, Esq., of Pepper Hamilton LLP, that:

1.   MAS, Inc. and Ultra Safe Pay, LLC each shall have until September 30, 2011, to answer or otherwise respond to the Complaint.

2

2.   The signature pages of this Stipulation and Order may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.  Signature pages may be by fax and such signatures shall be deemed as valid originals.

AGREED AND CONSENTED TO:

PREET BHARARA
United States Attorney
Southern District of New York

By:   _____                    July 11, 2011
      Michael D. Lockard                          DATE
      Assistant United States Attorney
      One St. Andrew's Plaza
      New York, New York 10007
      (212) 637-2193


MAS INC. and ULTRA SAFE PAY, LLC

By:   _____                    July 11, 2011
      Adam B. Michaels, Esq.                      DATE
      Pepper Hamilton LLC
      The New York Times Building
      620 Eighth Avenue
      New York, New York 10018-1405
      (212) 808-2700

      Jeremy D. Frey, Esq. (pro hac vice pending)
      Pepper Hamilton LLP
      3000 Two Logan Square
      18th and Arch Streets
      Philadelphia, Pennsylvania 19103
      (215) 981-4000

      Counsel for MAS Inc. and Ultra Safe Pay, LLC


SO ORDERED:

_____                           July 13 2011
HONORABLE LEONARD B. SAND                          DATE
UNITED STATES DISTRICT JUDGE

3