UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br>              Plaintiff,<br><br>       - against –<br><br>PokerStars, et al.,<br>              Defendants. | 11 Civ. 2564 (LBS)<br><br>ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION |

    Upon the motion of Elizabeth Nicole Warin, attorney for Defendants Tiltware LLC, Kolyma Corporation A.V.V., Pocket Kings Ltd., Pocket Kings Consulting Ltd., Filco Ltd., Vantage, Ltd., Ranston Ltd., and Mail Media Ltd., and said sponsor attorney's affidavit in support;

   **IT IS HEREBY ORDERED** that

        L. Barrett Boss
        Cozen O'Connor
        1627 I Street, NW
        Suite 1100
        Washington, D.C. 20006
        Ph: (202) 912-4800
        Fax: (202) 912-4830
        bboss@cozen.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-14-11
```

is admitted to practice *pro hac vice* as counsel for in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: 7/14/11

_____
The Honorable Leonard B. Sand
United States District Judge
Southern District of New York