UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X   1:11-Civ. 2564 (LBS)
UNITED STATES OF AMERICA,

                                           Plaintiff,   **NOTICE OF APPEARANCE**

    -against-

POKERSTARS, ET. AL.,

                                          Defendants.
-----------------------------------------------------------------X

**PLEASE TAKE NOTICE** that Dylan Braverman hereby appears as counsel for claimant, **COMMONWEALTH OF KENTUCKY**, *ex. rel.* J. Michael Brown, Secretary, Justice and Public Safety Cabinet as of this date and requests that all papers in this action be served upon the undersigned at the addresses listed below.

Dated: July 15, 2011
          New York, NY

                                                    BOWER MONTE & GREENE, P.C.

                                                    /s/     Dylan Braverman
                                                    Dylan Braverman (DB5501)
                                                    Attorneys for Commonwealth of Kentucky
                                                    261 Madison Avenue - 12th Floor
                                                    New York, New York 10016

### Certificate of Service

I, Dylan Braverman, hereby certify that on July 15, 2011, I caused a true and correct copy of the foregoing Notice of Appearance to be served via ECF on all attorneys of record in this case.

                                                    /s/     Dylan Braverman
                                                    Dylan Braverman (DB5501)

{G:/CASES/POKERSTARS/LEGAL/ANS/Notice of Appearance }