UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

UNITED STATES OF AMERICA,

            Plaintiff,

            - against -

POKERSTARS; FULL TILT POKER; ABSOLUTE
POKER; ULTIMATE BET, *et al.*

            Defendants;

ALL RIGHT, TITLE AND INTEREST IN THE
ASSETS OF POKERSTARS; FULL TILT POKER;
FULL TILT POKER; ABSOLUTE POKER;
ULTIMATE BET, *et al.*

            Defendants in rem.
---------------------------------------------------------------x

Docket No. 11 Civ. 2564 (LBS)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Steven L. Kessler, Esq., of the Law Offices of Steven L. Kessler, hereby appears in the captioned action as Attorneys for Claimant Adam Webb, and hereby demands that a copy of all papers in this action be served upon the undersigned at his offices at 122 East 42nd Street, Suite 606, New York, New York 10168, and that he be notified by ECF of all future filings.

Dated: New York, New York
       July 15, 2011

                                LAW OFFICES OF STEVEN L. KESSLER
                                *Attorneys for Claimant Adam Webb*

                                *Steven L. Kessler*

            By: _____
                                Steven L. Kessler
                                122 East 42nd Street
                                New York, N.Y. 10168
                                212-661-1500
                                stevenkessler@msn.com