UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────x
UNITED STATES OF AMERICA,

        Plaintiff,

    -    against    -

POKERSTARS; FULL TILT POKER; ABSOLUTE
POKER; ULTIMATE BET, *et al.*

        Defendants;

ALL RIGHT, TITLE AND INTEREST IN THE
ASSETS OF POKERSTARS; FULL TILT POKER;
FULL TILT POKER; ABSOLUTE POKER;
ULTIMATE BET, *et al.*

        Defendants in rem.
───────────────────────────────────────x

Docket No. 11 Civ. 2564 (LBS)

STATEMENT PURSUANT TO RULE G OF THE SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS

**ADAM WEBB,** hereinafter called Claimant, being duly sworn, deposes and says:

    1.    I submit this Statement Pursuant to Rule G of Supplemental Rules for Certain Admiralty and Maritime Claims.

    2.    I have an interest in the defendant funds as the owner of $58,917.90 in the possession of Full Tilt Poker and of $36,531.73 in the possession of Absolute Poker. These funds were earned by and belong to me and were in the possession of Full Tilt Poker and Absolute Poker, respectively, at the time that their bank accounts were seized by the plaintiff in this case.

    3.    The aforesaid funds should be returned to Claimant because the funds were not and are not subject to seizure or forfeiture pursuant to 18 U.S.C. §981, 18

U.S.C. §1955, 18 U.S.C. §1956 or any other statute or regulation of the United States. The property is not the proceeds of any illegal activity and Claimant did not use the property to facilitate any illegal activity. Further, any forfeiture would be grossly disproportionate to alleged illicit activity and would be barred under the Excessive Fines Clause of the Eighth Amendment to the Constitution.

    4. This statement and claim is made is good faith and is not frivolous.

    5. This statement and claim has been made within the time proscribed by law.

**WHEREFORE**, Claimant herein demands the immediate return of said funds and/or its release from seizure.

*[signature]*
**ADAM WEBB**

Sworn to before me this
14th day of July, 2011.

*[signature]*
Notary Public

STEPHANIE C. SCHOMMER
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2014

## VERIFICATION

STATE OF MINNESOTA  )
                    ) ss.:
COUNTY OF Hennepin  )

I, **ADAM WEBB,** declare under penalty of perjury that the statements set forth in the attached Statement are true and correct to the best of my knowledge, information and belief.

_____
**ADAM WEBB**

Sworn to before me this
14th day of July, 2011.

_____
Notary Public

STEPHANIE C. SCHOMMER
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2014

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2011, the foregoing Statement Pursuant to Rule G of the Supplemental Rules for Certain Admiralty and Maritime Claims was served upon the following counsel of record via ECF:

>AUSA Jason Harris Cowley
>AUSA Michael Dennis Lockard
>Southern District of New York
>One St. Andrew's Plaza
>New York, N.Y. 10007

*Steven L. Kessler*
_____
Steven L. Kessler