USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/18/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

FELIPE ROMERO, JOSE PANI, JUSTINO
ROMERO, PLACIDO ROMERO, JUAN JOSE
ROMERO, IRMA JUAREZ, GERMAN
ROMERO, BULMARO ARENAS,
ALTAGRACIA MERCED, and MARIA
CORONA, on behalf of themselves and all
others similarly situated,

            Plaintiffs,

- against -

FLAUM APPETIZING CORP., MOSHE
GRUDHUT, and "UNKNOWN FLAUM
MANAGERS 1-5,"

           Defendants.

----------------------------------------------------------------X

07 Civ. 7222 (BSJ)(JSF)

STIPULATION OF
DISMISSAL

    IT IS HEREBY STIPULATED AND AGREED by the undersigned, that plaintiffs Altagracia Merced, Veronica Cortez, Herlinda Cortez, Micaela Cortez, Olga Fabian, and Marcelina Valiento, hereby dismiss their action against defendants with prejudice, and that plaintiffs Altagracia Merced, Veronica Cortez, Herlinda Cortez, Micaela Cortez, Olga Fabian, and Marcelina Valiento, and defendants, hereby waive any claims for costs or attorney fees against each other. The action by plaintiffs Felipe Romero, Jose Pani, Justino Romero, Placido Romero, Juan Jose Romero, Irma Juarez, German Romero, Bulmaro Arenas, Maria Corona, Irma Coyotl, Fabiola Jimenez, Irma Luna, Dionicio Melchor, Gloria Torres, Juan Torres, and Isidro Vargas, shall continue against defendants.

Dated: July 13, 2011

_____
Stuart Lichten (SL-1258)
LICHTEN & BRIGHT, P.C.
Attorneys for Plaintiffs
475 Park Avenue South - 17th Floor
New York, New York 10016
(646) 588-4872

_____
Jeffery A. Meyer (JM-4468)
KAUFMAN DOLOWICH VOLUCK & GONZO
Attorneys for Defendants
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
(516) 681-1100

SO ORDERED

_____
U.S.D.J.