UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITES STATES OF AMERICA,

    Plaintiff,

v.

POKERSTARS, et al.,

    Defendants,

ALL RIGHTS, TITLE & INTEREST IN
THE ASSETS OF POKERSTARS, etc.,

    Defendants-In-Rem.

Civil Action No. 1:11-cv-02564-LBS

## STIPULATION AND ORDER

WHEREAS, on or about April 14, 2011, a verified complaint, 11 Civ. 2564 (LBS) (the "Complaint") was filed under seal in the United States District Court for the Southern District of New York seeking the forfeiture of certain properties (the "Subject Property") pursuant to Title 18, United States Code, Section 1955(d), 981(a)(1)(A), and 981(a)(1)(C);

WHEREAS, the Commonwealth of Kentucky, *ex rel.* J. Michael Brown, Secretary of Justice & Public Safety Cabinet ("the Commonwealth"), pursuant to its investigation into unregulated internet gambling and civil actions it maintains in relation to that investigation, may assert claims to certain of those properties and/or otherwise assert its rights herein;

WHEREAS, on or about June 17, 2011, the United States provided notice by publication of the proposed forfeiture of the Subject Property;

WHEREAS, the Commonwealth has requested additional time to file claims for the Subject Property and to answer or otherwise assert any rights it may be entitled to assert herein;

1

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by its attorney Preet Bharara, United States Attorney for the Southern District of New York, Michael D. Lockard, Assistant United States Attorney, and the Commonwealth of Kentucky *ex rel.* J. Michael Brown, Secretary of Justice & Public Safety Cabinet, by its attorney, D. Eric Lycan, Esq., of Steptoe & Johnson, PLLC.

1. The Commonwealth of Kentucky *ex rel.* J. Michael Brown, Secretary of Justice & Public Safety Cabinet shall have until September 30, 2011, to (a) file claims pursuant to Rule G of the Supplemental Rules for Certain Admiralty and Maritime Claims for any or all of the Subject Property and (b) answer or otherwise assert any rights it may be entitled to assert herein.

2. The signature pages of this Stipulation and Order may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument. Signature pages may be by fax and such signatures shall be deemed as valid originals.

AGREED AND CONSENTED TO:

PREET SHARARA
United States Attorney
Southern District of New York

By: _____(For)   8/16/11
Michael D. Lockard             DATE
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 1007

Commonwealth of Kentucky *ex rel.* J. Michael Brown, Secretary of Justice & Public Safety Cabinet

By: _____   8/16/2011
D. Eric Lycan, Esq.         DATE
Steptoe & Johnson, PLLC
1010 Monarch Street, Suite 250
P.O. Box 910810
Lexington, KY 40591-0810


SO ORDERED:

_____   AUG 18 2011
HONORABLE LEONARD B. SAND   DATE
UNITED STATES DISTRICT JUDGE

5825260