UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,            :

        Plaintiff,             :     STIPULATION AND ORDER

       - v. -                        :
                                          11 Civ. 2564 (LBS)
POKERSTARS, et al,;                  :

        Defendants;            :

ALL RIGHT, TITLE AND INTEREST IN     :
THE ASSETS OF POKERSTARS, et al.,
                                        :

        Defendants-in-rem.     :

- - - - - - - - - - - - - - - - - -x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-6-11

      WHEREAS, on or about April 14, 2011, a verified complaint, 11 Civ. 2564 (LBS) (the "Complaint") was filed under seal in the United States District Court for the Southern District of New York seeking the forfeiture of certain properties (the "Subject Property") pursuant to Title 18, United States Code, Sections 1955(d), 981(a)(1)(A), and 981(a)(1)(C), and seeking civil money laundering penalties pursuant to Title 18, United States Code, Section 1956 against PokerStars and others;

      WHEREAS, on or about June 13, 2011, claimant Autoscribe Corporation filed a Statement of Interest in Seized Property of Autoscribe Corporation asserting an ownership interest $8,018.04 seized from an account held at Citibank, N.A., in the name of Autoscribe;

      WHEREAS, Autoscribe Corporation has requested additional time to answer the Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by its attorney Preet Bharara, United States Attorney for the Southern District of New York, Michael D. Lockard, Assistant United States Attorney, of counsel, and Autoscribe Corporation, that:

1. Autoscribe Corporation shall have until September 30, 2011, to answer or otherwise respond to the Complaint.

2. The signature pages of this Stipulation and Order may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument. Signature pages may be by fax and such signatures shall be deemed as valid originals.

AGREED AND CONSENTED TO:

PREET BHARARA
United States Attorney
Southern District of New York

By: _____/s/_____     Sept. 2, 2011
    Michael D. Lockard                     DATE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, New York 10007
    (212) 637-2193

AUTOSCRIBE CORPORATION

By: _____          _____
    Robert Pollin                        DATE
    President and Chief Executive Officer
    Autoscribe Corporation

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by its attorney Preet Bharara, United States Attorney for the Southern District of New York, Michael D. Lockard, Assistant United States Attorney, of counsel, and Autoscribe Corporation, that:

1. Autoscribe Corporation shall have until September 30, 2011, to answer or otherwise respond to the Complaint.

2. The signature pages of this Stipulation and Order may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument. Signature pages may be by fax and such signatures shall be deemed as valid originals.

AGREED AND CONSENTED TO:

PREET BHARARA
United States Attorney
Southern District of New York

By: _____       _____
    Michael D. Lockard                    DATE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, New York 10007
    (212) 637-2193


AUTOSCRIBE CORPORATION

By: _*Robert E. Pollin*_____    _9|2|2011_____
    Robert Pollin                          DATE
    President and Chief Executive Officer
    Autoscribe Corporation

2

SO ORDERED:

_____
HONORABLE LEONARD B. SAND
UNITED STATES DISTRICT JUDGE

9/6/11
DATE