PREET BHARARA
United States Attorney for the
Southern District of New York
By:  SHARON COHEN LEVIN
     MICHAEL D. LOCKARD
     JASON H. COWLEY
     Assistant United States Attorneys
     One St. Andrew's Plaza
     New York, New York 10007
     Telephone: (212) 637-1060/2193/2479

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,          :

              Plaintiff,           :
                                        11 Civ. 2564 (LBS)
         - v. -                    :

POKERSTARS, FULL TILT POKER,       :
ABSOLUTE POKER, ULTIMATE BET, et
al.,                               :

              Defendants;          :

ALL RIGHT, TITLE AND INTEREST IN   :
THE ASSETS OF POKERSTARS, FULL
TILT POKER, ABSOLUTE POKER,        :
ULTIMATE BET, et al.,
                                   :
              Defendants-in-rem.
                                   :
- - - - - - - - - - - - - - - - - -x

## NOTICE OF MOTION

        PLEASE TAKE NOTICE that, upon the Declaration of

Michael D. Lockard in Support of Government's Motion For Leave To

File An Amended Complaint, together with the exhibits thereto,

the Government's Memorandum of Law in Support of its Motion For

Leave To File An Amended Complaint, and upon all papers and prior

proceedings herein, the United States of America will move before

the Honorable Leonard B. Sand, United States District Judge for

the Southern District of New York, at such time as the Court shall direct, for an order, pursuant to Rule 15 of the Federal Rules of Civil Procedure, granting leave to file the Amended Complaint, attached as Exhibit A to the Declaration of Michael D. Lockard, and such other relief as the Court may determine to be just and proper.

Dated:      New York, New York
            September 19, 2011

                              Respectfully submitted,

                              PREET BHARARA
                              United States Attorney for the
                              Southern District of New York
                              Attorney for the Plaintiff
                              United States of America


                     By:  _____/s/_____
                              Sharon Cohen Levin
                              Michael D. Lockard
                              Jason H. Cowley
                              Assistant United States Attorneys
                              Telephone: (212) 637-1060/2193/2479

To:  All counsel