```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-20-11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,          :

              Plaintiff,           :
                                        11 Civ. 2564 (LBS)
        - v. -                     :

POKERSTARS, FULL TILT POKER,       :
ABSOLUTE POKER, ULTIMATE BET, et
al.,                               :

              Defendants;          :

ALL RIGHT, TITLE AND INTEREST IN   :
THE ASSETS OF POKERSTARS, FULL
TILT POKER, ABSOLUTE POKER,        :
ULTIMATE BET, et al.,
                                   :
              Defendants-in-rem.
                                   :
- - - - - - - - - - - - - - - - - -x

## ORDER

Upon the application of the United States of America, by and through Preet Bharara, United States Attorney, Sharon Cohen Levin, Michael D. Lockard, Jason H. Cowley, Assistant United States Attorneys, of counsel, together with all of the papers and proceedings had herein, it is hereby ORDERED that the United States of America is granted leave to file an amended complaint in the form submitted in connection with the application for leave to amend.

SO ORDERED:

Dated:   New York, New York
         September 19, 2011

         _____
         HONORABLE LEONARD B. SAND
         UNITED STATES DISTRICT JUDGE