UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,            :

               Plaintiff,           :  **ARREST WARRANT *IN REM***

           - v. -                  :  11 Civ. 2564 (LBS)

POKERSTARS; FULL TILT POKER;         :
ABSOLUTE POKER; ULTIMATE BET;
OLDFORD GROUP LTD.; RATIONAL         :
ENTERTAINMENT ENTERPRISES LTD.; PYR
SOFTWARE LTD.; STELEKRAM LTD.;       :
SPHENE INTERNATIONAL LTD.; TILTWARE
LLC; KOLYMA CORPORATION A.V.V.;      :
POCKET KINGS LTD.; POCKET KINGS
CONSULTING LTD.; FILCO LTD.; VANTAGE :
LTD.; RANSTON LTD.; MAIL MEDIA LTD.;
FULL TILT POKER LTD.; SGS SYSTEMS INC.; :
TRUST SERVICES LTD; FIDUCIA
EXCHANGE LTD.; BLUE WATER SERVICES   :
LTD.; ABSOLUTE ENTERTAINMENT, S.A.;
and BLANCA GAMES, INC. OF ANTIGUA;   :
RAYMOND BITAR; HOWARD LEDERER;
CHRISTOPHER FERGUSON, a/k/a "JESUS;" :
and RAFAEL FURST.
                                     :
             Defendants;
                                     :
ALL RIGHT, TITLE AND INTEREST IN THE
ASSETS OF POKERSTARS; FULL TILT      :
POKER; ABSOLUTE POKER; ULTIMATE
BET; OLDFORD GROUP LTD.; RATIONAL    :
ENTERTAINMENT ENTERPRISES LTD.; PYR
SOFTWARE LTD.; STELEKRAM LTD.;       :
SPHENE INTERNATIONAL LTD.; TILTWARE
LLC; KOLYMA CORPORATION A.V.V.;      :
POCKET KINGS LTD.; POCKET KINGS
CONSULTING LTD.; FILCO LTD.; VANTAGE :
LTD.; RANSTON LTD.; MAIL MEDIA LTD.;
FULL TILT POKER LTD.; SGS SYSTEMS INC.; :
TRUST SERVICES LTD; FIDUCIA
EXCHANGE LTD.; BLUE WATER SERVICES   :
LTD.; ABSOLUTE ENTERTAINMENT, S.A.;

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-20-11
```

and BLANCA GAMES, INC. OF ANTIGUA;         :
INCLUDING BUT NOT LIMITED TO THE
PROPERTIES LISTED IN SCHEDULE A, SUCH      :
AS BUT NOT LIMITED TO THE DOMAIN
NAMES POKERSTARS.COM;                      :
FULLTILTPOKER.COM;
ABSOLUTEPOKER.COM;                         :
ULTIMATEBET.COM; and UB.COM;
ALL RIGHT, TITLE, AND INTEREST IN THE      :
PROPERTIES LISTED IN SCHEDULE B; and
ALL RIGHT, TITLE, AND INTEREST IN THE      :
PROPERTIES LISTED IN SCHEDULE C
                                           :
       Defendants-in-rem.
                                           :

                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO:   ANY DESIGNATED OFFICER OF THE FEDERAL BUREAU OF INVESTIGATION
       AND/OR ANY LAW ENFORCEMENT OFFICER AUTHORIZED BY LAW

      WHEREAS, on September 19, 2011, the United States filed an amended complaint, verified by Special Agent Royal Pollitt of the Federal Bureau of Investigation, alleging that the property described below is subject to civil forfeiture pursuant to: (1) 18 U.S.C. § 981(a)(1)(C) as property constituting or derived from proceeds traceable to violations of specified unlawful activities, to wit: operating an illegal gambling business (18 U.S.C. § 1955), wire fraud (18 U.S.C. § 1343), and bank fraud (18 U.S.C. § 1344); and (2) 18 U.S.C. § 981(a)(1)(A) as property involved in, or traceable to, money laundering transactions in violation of 18 U.S.C. §§ 1956 and 1957.

      WHEREAS, the Court has reviewed the verified complaint and finds, in accordance with Rule G(3)(b)(ii) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions (the "Supplemental Rules"), that (1) the Court has jurisdiction to issue this warrant pursuant to 28 U.S.C. §§ 1355(a), 1355(b)(1)(A) and 1355(d); and (2) the verified complaint alleges probable cause that the property described below is subject to seizure and forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) as property constituting or derived from proceeds traceable to violations of 18 U.S.C. §§ 1343, 1344, and 1955; and pursuant to 18 U.S.C. § 981(a)(1)(A) as property involved in, or traceable to, money laundering transactions in violation of 18 U.S.C. §§ 1956 and 1957;

YOU ARE HEREBY COMMANDED AND AUTHORIZED to seize the property described below by personally serving a copy of this arrest warrant *in rem* upon any person presently in possession of such property:

All funds and other property on deposit in account numbered GB81 RBOS 6095 4234 0877 66 held at NatWest, in the name of Raymond Bitar, and all funds traceable thereto;

All funds and other property on deposit in account numbered 7655741861 held at Wells Fargo Bank N.A. in the name of HH Lederer Consulting LLC, and all funds traceable thereto; and

All funds and other property on deposit in account numbered GB56LOYD301663140104ature02 held at Lloyds TSB International, Isle of Mann, in the name of Howard Lederer, and all funds traceable thereto;

All funds and other property on deposit in account numbered 40039049628 held at Citibank N.A., in the name of Chris Ferguson, and all funds traceable thereto; and

Account numbered CH87 0875 5057 0684 0010 0 held at Pictet & Co Bankers, Switzerland, in the name of Telamonian Ajax Trust, and all funds traceable thereto.

YOU ARE FURTHER COMMANDED AND AUTHORIZED to prepare a written inventory of the property seized and promptly return this warrant and inventory before this Court as required by law.

Dated: New York, New York
       September 19, 2011

SO ORDERED:

_____
HONORABLE LEONARD B. SAND
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK