UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

       *Plaintiff,*

    - v. -

POKERSTARS; et al.,

       *Defendants;*

ALL RIGHT, TITLE AND INTEREST IN
THE ASSETS OF POKERSTARS et al.,

       *Defendants-in-rem.*
------------------------------------------------------------X

11 Cv. 2564 (LBS)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE Richard W. Levitt, an attorney duly admitted to practice in the Courts of this District, hereby appears as counsel of record for Claimant Raymond Bitar in the above-captioned matter.

Dated: September 28, 2011
       New York, New York

Yours, etc.,

_____
Richard W. Levitt
Levitt & Kaizer
Attorneys at Law
40 Fulton Street, 23rd Floor
New York, NY 10038-5077
Tel: 212/480-4000
Facsimile: 212/480-4040
Email: rlevitt@landklaw.com