AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 11 CIV 2564 (LBS) |
| POKERSTARS, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Cardroom International, LLC (Claimant)

Date: 09/30/2011

/s/Robert J. Hantman
*Attorney's signature*

Robert J. Hantman RH3947
*Printed name and bar number*

Hantman & Associates
1515 Broadway, 11th Floor
New York, New York 10036
*Address*

rhantman@hantmanlaw.com
*E-mail address*

(212) 684-3933
*Telephone number*

(212) 520-4301
*FAX number*