# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>POKERSTARS, et al.<br><br>Plaintiff,<br><br>Defendant. | Case No. 11 CIV 2564 (LBS)<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Cardroom International, LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** 09/30/2011

Signature of Attorney

**Attorney Bar Code:** RH3947

Form Rule7_1.pdf  SDNY Web 10/2007