```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-3-11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,              :

        Plaintiff,                    :     STIPULATION AND ORDER

    - v. -                                :
                                                        11 Civ. 2564 (LBS)
POKERSTARS, et al,;                    :

        Defendants;                   :

ALL RIGHT, TITLE AND INTEREST IN       :
THE ASSETS OF POKERSTARS, et al.,
                                         :
        Defendants-in-rem.
                                         :
- - - - - - - - - - - - - - - - - -x

        WHEREAS, on or about April 14, 2011, a verified complaint, 11 Civ. 2564 (LBS) (the "Complaint") was filed under seal in the United States District Court for the Southern District of New York seeking the forfeiture of certain properties pursuant to Title 18, United States Code, Sections 1955(d), 981(a)(1)(A), and 981(a)(1)(C), including, but not limited to, All Funds Formerly On Deposit at Hawaii National Bank, Honolulu, Hawaii, in Account Number 12008656, held in the Name of MAS, Inc. (the "MAS Subject Property") and All Funds Formerly On Deposit at UMPQUA Bank, Roseburg, Oregon, in Account Number 972402309, held in the Name of Ultra Safe Pay (the "Ultra Safe Pay Subject Property"), and seeking civil money laundering penalties pursuant to Title 18, United States Code, Section 1956 against PokerStars and others;

        WHEREAS, on or about June 21, 2011, claimant MAS, Inc.,

filed a Verified Claim asserting an ownership interest in the MAS Subject Property;

WHEREAS, on or about June 21, 2011, claimant Ultra Safe Pay, LLC filed a Verified Claim asserting an ownership interest in the Ultra Safe Pay Subject Property;

WHEREAS, on or about September 21, 2011, a verified amended complaint in this action (the "Amended Complaint") was filed seeking the forfeiture of, among others, the MAS Subject Property and the Ultra Safe Pay Subject Property, and seeking civil money laundering penalties pursuant to Title 18, United States Code, Section 1956 against against PokerStars and others;

WHEREAS, MAS, Inc. and Ultra Safe Pay LLC have requested additional time to answer or otherwise respond to the Amended Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by its attorney Preet Bharara, United States Attorney for the Southern District of New York, Jason H. Cowley, Assistant United States Attorney, of counsel, and MAS, Inc. and Ultra Safe Pay, LLC, by their attorneys, Adam B. Michaels, Esq. and Jeremy D. Frey, Esq., of Pepper Hamilton LLP, that:

1. MAS, Inc. and Ultra Safe Pay, LLC each shall have until October 31, 2011, to answer or otherwise respond to the Amended Complaint.

2.  The signature pages of this Stipulation and Order may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.  Signature pages may be by fax and such signatures shall be deemed as valid originals.

AGREED AND CONSENTED TO:

PREET BHARARA
United States Attorney
Southern District of New York

By: _____          9/30/2011
    Jason H. Cowley                       DATE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, New York 10007
    (212) 637-2479

MAS INC. and ULTRA SAFE PAY, LLC

By: _____          9/30/11
    Adam B. Michaels, Esq.                DATE
    Pepper Hamilton LLP
    The New York Times Building
    620 Eighth Avenue
    New York, New York 10018-1405
    (212) 808-2700

    Jeremy D. Frey, Esq. (pro hac vice pending)
    Pepper Hamilton LLP
    3000 Two Logan Square
    18th and Arch Streets
    Philadelphia, Pennsylvania 19103
    (215) 981-4000

    Counsel for MAS Inc. and Ultra Safe Pay, LLC

SO ORDERED:

_____              10/3/11
HONORABLE LEONARD B. SAND                DATE
UNITED STATES DISTRICT JUDGE

3