USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-29-11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,       :

        Plaintiff,         :   STIPULATION AND ORDER

    - v. -                      :
                                   11 Civ. 2564 (LBS)
POKERSTARS, et al.,             :

        Defendants;        :

ALL RIGHT, TITLE AND INTEREST IN :
THE ASSETS OF POKERSTARS, et al.,
                               :
        Defendants-in-rem. :
- - - - - - - - - - - - - - - - -x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-3-11

        WHEREAS, on or about April 14, 2011, a verified complaint, 11 Civ. 2564 (LBS) (the "Complaint") was filed under seal in the United States District Court for the Southern District of New York seeking the forfeiture of certain properties (the "Subject Property") pursuant to Title 18, United States Code, Sections 1955(d), 981(a)(1)(A), and 981(a)(1)(C), and seeking civil money laundering penalties pursuant to Title 18, United States Code, Section 1956 against, *inter alia*, Full Tilt Poker, Tiltware LLC., Kolyma Corporation A.V.V., Pocket Kings Ltd., Pocket Kings Consulting Ltd., Filco, Ltd., Vantage Ltd., Ranston, Ltd., Mail Media Ltd., and Full Tilt Poker Ltd. ("Full Tilt");

        WHEREAS, on or about June 14, 2011, the United States provided notice of the filing of the Complaint to Full Tilt by

1

and through their counsel, Barry Boss, Esq. of Cozen O'Connor;

WHEREAS, on or about June 20, 2011, Full Tilt waived service of the Complaint and Summons;

WHEREAS, on or about September 21, 2011, a verified amended complaint in this action (the "Amended Complaint") was filed seeking the forfeiture of the Subject Property and seeking civil money laundering penalties pursuant to Title 18, United States Code, Section 1956 against Full Tilt;

WHEREAS, Full Tilt has requested additional time to file claims for the Subject Property and to answer or otherwise respond to the Amended Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by its attorney Preet Bharara, United States Attorney for the Southern District of New York, Jason H. Cowley, Assistant United States Attorney, of counsel, and Full Tilt, by their attorney, Barry Boss, Esq., of Cozen O'Connor, that:

1. Full Tilt shall have until October 31, 2011, to (a) file claims pursuant to Rule G of the Supplemental Rules for Certain Admiralty and Maritime Claims for any or all of the Subject Property and (b) answer or otherwise respond to the Amended Complaint.

2. The signature pages of this Stipulation and Order may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument. Signature pages may be by fax and such signatures shall be deemed as valid originals.

AGREED AND CONSENTED TO:

PREET BHARARA
United States Attorney
Southern District of New York

By: _____        9/28/11
    Jason H. Cowley                       DATE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, New York 10007
    (212) 637-2479

FULL TILT POKER, TILTWARE LLC., KOLYMA CORPORATION A.V.V., POCKET KINGS LTD., POCKET KINGS CONSULTING LTD., FILCO, LTD., VANTAGE LTD., RANSTON, LTD., MAIL MEDIA LTD., and FULL TILT POKER LTD.

_____            9/28/11
Barry Boss, Esq.                          DATE
Cozen O'Connor
The Army and Navy Building
1627 I Street, NW, Suite 1100
Washington, D.C. 20006
(202) 912-4818
Counsel for Tiltware LLC., Kolyma Corporation A.V.V., Pocket Kings Ltd., Pocket Kings Consulting Ltd., Filco, Ltd., Vantage Ltd., Ranston, Ltd., and Mail Media Ltd.

SO ORDERED:
_____            10/3/11
HONORABLE LEONARD B. SAND                 DATE
UNITED STATES DISTRICT JUDGE