```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,              :
                                              NOTICE OF MOTION TO
             Plaintiff,                :      STRIKE THE CLAIM AND
                                              DISMISS THE COUNTER
         - v. -                        :      CLAIM OF ADAM WEBB

POKERSTARS, et al.                     :      11 Civ. 2564 (LBS)

             Defendants;               :

ALL RIGHT, TITLE AND INTEREST IN THE   :
ASSETS OF POKERSTARS, et al.;
                                       :
             Defendants-in-rem.
- - - - - - - - - - - - - - - - - - - x
```

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the Government's Motion to Strike the Claim and Dismiss the Counter Claim of Adam Webb, and upon all the pleadings heretofore filed in this action and all proceedings had herein, Plaintiff United States of America, by its attorney Preet Bharara, United States Attorney for the Southern District of New York, will move this Court, before the Honorable Leonard B. Sand, United States District Judge for the Southern District of New York, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, on a date and time to be set by the Court, for an Order striking the Claim of Adam Webb, for lack of standing pursuant to Rule 12(b) of the Federal Rules of Civil Procedure and Rule G(8)(c) of the Supplemental Rules for Certain Admiralty and Maritime Claims, and dismissing the Counter Claim of Adam Webb as barred by sovereign immunity and unauthorized by

statute.

Dated:  New York, New York
        October 3, 2011

                              Respectfully submitted,

                              PREET BHARARA
                              United States Attorney for the
                              Southern District of New York

                     By:  _____/s/_____
                              SHARON COHEN LEVIN
                              MICHAEL D. LOCKARD
                              JASON H. COWLEY
                              Assistant United States AttorneyS
                              One St. Andrews Plaza
                              New York, New York 10007
                              (212) 637-1060/2218/2479


To:  Steven L. Kessler, Esq.
     122 east 42nd Street, Suite 606
     New York, NY 10007
     (212)661-1500
     Counsel for Adam Webb