UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>POKERSTARS; et al.,<br><br>Defendants;<br><br>ALL RIGHT, TITLE AND INTEREST IN THE ASSETS OF POKERSTARS; etc., et al.,<br><br>Defendants-In-Rem. | Civil Action No.:  11-cv 02564-LBS<br><br>VERIFIED CLAIM OF ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC, RECEIVER |

This Verified Claim is made pursuant to 18 U.S.C. § 983(a)(4) and Rule G(5)(a) (Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions) by Robb Evans of Robb Evans & Associates LLC, in his capacity as Receiver appointed pursuant to the Preliminary Injunction Order[1] issued in the case of *Federal Trade Commission v. Jeremy Johnson, etc., et al.*, United States District Court, District of Nevada, Case No. 2:10-cv-02203-RLH-GWF ("FTC Action") over the Receivership Defendants as defined in the Preliminary Injunction Order and over the assets of Jeremy Johnson.  The Receiver, by and through his attorneys, hereby asserts an ownership interest in, and makes a claim upon, the following accounts, funds, and property, each identified as a defendant *in rem* in the above-captioned case:

> Each of the accounts listed at Schedule B, paragraphs 1 through 8, inclusive, of the Verified First Amended Complaint, Document No. 53, referred to as: "The Sunfirst

---

[1] A true and correct copy of the Preliminary Injunction Order is attached hereto as Exhibit 1 and incorporated herein by this reference as though set forth in full.

Bank Accounts and Related Accounts," including the named accounts and all funds and property traceable thereto.

The Receiver claims a right, title and interest in the above-identified *in rem* assets, funds and property, all or a portion of which are claimed to be property of the receivership estate established in the FTC Action pursuant to the Preliminary Injunction Order.

Dated: October 4, 2011                MCKENNA LONG & ALDRIDGE LLP

By: _____
Christopher F. Graham, Esq.
Alan F. Kaufman, Esq.
230 Park Avenue, Suite 1700
New York, New York 10169
Tel.: (212) 922-1800
Fax: (212) 922-1819
*Counsel for Claimant*
*Robb Evans of Robb Evans & Associates LLC*

-and-

Gary Owen Caris, Esq. (pro hac vice pending)
Lesley Anne Hawes, Esq. (pro hac vice pending)
MCKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, California 90071-3124
Tel: (213) 688-1000
Fax: (213) 243-6330
*Co-Counsel for Claimant*
*Robb Evans of Robb Evans & Associates LLC*

VERIFICATION

I am the President and Chief Operating Officer of Robb Evans & Associates LLC and a deputy to the Receiver and am duly authorized to make this verification on behalf of the Receiver. I have read the foregoing Verified Claim of Robb Evans of Robb Evans & Associates LLC, Receiver. I declare under penalty of perjury that the foregoing Verified Claim of Robb Evans of Robb Evans & Associates, LLC, Receiver is true and correct to the best of my knowledge, information and belief.

Executed this 3 day of October 2011 at Sun Valley, California.

[Notary stamp: ANITA JEN, COMM. # 1905081, NOTARY PUBLIC - CALIFORNIA, LOS ANGELES COUNTY, COMM. EXPIRES SEPT. 23, 2014]

_____
Brick Kane

LA:17882013.1                              3

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGEMENT

STATE OF CALIFORNIA )
COUNTY OF __Los Angeles__ )

On __10/3/11__ before me, __Anita Jen Notary__
    DATE                                             INSERT NAME, TITLE OF OFFICER – E.G.., "JANE DOE, NOTARY PUBLIC

personally appeared, __Brick Kane__

_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____(SEAL)
NOTARY PUBLIC SIGNATURE

ANITA JEN
COMM. # 1905081
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
COMM. EXPIRES SEPT. 23, 2014

━━━━━━━━━━ OPTIONAL INFORMATION ━━━━━━━━━━

THIS OPTIONAL INFORMATION SECTION IS NOT REQUIRED BY LAW BUT MAY BE BENEFICIAL TO PERSONS RELYING ON THIS NOTARIZED DOCUMENT.

TITLE OR TYPE OF DOCUMENT _____

DATE OF DOCUMENT _____ NUMBER OF PAGES _____

SIGNERS(S) OTHER THAN NAMED ABOVE _____

SIGNER'S NAME _____    SIGNER'S NAME _____

| RIGHT THUMBPRINT | RIGHT THUMBPRINT |
|---|---|
|  |  |

To order supplies, please contact McGlone Insurance Services, Inc. at (916) 484 0804.