UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

        Plaintiff,

-against-

POKERSTARS, ET AL.

        Defendants.

NOTICE OF APPEARANCE
AND REQUEST FOR
ELECTRONIC NOTIFICATION

11-CV-2564 (LBS)

---

TO:   Clerk of Court
       United States District Court
       Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case on behalf of Defendant and Claimant Christopher Ferguson. The undersigned further requests that the Clerk adds him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

I certify that I am admitted to practice in this Court.

Dated: October 6, 2011
       New York, NY

                              Respectfully submitted,

                              /s/ Jonathan Harris
                              _____
                              Jonathan Harris
                              Harris, Cutler & Houghteling LLP
                              111 Broadway, Suite 402
                              New York, NY 10006
                              Ph: 212-397-3700
                              Email: jon@harriscutler.com
                              *Counsel for Defendant and Claimant*
                              *Christopher Ferguson*

## **CERTIFICATE OF SERVICE**

I, Jonathan Harris, hereby certify that on October 6, 2011, I caused a true and correct copy of the foregoing Notice of Appearance to be served via ECF on all attorneys of records in this case.

Dated: October 6, 2011
      New York, NY

                                      Respectfully submitted,

                                      /s/ Jonathan Harris

                                      _____
                                      Jonathan Harris
                                      Harris, Cutler & Houghteling LLP
                                      111 Broadway, Suite 402
                                      New York, NY 10006
                                      Ph: 212-397-3700
                                      Email: jon@harriscutler.com
                                      *Counsel for Defendant and Claimant*
                                      *Christopher Ferguson*