UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

        Plaintiff,

-against-

POKERSTARS, ET AL.

        Defendants.

NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION

11-CV-2564 (LBS)

---

TO:   Clerk of Court
       United States District Court
       Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case on behalf of Defendant and Claimant Christopher Ferguson. The undersigned further requests that the Clerk adds him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

I certify that I am admitted to practice in this Court.

Dated: October 6, 2011
       New York, NY

                      Respectfully submitted,

                      /s/ Paul Colinet
                      _____
                      Paul Colinet
                      Harris, Cutler & Houghteling LLP
                      111 Broadway, Suite 402
                      New York, NY 10006
                      Ph: 212-397-3700
                      Email: pcolinet@harriscutler.com
                      *Counsel for Defendant and Claimant Christopher Ferguson*

## **CERTIFICATE OF SERVICE**

I, Paul Colinet, hereby certify that on October 6, 2011, I caused a true and correct copy of the foregoing Notice of Appearance to be served via ECF on all attorneys of records in this case.

Dated: October 6, 2011
      New York, NY

Respectfully submitted,

/s/ Paul Colinet

_____
Paul Colinet
Harris, Cutler & Houghteling LLP
111 Broadway, Suite 402
New York, NY 10006
Ph: 212-397-3700
Email: pcolinet@harriscutler.com
*Counsel for Defendant and Claimant Christopher Ferguson*