# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>POKERSTARS; et al.,<br><br>    Defendants;<br><br>ALL RIGHT, TITLE AND INTEREST IN THE ASSETS OF POKERSTARS; etc., et al.,<br><br>    Defendants-In-Rem. | Civil Action No.: 11-cv-02564-LBS<br><br>**ECF CASE**<br><br>**MOTION FOR<br>ADMISSION *PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Gary Owen Caris, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Claimant, Robb Evans of Robb Evans & Associates LLC, in the above-captioned action.

I am in good standing of the Bar of the State of California and there are no pending disciplinary proceedings against me in any State or Federal Court.

Dated: Los Angeles, California
      October 6, 2011

                                 */s/ Gary Owen Caris*
                                 Gary Owen Caris, Esq.
MCKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, California 90071-3124
Tel: (213) 688-1000
Fax: (213) 243-6330
*Co-Counsel for Claimant
Robb Evans of Robb Evans & Associates LLC*

# CERTIFICATE OF STANDING

October 5, 2011

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, GARY OWEN CARIS, #88918 was admitted to the practice of law in this state by the Supreme Court of California on November 29, 1979; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; that the public record states that information has been provided pursuant to Business and Professions Code section 6086.1(c); and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>POKERSTARS; et al.,<br><br>　　　　　Defendants;<br><br>ALL RIGHT, TITLE AND INTEREST IN THE ASSETS OF POKERSTARS; etc., et al.,<br><br>　　　　　Defendants-In-Rem. | Civil Action No.: 11-cv-02564-LBS<br><br>**ECF CASE**<br><br>**ORDER FOR<br>ADMISSION *PRO HAC VICE*** |

The motion of Gary Owen Caris, for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the Bar of the State of California; and his contact information is as follows:

> Gary Owen Caris, Esq.
> MCKENNA LONG & ALDRIDGE LLP
> 300 South Grand Avenue, 14th Floor
> Los Angeles, California 90071-3124
> Tel: (213) 688-1000
> Fax: (213) 243-6330
> E-mail: gcaris@mckennalong.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Claimant, Robb Evans of Robb Evans & Associates LLC, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at

nysd.uscourts.gov.

Dated: New York, New York
      October ___, 2011

                                                **UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>POKERSTARS; et al.,<br><br>        Defendants;<br><br>ALL RIGHT, TITLE AND INTEREST IN THE ASSETS OF POKERSTARS; etc., et al.,<br><br>        Defendants-In-Rem. | Civil Action No.: 11-cv-02564-LBS<br><br>**ECF CASE**<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK    )
                               ) ss:
COUNTY OF NEW YORK  )

      ROBERT GEE, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and is employed by McKenna Long & Aldridge LLP.

      That on the 11th day of October, 2011, deponent served, by U.S. Mail, a true and correct copy of **(1) MOTION FOR ADMISSION PRO HAC VICE FOR GARY OWEN CARIS; (2) CERTIFICATE OF GOOD STANDING; AND (3) PROPOSED ORDER** upon the following:

**David Eric Lycan, Esq.**
Steptoe & Johnson, PLLC
1010 Monarch Street, Suite 250
Lexington, KY 40513

**Richard Ware Levitt, Esq.**
148 East 78th Street
New York, New York 10021

**Elizabeth Nicole Warin, Esq.**
Cozen O'Connor
45 Broadway
New York, New York 10006

**Jason Harris Cowley, Esq.**
US Attorney's Office, SDNY
One St. Andrew's Plaza
New York, New York 1007

**Jonathan Andrew Harris, Esq.**
Harris, Cutler & Houghteling LLP (NY)
Trinity Building
111 Broadway, Suite 402
New York, New York 10006

**Michael Fred Bachner, Esq.**
Bachner & Associates, P.C.
26 Broadway, Suite 2310
New York, New York 10004

**Jeremy D. Frey, Esq.**
Pepper Hamilton, LLP (NYC)
The New York times Building
620 Eighth Avenue
New York, New York 10018

**Steven J. McCool, Esq.**
Mallon & McCool, LLC
1776 K Street, N.W., Suite 200
Washington, DC 20006

**Dylan C. Braverman, Esq.**
Rivkin Radler, LLP
926 Rexcorp Plaza
Uniondale, NY 11556

**Lenard Barrett Boss, Esq.**
Cozen O'Connor
1627 I Street, NW, Suite 1100
Washington, DC 20006

**Michael Dennis Lockard, Esq.**
US Attorney's Office, SDNY
One St. Andrew's Plaza
New York, New York 1007

**Paul Colinet, Esq.**
Harris, Cutler & Houghteling LLP (NY)
Trinity Building
111 Broadway, Suite 402
New York, New York 10006

**Adam Benjamin Michaels, Esq.**
Pepper Hamilton, LLP (NYC)
The New York times Building
620 Eighth Avenue
New York, New York 10018

**Steven Leigh Kessler, Esq.**
Law Offices of Steven L. Kessler
122 East 42nd Street, Suite 606
New York, New York 10168

**William Rakestraw Cowden, Esq.**
Mallon & McCool, LLC
1776 K Street, N.W., Suite 200
Washington, DC 20006

**Robert J. Hantman, Esq.**
Hantman & Associates
1515 Broadway, 11th Floor
New York, New York 10036

| Richard W. Levitt, Esq. | Dylan C. Braverman, Esq. |
|---|---|
| Levitt & Kaizer | Bower Monte & Greene, P.C. |
| 40 Fulton Street, 23rd Floor | 261 Madison Avenue – 12th Floor |
| New York, New York 10038 | New York, New York 10016 |

the addresses designated by said attorneys for that purpose, by depositing the same enclosed in a pre-paid envelope in a US Postal Service official depository under the exclusive care and custody of the US Postal Service within the State of New York.

_____

Sworn to before me this
11th day of October, 2011

_____
NOTARY PUBLIC

JOANNE SARLO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SA4831775
Qualified in Kings County
Commission Expires 3/31/2013