UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,
Plaintiff,
- v. -
POKERSTARS; FULL TILT POKER;
ABSOLUTE POKER; ULTIMATE BET;
OLDFORD GROUP LTD.; RATIONAL
ENTERTAINMENT ENTERPRISES LTD.;
PYR SOFTWARE LTD.; STELEKRAM LTD.;
SPHENE INTERNATIONAL LTD.;
TILTWARE LLC; KOLYMA CORPORATION
A.V.V.; POCKET KINGS LTD.; POCKET
KINGS CONSULTING LTD.; FILCO LTD.;
VANTAGE LTD.; RANSTON LTD.; MAIL
MEDIA LTD.; FULL TILT POKER LTD.;
SGS SYSTEMS INC.; TRUST SERVICES
LTD; FIDUCIA EXCHANGE LTD.; BLUE
WATER SERVICES LTD.; ABSOLUTE
ENTERTAINMENT, S.A.; and BLANCA
GAMES, INC. OF ANTIGUA; RAYMOND
BITAR; HOWARD LEDERER; CHRISTOPHER
FERGUSON, a/k/a "JESUS;" and
RAFAEL FURST,
                              Defendants;

and

ALL RIGHT, TITLE AND INTEREST IN
THE ASSETS OF POKERSTARS; FULL
TILT POKER; ABSOLUTE POKER;
ULTIMATE BET; OLDFORD GROUP LTD.;
RATIONAL ENTERTAINMENT ENTERPRISES
LTD.; PYR SOFTWARE LTD.; STELEKRAM
LTD.; SPHENE INTERNATIONAL LTD.;
TILTWARE LLC; KOLYMA CORPORATION
A.V.V.; POCKET KINGS LTD.; POCKET
KINGS CONSULTING LTD.; FILCO LTD.;
VANTAGE LTD.; RANSTON LTD.; MAIL
MEDIA LTD.; FULL TILT POKER LTD.;
SGS SYSTEMS INC.; TRUST SERVICES
LTD; FIDUCIA EXCHANGE LTD.; BLUE
WATER SERVICES LTD.; ABSOLUTE
ENTERTAINMENT, S.A.; and BLANCA
GAMES, INC. OF ANTIGUA; INCLUDING
BUT NOT LIMITED TO THE PROPERTIES

Case No.: 11-Civ-2564 (LBS)

```
LISTED IN SCHEDULE A, SUCH AS BUT
NOT LIMITED TO THE DOMAIN NAMES
POKERSTARS.COM; FULLTILTPOKER.COM;
ABSOLUTEPOKER.COM;
ULTIMATEBET.COM; and UB.COM;
ALL RIGHT, TITLE, AND INTEREST IN
THE PROPERTIES LISTED IN SCHEDULE
B; and ALL RIGHT, TITLE, AND
INTEREST IN THE PROPERTIES LISTED
IN SCHEDULE C,
                        Defendants-in-rem.
:
:
:
:
:
:
- - - - - - - - - - - - - - - - -x
```

## NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION

TO:   Clerk of the Court
      United States District Court
      Southern District of New York

The undersigned attorney requests the Clerk to take notice of his appearance in this case on behalf of Claimant Steve Segal as the named plaintiff for a putative class of U.S. Players. The undersigned further requests that the Clerk adds him as a Filing User to whom Notice of Electronic Filing will be transmitted to in this case.

I certify that I am admitted to practice in this Court.

Dated: October 19, 2011

New York, NY

                                              Respectfully submitted,

                                              /S/ Thomas H. Burt
                                              Thomas H. Burt
                                              WOLF HALDENSTEIN ADLER
                                              FREEMAN & HERZ LLP

270 Madison Avenue
New York, New York 10016
Telephone: 212-545-4600
E-Mail: burt@whafh.com

Case 1:11-cv-02564-LBS   Document 76   Filed 10/19/11   Page 3 of 3