

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 21, 2011

**BY HAND**

The Honorable Leonard B. Sand
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

RECEIVED
OCT 21 2011
CHAMBERS OF
LEONARD B. SAND

      Re:    **United States v. PokerStars, et. al,**
                  **11 Civ. 2564 (LBS)**

Dear Judge Sand:

      The Government respectfully writes to request a brief extension of the current deadline of October 24, 2011 for the Government's reply brief in relation to its motion to strike the claim and dismiss the counter claim of Adam Webb. The Government requests that it be permitted to file its reply brief no later October 31, 2011. This is the first request for an extension of this deadline.

      The Government requests these extensions in light of Government counsels' travel and leave schedules.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-24-11

The Honorable Leonard B. Sand
October 21, 2011
Page 2

       The Government has contacted counsel for Claimant Adam Webb and he has no objection to this request.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By: _____
       Sharon Cohen Levin
       Michael D. Lockard
       Jason H. Cowley
       Assistant United States Attorneys
       (212) 637-1060/2193/2479

cc:   counsel of record for Adam Webb (by email)

New York, New York
October 24, 2011

SO ORDERED:

_____
The Honorable Leonard B. Sand
United States District Judge