RECEIVED
OCT 26 2011
CHAMBERS OF
LEONARD B. SAND

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,             :

          Plaintiff,             :     STIPULATION AND ORDER

        - v. -                       :
                                                11 Civ. 2564 (LBS)
POKERSTARS, et al,;               :

          Defendants;            :

ALL RIGHT, TITLE AND INTEREST IN  :
THE ASSETS OF POKERSTARS, et al.,
                                       :
          Defendants-in-rem.
                                       :
- - - - - - - - - - - - - - - - -x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-27-11

        WHEREAS, on or about September 21, 2011, an amended forfeiture and civil money laundering complaint (the "Amended Complaint") was filed in this matter seeking the forfeiture of certain properties (the "Subject Property") pursuant to Title 18, United States Code, Sections 1955(d), 981(a)(1)(A), and 981(a)(1)(C), and seeking civil money laundering penalties pursuant to Title 18, United States Code, Section 1956;

        WHEREAS, on or about October 5, 2011, claimant Robb Evans filed a Verified Claim asserting an ownership interest in certain of the Subject Property in his capacity as Receiver in Federal Trade Commission v. Jeremy Johnson et al., No. 2:10-cv-02203-RLH-GWF (D. Nev.);

        WHEREAS, Evans has twenty days from that date to respond to the Amended Complaint;

        WHEREAS, Evans has requested additional time to respond

to the Amended Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by its attorney Preet Bharara, United States Attorney for the Southern District of New York, Michael D. Lockard, Assistant United States Attorney, of counsel, and Robb Evans, by his attorney, Gary Owen Caris, Esq. of McKenna Long & Aldridge LLP, that:

1. Robb Evans shall have until November 28, 2011, to file an answer or otherwise respond to the Amended Complaint.

2. The signature pages of this Stipulation and Order may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument. Signature pages may be by fax and by .pdf and such signatures shall be deemed as valid originals.

AGREED AND CONSENTED TO:

PREET BHARARA
United States Attorney
Southern District of New York

By: _____          Oct. 25, 2011
    Michael D. Lockard                    DATE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, New York 10007
    (212) 637-2193


ROBB EVANS, RECEIVER

By: _____          _____
    Gary Owen Caris, Esq.                 DATE
    McKenna Long & Aldridge LLP
    300 South Grand Avenue, 14th Floor
    Los Angeles, California 90071
    (213) 243-6107
    Counsel for Robb Evans, Receiver


SO ORDERED:
_____              10/26/11
HONORABLE LEONARD B. SAND                DATE
UNITED STATES DISTRICT JUDGE

2. The signature pages of this Stipulation and Order may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument. Signature pages may be by fax and by .pdf and such signatures shall be deemed as valid originals.

AGREED AND CONSENTED TO:

PREET BHARARA
United States Attorney
Southern District of New York

By: _____          _____
    Michael D. Lockard                                DATE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, New York 10007
    (212) 637-2193


ROBB EVANS, RECEIVER

By: _____/s/ Gary Owen Caris/_____          10/25/11
    Gary Owen Caris, Esq.                            DATE
    McKenna Long & Aldridge LLP
    300 South Grand Avenue, 14th Floor
    Los Angeles, California 90071
    (213) 243-6107
    Counsel for Robb Evans, Receiver


SO ORDERED:

_____          _____
HONORABLE LEONARD B. SAND                      DATE
UNITED STATES DISTRICT JUDGE

3