**U.S. Department of Justice**



| USDS SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: ｜｜ - ⅔ - ｜｜ |

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 1, 2011

**BY HAND**

The Honorable Leonard B. Sand
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

RECEIVED
NOV 11 2011
CHAMBERS OF
LEO B. SAND

Re:    **United States v. PokerStars, et. al,**
       **11 Civ. 2564 (LBS)**

Dear Judge Sand:

        The Government writes to respectfully request an enlargement of the page limit for its reply memorandum of law in further support of its motion to strike the claim and counterclaim of Adam Webb, an online poker player.  The 17-page reply brief, filed yesterday, addresses arguments and issues raised in Webb's opposition that were not included in Webb's claim, and accordingly, the Government seeks a modest enlargement of 7 pages.

        Today, Webb's counsel advised the Government of his intention to move to strike the brief based on this page limit issue unless the Government agreed to file an amended reply memorandum within the page limitation.  The Government sought consent from Webb's counsel for the instant request for an enlargement, and Webb's counsel has stated that he does not consent to the request.

The Honorable Leonard B. Sand
November 1, 2011
Page 2

        The Government acknowledges that this request for enlargement should have been made prior to the filing of its reply brief, as laid out in the Court's practice preferences, and apologizes for not having done so. If this application is denied, the Government respectfully requests the opportunity to file an amended reply memorandum of law within the stated page limitation.

                                       Respectfully submitted,

                                       PREET BHARARA
                                       United States Attorney for the
                                       Southern District of New York

By:

                                         Sharon Cohen Levin
                                       Michael D. Lockard
                                         Jason H. Cowley
                                         Assistant United States Attorneys
                                       (212) 637-1060/2193/2479

cc:    counsel of record for Adam Webb (by email)

New York, New York
November 2, 2011

                                       SO ORDERED.

                                       The Honorable Leonard B. Sand
                                       United States District Judge