**United States District Court**
**for the**
**Southern District of New York**

**United States**            )
                             )
v.                           )    Civil Action No. 11 Civ. 2564 (LBS)
                             )
**PokerStars, et. al.**      )

## WAIVER OF SERVICE OF SUMMONS

TO:   JASON H. COWLEY
      Assistant United States Attorney
      One St. Andrew's Plaza
      New York, New York 10007
      Telephone: 212.637.2479

I, Christopher Ferguson, have received your request to waive service of a summons in this action, along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, Christopher Ferguson, agree to save the expense of serving a summons and complaint in this case.

I understand that I, Christopher Ferguson, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but waive any objections to the absence of a summons or of service.

I, Christopher Ferguson, also understand that I must file and serve an answer or a motion under Rule 12 within 60 days of October 18, 2011, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me, Christopher Ferguson.

Dated: __10/31__, 2011

_____
(Signature of the Attorney or
unrepresented party)

__Jonathan Harris - Harris, Cutler & Houghteling__
Printed Name

__111 Broadway, Suite 402__
(Address)

__jon@harriscutler.com__
(E-mail address)

__(646) 395-3481__
(Telephone number)