United States District Court
for the
Southern District of New York

| | |
|---|---|
| United States | ) |
| | ) |
| v. | ) Civil Action No. 11 Civ. 2564 (LBS) |
| | ) |
| PokerStars, et. al. | ) |

## WAIVER OF SERVICE OF SUMMONS

TO:   JASON H. COWLEY
      Assistant United States Attorney
      One St. Andrew's Plaza
      New York, New York 10007
      Telephone: 212.637.2479

I, Raymond Bitar, have received your request to waive service of a summons in this action, along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, Raymond Bitar, agree to save the expense of serving a summons and complaint in this case.

I understand that I, Raymond Bitar, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but waive any objections to the absence of a summons or of service.

I, Raymond Bitar, also understand that I must file and serve an answer or a motion under Rule 12 within 60 days of October 18, 2011, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me, Raymond Bitar.

Dated: _11-1_____, 2011

_____
(Signature of the Attorney or
unrepresented party)

Richard Levitt on behalf of Raymond Bitar
Printed Name

40 Fulton Street 23rd Floor NY NY 10038
(Address)

rlevitt@landklaw.com
(E-mail address)

212 480-4000
(Telephone number)