UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

United States of America          Plaintiff,         Case No. 1:11-cv-02564-LBS

    -against-

Pokerstars, et al.,               Defendant.
-------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending          ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Dylan Corey Braverman**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: 5501DB          My State Bar Number is 3938222

I am,
☑ An attorney
☐ A Government Agency attorney
☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: RIVKIN RADLER, LLP
             FIRM ADDRESS: 926 RXR PLAZA, UNIONDALE, NY 11556
             FIRM TELEPHONE NUMBER: 516-357-3000
             FIRM FAX NUMBER: 516-357-3333

NEW FIRM:    FIRM NAME: BOWER MONTE & GREENE, P.C.
             FIRM ADDRESS: 261 MADISON AVE., 12TH FLOOR, NY NY 10016
             FIRM TELEPHONE NUMBER: 212-599-0900
             FIRM FAX NUMBER: 212-599-4560

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 11/14/11

ATTORNEY'S SIGNATURE