UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| | : | |
| | : | 11 Civ. 2564 (LBS) |
| v. | : | |
| | : | RULE 7.1 DISCLOSURE |
| POKERSTARS, et al., | : | STATEMENT OF TILTWARE LLC, |
| Defendants; | : | FILCO LTD., POCKET KINGS |
| | : | LTD., POCKET KINGS |
| ALL RIGHT, TITLE AND INTEREST IN | : | CONSULTING LTD., VANTAGE |
| THE ASSETS OF POKERSTARS, et al., | : | LTD., AND KOLYMA A.V.V. |
| | : | |
| Defendants-in-rem. | : | |
| _____ | : | |

Under Fed. R. Civ. P. 7.1, Defendants, Tiltware LLC, Filco Ltd., Pocket Kings Ltd.,

Pocket Kings Consulting Ltd., Vantage Ltd., and Kolyma A.V.V., by and through undersigned

counsel, hereby disclose the following:

(i) Tiltware LLC does not have any parent corporation and no publicly held corporation

holds 10% or more of its stock;

(ii) Filco Ltd.'s parent corporation is Filco Holdings Ltd. whose parent corporation is

Regent Nominees Limited and no publicly held corporation holds 10% or more of its stock;

(iii) Pocket Kings Ltd. does not have any parent corporation and no publicly held

corporation holds 10% or more of its stock;

(iv) Pocket Kings Consulting Ltd.'s parent corporation is Tiltware LLC and no publicly

held corporation holds 10% or more of its stock;

(v) Vantage Ltd.'s parent corporation is Ludus Ltd. whose parent corporation is Tiltware

LLC and no publicly held corporation holds 10% or more of its stock;  and

(vi) Kolyma A.V.V. does not have any parent corporation and no publicly held

corporation holds 10% or more of its stock.

Tiltware LLC, although not a parent, does have beneficial ownership interests in the

companies named in paragraphs (ii), (iii), and (vi).  This disclosure statement does not constitute

a waiver of any jurisdictional or other defense.

Dated: November 14, 2011

_/s/ L. Barrett Boss_____
L. Barrett Boss, Esq.
Cozen O'Connor
1627 I Street, NW, Suite 1100
Washington, DC 20006
(202) 912-4818
bboss@cozen.com

__/s/ E. Niki Warin_____
E. Niki Warin, Esq.
Cozen O'Connor
45 Broadway, 16th Floor
New York, New York 10006
(212) 883-4969
nwarin@cozen.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on November 14, 2011, I caused a true copy of the foregoing Rule 7.1 Disclosure Statement of Tiltware LLC, Filco Ltd., Pocket Kings Ltd., Pocket Kings Consulting Ltd., Vantage Ltd., and Kolyma A.V.V. to be served via ECF upon all attorneys of record in this case.


/s/ L. Barrett Boss_____
L. Barrett Boss