UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------

United States

                Plaintiff,

Case No. 11-cv-02564

-against-

Pokerstars, et al.

                Defendant.
--------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:  ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

__William R. Cowden_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____  My State Bar Number is _____

I am,

[ ] An attorney
[ ] A Government Agency attorney
[✓] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Mallon & McCool LLC
            FIRM ADDRESS: 1776 K Street, NW, Ste 200, Washington, DC 20006
            FIRM TELEPHONE NUMBER: 202.393.7088
            FIRM FAX NUMBER: 202.293.3499

NEW FIRM:   FIRM NAME: William Cowden LLC
            FIRM ADDRESS: 2002 Mass. Ave., N.W., Ste 100, Wash., DC 20036
            FIRM TELEPHONE NUMBER: 202.642.0209
            FIRM FAX NUMBER: 202.232.7566

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: November 15, 2011

_____
ATTORNEY'S SIGNATURE