UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff<br><br>      - v. -<br><br>POKERSTARS; FULL TILT POKER; ABSOLUTE POKER; ULTIMATE BET; OLDFORD GROUP LTD.; RATIONAL ENTERTAINMENT ENTERPRISES LTD.; PYR SOFTWARE LTD.; STELEKRAM LTD.; SPHENE INTERNATIONAL LTD.; TILTWARE LLC; KOLYMA CORPORATION A.V.V.; POCKET KINGS LTD.; POCKET KINGS CONSULTING LTD.; FILCO LTD.; VANTAGE LTD.; RANSTON LTD.; MAIL MEDIA LTD.; FULL TILT POKER LTD.; SGS SYSTEMS INC.; TRUST SERVICES LTD.; FIDUCIA EXCHANGE LTD.; BLUE WATER SERVICES LTD.; ABSOLUTE ENTERTAINMENT, S.A.; BLANCA GAMES, INC. OF ANTIGUA; RAYMOND BITAR; HOWARD LEDERER; CHRISTOPHER FERGUSON, a/k/a "JESUS;" and RAFAEL FURST,<br><br>            Defendants.<br><br>ALL RIGHT, TITLE AND INTEREST IN THE ASSETS OF POKERSTARS; FULL TILT POKER; ABSOLUTE POKER; ULTIMATE BET; OLDFORD GROUP LTD.; RATIONAL ENTERTAINMENT ENTERPRISES LTD.; PYR SOFTWARE LTD.; STELEKRAM LTD.; SPHENE INTERNATIONAL LTD.; TILTWARE LLC; KOLYMA CORPORATION A.V.V.; POCKET KINGS LTD.; POCKET KINGS CONSULTING LTD.; FILCO LTD.; VANTAGE LTD.; RANSTON LTD.; MAIL MEDIA LTD.; FULL TILT POKER LTD.; SGS SYSTEMS INC.; TRUST SERVICES LTD.; FIDUCIA EXCHANGE LTD.; BLUE WATER SERVICES LTD.; ABSOLUTE ENTERTAINMENT, S.A.; and BLANCA GAMES, INC. OF ANTIGUA; INCLUDING BUT NOT LIMITED TO THE PROPERTIES LISTED IN SCHEDULE A, | Case No. 1:11 Civ. 02564 (LBS) |

1

SUCH AS BUT NOT LIMITED TO THE
DOMAIN NAMES POKERSTARS.COM;
FULLTILTPOKER.COM;
ABSOLUTEPOKER.COM;
ULTIMATEBET.COM; and UB.COM; ALL
RIGHT, TITLE AND INTEREST IN THE
PROPERTIES LISTED IN SCHEDULE B;
and ALL RIGHT, TITLE AND INTEREST
IN THE PROPERTIES LISTED IN
SCHEDULE C,

                    Defendants-In-Rem.

---

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, an attorney duly admitted to practice before this Court, hereby appears as counsel for defendant and claimant HOWARD LEDERER in the above-captioned action.

Dated: San Francisco, California
           November 21, 2011

By: */s/ Elliot R. Peters*
     ELLIOT R. PETERS
     KEKER & VAN NEST LLP
     633 Battery Street
     San Francisco, CA  94111-1809
     Telephone:        415.391.5400
     Facsimile:         415.397.7188
     Email:      epeters@kvn.com

     **Attorneys for Defendant and Claimant
     HOWARD LEDERER**