UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | : | 11 Civ. 2564 (LBS) |
|---|---|---|
| Plaintiff, | : | |
| vs. | : | |
| POKERSTARS, et al. | : | |
| Defendants; | : | |
| ALL RIGHT, TITLE AND INTEREST IN THE ASSETS OF POKERSTARS, et al., | : | |
| Defendants-in-rem. | : | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned, an attorney duly admitted to practice before this Court, hereby appears as counsel for defendant and claimant RAFAEL FURST in the above-captioned action.

Dated: Portland, Oregon
       November 23, 2011

By: s/ Benjamin N. Souede
BENJAMIN N. SOUEDE
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone:   (503) 954-2232
Facsimile:    (503) 227-0880
E-mail:         Benjamin@angelilaw.com

Attorneys for Defendant and Claimant
RAFAEL FURST

PAGE 1 – NOTICE OF APPEARANCE