UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>POKERSTARS, et al.<br><br>Defendants;<br><br>ALL RIGHT, TITLE AND INTEREST IN THE ASSETS OF POKERSTARS, et al.,<br><br>Defendants-in-rem. | 11 Civ. 2564 (LBS)<br><br>**VERIFIED CLAIM OF RAFAEL FURST PURSUANT TO RULE G OF THE SUPPLEMENTAL RULES FOR ADMIRALTY AND MARITIME CLAIMS** |

PLEASE TAKE NOTICE that Rafael Furst ("Furst"), pursuant to 18 U.S.C. § 983 and Rule G(5)(a) of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, hereby asserts, under penalty of perjury, right, title and interest in, and makes a claim upon, the property identified below in the above-captioned case.

1. Furst is the primary beneficiary of the Telamonian Ajax Trust (the "Trust"), an irrevocable trust organized under the laws of the British Virgin Islands, and accordingly has a legal, equitable and/or beneficial ownership interest in property owned by the Trust, including but not limited to bank accounts and the funds therein.

2. The Trust has right, title, or interest to the account numbered CH87 0875 5057 0684 0010 0 held at Pictet & Co Bankers, Switzerland, in the name of the Trust, all of the funds in that account, and all funds traceable thereto.

3. The Trust is the lawful owner and the party that held legal title to the bank account referenced in paragraph 2 prior to the seizure.

## VERIFICATION

I, Rafael Furst, declare under penalty of perjury that the foregoing is true and correct.

Executed on this 23rd day of November, 2011, in Los Angeles, California.

_____
Rafael Furst

STATE OF CALIFORNIA        )
                           ) ss.:
COUNTY OF LOS ANGELES      )

Sworn to before me this 23 day of November, 2011.

_____
Notary Public

HANNE R. MINTZ
COMM. #1818561
NOTARY PUBLIC • CALIFORNIA
LOS ANGELES COUNTY
Comm. Exp. NOV. 6, 2012

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on November 28, 2011, I caused a true copy of the foregoing Verified Claim of Rafael Furst Pursuant to Rule G of the Supplemental Rules for Admiralty and Maritime Claims to be served by the Court's ECF system upon:

Jason H. Cowley
United States Attorneys Office
One Saint Andrew's Plaza
New York, NY 10007
Tel: (212) 637-1060
Fax: (212) 637-0421
Jason.Cowley@usdoj.gov

s/ Benjamin N. Souede
Benjamin N. Souede