UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff<br><br>      - v. -<br><br>POKERSTARS; et al.,<br><br>                Defendants.<br><br>ALL RIGHT, TITLE AND INTEREST IN THE ASSETS OF POKERSTARS; et al.,<br><br>              Defendants-In-Rem. | Case No. 1:11 Civ. 02564 (LBS) |

**VERIFIED CLAIM OF HOWARD LEDERER PURSUANT TO RULE G OF THE SUPPLEMENTAL RULES FOR ADMIRALTY AND MARITIME CLAIMS**

591001.01

PLEASE TAKE NOTICE that Defendant, Howard Lederer ("Lederer"), pursuant to 18 U.S.C. § 983(a)(4) and Rule G(5)(a), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, hereby asserts, under penalty of perjury, right, title and interest in, and makes a claim upon, the property identified below in the above captioned case.

1. Lederer has right, title, or interest to all funds in the following accounts:

    A. account numbered 7655741861 held at Wells Fargo Bank, N.A., in the name of HH Lederer Consulting LLC, and all funds traceable thereto;

    B. account numbered GB56LOYD30166314010402 held at Lloyds TSB International, Isle of Mann, in the name of Howard Lederer, and all funds traceable thereto.

2. Lederer has right, title, or interest in any other account seized by the government pursuant to the above captioned forfeiture in rem action that contains properties subject to Lederer's legal and equitable ownership.

3. Lederer is the lawful owner and the party that held legal title to the bank accounts referenced in paragraph 1 prior to the seizure.

4. Lederer has a right, title, or interest in all of his tangible and intangible assets.

5. Pursuant to Rule E(8) of the Supplemental Rules, Lederer appears before this Court for the limited purpose of defending against claims initiated by the government in the above-captioned in rem action. Lederer's appearance in the above-captioned action does not constitute an appearance for the purpose of any other claim or consent to the jurisdiction of this court or any other court over Lederer.

Pursuant to the provisions of 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:

By: _____
Howard Lederer

591001.01

1

## CERTIFICATE OF SERVICE

      I hereby certify under penalty of perjury that on November 28, 2011, I caused a true copy of the foregoing Verified Claim of Howard Lederer Pursuant to Rule G of the Supplemental Rules for Admiralty and Maritime Claims to be served by the Court's ECF system upon:

Jason H. Cowley
Michael D. Lockard
United States Attorneys Office
One Saint Andrew's Plaza
New York, NY   10007
Tel:  (212) 637-1060
Fax:  (212) 637-0421
Jason.Cowley@usdoj.gov
Michael.Lockard@usdoj.gov

                                                                                                                       /s/Elliot R. Peters
                                                                                                                        Elliot R. Peters