UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

POKERSTARS; et al.,

        Defendants;

ALL RIGHT, TITLE AND INTEREST IN
THE ASSETS OF POKERSTARS; etc., et al.,

        Defendants-In-Rem.

Civil Action No.: 11-cv 02564-LBS

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                              ) ss:
COUNTY OF NEW YORK  )

       ROBERT GEE, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and is employed by McKenna Long & Aldridge LLP.

       That on the 28th day of November, 2011, deponent served, by U.S. Mail, a true and correct copy of **VERIFIED ANSWER OF ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC, RECEIVER TO FIRST AMENDED COMPLAINT** upon the following:

**Steven J. McCool**
Mallon & McCool, LLC
1776 K Street, N.W., Suite 200
Washington, DC 20006

**Ian J. Imrich**
Law Offices of Ian J. Imrich
10866 Wilshire Boulevard, Suite 1240
Los Angeles, CA 90024

the addresses designated by said attorneys and persons for that purpose, by depositing the same enclosed in a postage pre-paid envelope in a post office official depository under the exclusive case and custody of the United States Postal service within the State of New York.

That on the 28th day of November, 2011, deponent served, by ECF, a true and correct copy of **VERIFIED ANSWER OF ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC, RECEIVER TO FIRST AMENDED COMPLAINT** upon the following:

Adam Benjamin Michaels    michaela@pepperlaw.com

Anand S Raman    anand.raman@skadden.com

Benjamin Nessim Souede    ben@angelilaw.com, cheryl@angelilaw.com, olga@angelilaw.com

Christopher Francis Graham    cgraham@mckennalong.com, jvargas@mckennalong.com

David Eric Lycan    eric.lycan@steptoe-johnson.com, michelle.laswell@steptoe-johnson.com

David M. Zornow    david.zornow@skadden.com

Dylan C. Braverman    dbraverman@blawpc.com

Elizabeth Nicole Warin    nwarin@cozen.com

Elliot Remsen Peters    epeters@kvn.com, apicar@kvn.com, chernandez@kvn.com, cyoung@kvn.com, efiling@kvn.com, nvo@kvn.com, nvs@kvn.com, rxa@kvn.com, whicks@kvn.com

Gary Owen Caris    gcaris@mckennalong.com, pcoates@mckennalong.com

Jason Harris Cowley    jason.cowley@usdoj.gov, USANYS.ECF@USDOJ.GOV

Jeremy D. Frey    freyj@pepperlaw.com

Julie Vianne Withers    jwithers@harriscutler.com

Lawrence Steve Spiegel    lawrence.spiegel@skadden.com

Lenard Barrett Boss    bboss@cozen.com, ahenry@cozen.com, cmclean@cozen.com, rbrodey@cozen.com

Lesley Anne Hawes     lhawes@mckennalong.com

Michael Dennis Lockard     michael.lockard@usdoj.gov, USANYS.ECF@USDOJ.GOV

Michael Fred Bachner     mb@bhlawfirm.com

Paul Colinet     pcolinet@harriscutler.com

Richard Ware Levitt     rlevitt@richardlevitt.com

Robert J Hantman     rhantman@hantmanlaw.com, zkozak@hantmanlaw.com

Steven Leigh Kessler     stevenkessler@msn.com

Thomas H. Burt     burt@whafh.com

William Rakestraw Cowden     wcowden@cowdenllc.com

_____

Sworn to before me this
29th day of November, 2011

_____
NOTARY PUBLIC

JOANNE SARLO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SA4831775
Qualified in Kings County
Commission Expires 8/31/2013