UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,  :<br>  :<br>  Plaintiff, :<br>  :<br>v.  :<br>  :<br>POKERSTARS, et al.,  :<br>  :<br>  Defendants;  :<br>  :<br>ALL RIGHT, TITLE AND INTEREST :<br>IN THE ASSETS OF POKERSTARS, :<br>et al.,  :<br>  :<br>  Defendants-in-rem. : | 11 Civ. 2564 (LBS) |

**CLAIMANT MAS, INC.'S NOTICE OF
MOTION TO DISMISS FORFEITURE COMPLAINT AND FOR OTHER RELIEF**

PLEASE TAKE NOTICE that Claimant MAS, Inc. (MAS"), by its attorneys, Pepper Hamilton LLP (by Jeremy D. Frey and Adam B. Michaels), will move this Court before the Honorable Leonard B. Sand at the U.S. Courthouse for the Southern District of New York, on a date and time to be designated by the Court, for an Order to return to MAS the funds designated in MAS's filed claim in this matter.

There being no scheduling order in this case, the defendants, persons representing defendants-in-rem and other claimants have diverse dates on which to answer or otherwise respond to the First Amended Complaint. Accordingly, MAS, being a mere claimant and in the interest of judicial economy, by this motion prospectively joins in and incorporates the motions, legal arguments and assertions to be contained in motions and all supporting briefs and documents that may be filed by defendants, persons representing defendants-in-rem and/or other claimants to property alleged to be subject to forfeiture, including without limitation any such

#15224860 v1

motions and related matters under Fed. R. Civ. P. 12(b)(1), (b)(3) and (b)(6), as its interests may appear.

For the foregoing reasons, Claimant MAS, Inc. joins these motions to be filed and requests that this Court issue an Order returning property of MAS in accordance with MAS's filed claim, and for such other and further relief as this Court may deem proper.

          Respectfully submitted,

          /s/ Adam B. Michaels
          Adam B. Michaels
          PEPPER HAMILTON, LLP
          620 Eighth Avenue
          37th Floor
          New York, NY 10018-1405
          michaelsa@pepperlaw.com
          Tel: (212) 808-2700
          Fax: (212) 286-9806

          Jeremy D. Frey (*Pro hac vice*)
          PEPPER HAMILTON, LLP
          3000 Two Logan Square
          Eighteenth and Arch Streets
          Philadelphia, PA 19103-2799
          freyj@pepperlaw.com
          Tel: (215) 981.4445
          Fax: (866) 422.3552

          *Attorneys for MAS, Inc.*

Dated: November 30, 2011

#15224860 v1

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that on this 30th day of November, 2011, I electronically filed the forgoing Notice of Motion with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the parties of record.

/s/ Adam B. Michaels
Adam B. Michaels
PEPPER HAMILTON, LLP
620 Eighth Avenue
37th Floor
New York, NY 10018-1405
michaelsa@pepperlaw.com
Tel:  (212) 808-2700
Fax:  (212) 286-9806

*Attorneys for MAS, Inc.*

#15224860 v1