UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : |
| POKERSTARS, et al., | : 11 Civ. 2564 (LBS) |
| Defendants; | : |
| ALL RIGHT, TITLE AND INTEREST IN THE ASSETS OF POKERSTARS, et al., | : |
| Defendants-in-rem. | : |

**CLAIMANT ULTRA SAFE PAY, LLC NOTICE OF
MOTION TO DISMISS FORFEITURE COMPLAINT AND FOR OTHER RELIEF**

PLEASE TAKE NOTICE that Claimant Ultra Safe Pay, LLC ("USP"), by its attorneys, Pepper Hamilton LLP (by Jeremy D. Frey and Adam B. Michaels), will move this Court before the Honorable Leonard B. Sand at the U.S. Courthouse for the Southern District of New York, on a date and time to be designated by the Court, for an Order to return to USP the funds designated in USP's filed claim in this matter.

There being no scheduling order in this case, the defendants, persons representing defendants-in-rem and other claimants have diverse dates on which to answer or otherwise respond to the First Amended Complaint. Accordingly, USP, being a mere claimant and in the interest of judicial economy, by this motion prospectively joins in and incorporates the motions, legal arguments and assertions to be contained in motions and all supporting briefs and documents that may be filed by defendants, persons representing defendants-in-rem and/or other claimants to property alleged to be subject to forfeiture, including without limitation any such

#15207545 v2

-2-

motions and related matters under Fed. R. Civ. P. 12(b)(1), (b)(3) and (b)(6), as its interests may appear.

For the foregoing reasons, Claimant Ultra Safe Pay, LLC joins these motions to be filed and requests that this Court issue an Order returning property of USP in accordance with USP's filed claim, and for such other and further relief as this Court may deem proper.

Dated:  November 30, 2011

<div style="margin-left: 3em;">

Respectfully submitted,

/s/ Adam B. Michaels
Adam B. Michaels
PEPPER HAMILTON, LLP
620 Eighth Avenue
37th Floor
New York, NY 10018-1405
michaelsa@pepperlaw.com
Tel:  (212) 808-2700
Fax:  (212) 286-9806

Jeremy D. Frey (*Pro hac vice*)
PEPPER HAMILTON, LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
freyj@pepperlaw.com
Tel:     (215) 981.4445
Fax:    (866) 422.3552

*Attorneys for Ultra Safe Pay, LLC*

</div>

#15207545 v2

-3-

## CERTIFICATE OF SERVICE

    I hereby certify that on this 30th day of November, 2011, I electronically filed the forgoing Notice of Motion with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the parties of record.

<div style="text-align:right">

/s/ Adam B. Michaels
Adam B. Michaels
PEPPER HAMILTON, LLP
620 Eighth Avenue
37th Floor
New York, NY 10018-1405
michaelsa@pepperlaw.com
Tel: (212) 808-2700
Fax: (212) 286-9806

*Attorneys for Ultra Safe Pay, LLC*

</div>