UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff<br><br>              - v. -<br><br>POKERSTARS; et al.,<br><br>                    Defendants. | Case No. 1:11 Civ. 02564 (LBS) (ECF Case)<br><br>USDS SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 12-5-11 |

### [PROPOSED] ORDER

Upon consideration of the Notice of Motion for Admission *Pro Hac Vice* of Defendant and Claimant Howard Lederer, and the declaration submitted in support hereof, and good cause having been shown,

IT IS SO ORDERED that Cody Harris is admitted to the bar of this Court *pro hac vice* this 5th day of Dec, 2011.

Dated:

12/5/11

_____
HONORABLE LEONARD B. SAND
United States District Judge

588437.01

1