UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>- v. -<br><br>POKERSTARS; et al.,<br><br>Defendants. | Case No. 1:11 Civ. 02564 (LBS) (ECF Case) |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-12-11

### [PROPOSED] ORDER

Upon consideration of the Notice of Motion for Admission *Pro Hac Vice* of Defendant and Claimant Howard Lederer, and the declaration submitted in support hereof, and good cause having been shown,

IT IS SO ORDERED that Eric MacMichael is admitted to the bar of this Court *pro hac vice* this 12 day of Dec., 2011.

Dated:

_____
HONORABLE LEONARD B. SAND
United States District Judge

588438.01

1