UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,           :

        Plaintiff,         :  STIPULATION AND ORDER

      - v. -                       :
                                           11 Civ. 2564 (LBS)
POKERSTARS, et al.;                 :

        Defendants;        :

ALL RIGHT, TITLE AND INTEREST IN    :
THE ASSETS OF POKERSTARS, et al.,
                                       :

        Defendants-in-rem.
                                       :
- - - - - - - - - - - - - - - - - -x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-20-11

       WHEREAS, on or about September 21, 2011, an amended forfeiture and civil money laundering complaint (the "Amended Complaint") was filed in this matter seeking the forfeiture of certain properties (the "Subject Property") pursuant to Title 18, United States Code, Sections 1955(d), 981(a)(1)(A), and 981(a)(1)(C), and seeking civil money laundering penalties pursuant to Title 18, United States Code, Section 1956 against, among others, Christopher Ferguson;

       WHEREAS, on or about October 31, 2011, Christopher Ferguson waived service of the Complaint and Summons;

       WHEREAS, on or about November 28, 2011, claimant Christopher Ferguson filed a Verified Claim asserting an ownership/possessory interest in certain Subject Properties;

       WHEREAS, Christopher Ferguson has until December 19, 2011 to answer or otherwise respond to the Amended Complaint.

WHEREAS, the United States and Christopher Ferguson are engaging in good faith settlement negotiations and Christopher Ferguson has requested additional time to answer or otherwise respond to the Amended Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by its attorney Preet Bharara, United States Attorney for the Southern District of New York, Jason H. Cowley, Assistant United States Attorney, of counsel, and Christopher Ferguson, by his attorney, by his attorney Jonathan Harris of Harris, Cutler & Houghteling LLP, that:

1. Christopher Ferguson shall have until January 23, 2012, to file an answer or otherwise respond to the Amended Complaint.

2. The signature pages of this Stipulation and Order may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument. Signature pages may be by fax and such signatures shall be deemed as valid originals.

AGREED AND CONSENTED TO:

PREET BHARARA
United States Attorney
Southern District of New York

By: _____     12/15/11
    Jason H. Cowley                      DATE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, New York 10007
    (212) 637-2479

Christopher Ferguson

By: _____     _____
    Jonathan Harris                      Date
    Harris Cutler & Houghteling LLP
    111 Broadway, Suite 402
    New York, New York 10006
    (212) 397-3370


SO ORDERED: _____     12/20/2011
            HONORABLE LEONARD B. SAND    DATE
            UNITED STATES DISTRICT JUDGE