UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,          :

        Plaintiff,          :     STIPULATION AND ORDER

    - v. -                     :
                                    11 Civ. 2564 (LBS)
POKERSTARS, et al,;                :

        Defendants;         :

ALL RIGHT, TITLE AND INTEREST IN   :
THE ASSETS OF POKERSTARS, et al.,
                                    :
        Defendants-in-rem.
                                    :
- - - - - - - - - - - - - - - - - -x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-20-11

        WHEREAS, on or about September 21, 2011, an amended forfeiture and civil money laundering complaint (the "Amended Complaint") was filed in this matter seeking the forfeiture of certain properties (the "Subject Property") pursuant to Title 18, United States Code, Sections 1955(d), 981(a)(1)(A), and 981(a)(1)(C), and seeking civil money laundering penalties pursuant to Title 18, United States Code, Section 1956 against, among others, Rafael Furst;

        WHEREAS, on or about October 26, 2011, Rafael Furst waived service of the Complaint and Summons;

        WHEREAS, on or about November 28, 2011, claimant Rafael Furst filed a Verified Claim asserting an ownership/possessory interest in certain Subject Properties;

        WHEREAS, Rafael Furst has until December 19, 2011 to answer or otherwise respond to the Amended Complaint.

WHEREAS, the United States and Rafael Furst are engaging in good faith settlement negotiations and Rafael Furst has requested additional time to answer or otherwise respond to the Amended Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by its attorney Preet Bharara, United States Attorney for the Southern District of New York, Jason H. Cowley, Assistant United States Attorney, of counsel, and Rafael Furst, by his attorney, Benjamin N. Souede, Esq. of Angeli Law Group LLC, that:

1. Rafael Furst shall have until January 23, 2012, to file an answer or otherwise respond to the Amended Complaint.

2. The signature pages of this Stipulation and Order may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument. Signature pages may be by fax and such signatures shall be deemed as valid originals.

AGREED AND CONSENTED TO:

PREET BHARARA
United States Attorney
Southern District of New York

By: _____  12/15/11
Jason H. Cowley                      DATE
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
(212) 637-2479

RAFAEL FURST

By: _____  12/15/11
Benjamin N. Souede
Angeli Law Group LLC
121 SW Morrison St., Ste. 400
Portland, OR 97204
(503) 954-2232
Counsel for Rafael Furst


SO ORDERED: _____  12/20/2011
HONORABLE LEONARD B. SAND              DATE
UNITED STATES DISTRICT JUDGE

3