UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,                      :

           Plaintiff,           :           STIPULATION AND ORDER

         - v. -                        :
                                    11 Civ. 2564 (LBS)
POKERSTARS, et al,;                            :

         Defendants;              :

ALL RIGHT, TITLE AND INTEREST IN    :
THE ASSETS OF POKERSTARS, et al.,
                           :

        Defendants-in-rem.        :
                           :
- - - - - - - - - - - - - - - - - -x

»S SDNY
ɔUMENT
ɔCTRONICALLY FILED
DOC #: _____
DATE FILED: 12-20-11

        WHEREAS, on or about September 21, 2011, an amended forfeiture and civil money laundering complaint (the "Amended Complaint") was filed in this matter seeking the forfeiture of certain properties (the "Subject Property") pursuant to Title 18, United States Code, Sections 1955(d), 981(a)(1)(A), and 981(a)(1)(C), and seeking civil money laundering penalties pursuant to Title 18, United States Code, Section 1956 against, among others, Howard Lederer;

        WHEREAS, on or about November 7, 2011, Lederer waived service of the Complaint and Summons;

        WHEREAS, on or about November 28, 2011, claimant Howard Lederer filed a Verified Claim asserting an ownership/possessory interest in certain Subject Properties;

        WHEREAS, Howard Lederer has until December 19, 2011 to answer or otherwise respond to the Amended Complaint.

WHEREAS, the United States and Howard Lederer are engaging in good faith settlement negotiations and Howard Lederer has requested additional time to answer or otherwise respond to the Amended Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by its attorney Preet Bharara, United States Attorney for the Southern District of New York, Jason H. Cowley, Assistant United States Attorney, of counsel, and Howard Lederer, by his attorney, Elliot Remsen Peters, Esq. of Keker & Van Nest, LLP, that:

1.    Howard Lederer shall have until January 23, 2012, to file an answer or otherwise respond to the Amended Complaint.

2.    The signature pages of this Stipulation and Order may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.   Signature pages may be by fax and such signatures shall be deemed as valid originals.

AGREED AND CONSENTED TO:

PREET BHARARA
United States Attorney
Southern District of New York

By: _____        __12/15/11____
     Jason H. Cowley                                    DATE
     Assistant United States Attorney
     One St. Andrew's Plaza
     New York, New York 10007
     (212) 637-2479


HOWARD LEDERER

By: _____        __12/2/11____
     Elliot Remsen Peters                              DATE
     Keker & Van Nest, LLP
     710 Sansome Street
     San Francisco, CA 94111
     (415)-391-5400
     Counsel for Howard Lederer


SO ORDERED:
_____             __12/20/2011____
HONORABLE LEONARD B. SAND                   DATE
UNITED STATES DISTRICT JUDGE