USDC SDNY
DOCUMENT
ELECTRONICALLY [FILED]
DOC #: _____
DATE FILED: 12-27-11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,          :

        Plaintiff,         :      STIPULATION AND ORDER

    - v. -                         :
                                 11 Civ. 2564 (LBS)
POKERSTARS, et al.,                :

        Defendants;        :

ALL RIGHT, TITLE AND INTEREST IN   :
THE ASSETS OF POKERSTARS, et al.,
                                :
        Defendants-in-rem. :
- - - - - - - - - - - - - - - - -x

        WHEREAS, on or about April 14, 2011, a verified complaint, 11 Civ. 2564 (LBS) (the "Complaint") was filed under seal in the United States District Court for the Southern District of New York seeking the forfeiture of certain properties (the "Subject Property") pursuant to Title 18, United States Code, Sections 1955(d), 981(a)(1)(A), and 981(a)(1)(C), and seeking civil money laundering penalties pursuant to Title 18, United States Code, Section 1956 against, *inter alia*, Absolute Poker, Ultimate Bet, SGS Systems Inc., Trust Services Ltd., Fiducia Exchange Ltd., Blue Water Services Ltd., Absolute Entertainment, S.A. and Blanca Games, Inc. of Antigua (collectively, "Absolute Poker");

        WHEREAS, on or about May 27, 2011, the United States provided notice of the filing of the Complaint to Absolute Poker

1

by and through its counsel, Jerry D. Bernstein, Esq. and Marc Rothenberg, Esq. of Blank Rome, LLP;

WHEREAS, on or about June 28, 2011, Absolute Poker waived service of the Complaint and Summons;

WHEREAS, on or about September 21, 2011, a verified amended complaint in this action (the "Amended Complaint") was filed seeking the forfeiture of the Subject Property and seeking civil money laundering penalties pursuant to Title 18, United States Code, Section 1956 against Absolute Poker;

WHEREAS, on or about October 31, 2011, Blanca Games, Inc. filed a verified claim for certain of the Subject Property;

WHEREAS, Absolute Poker has until January 2, 2012, to answer or otherwise respond to the Amended Complaint;

WHEREAS, Absolute Poker is in settlement discussions with the United States and has requested additional time to answer or otherwise respond to the Amended Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by its attorney Preet Bharara, United States Attorney for the Southern District of New York, Jason H. Cowley, Assistant United States Attorney, of counsel, and Absolute Poker, by their attorney, Jerry D. Bernstein, Esq. and Marc Rothenberg, Esq. of Blank Rome, LLP, that:

1. Absolute Poker shall have until February 6, 2012, to answer or otherwise respond to the Amended Complaint.

2. This Order is without prejudice to any rights, remedies, claims, or defenses of any of the parties hereto.

3. The signature pages of this Stipulation and Order may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument. Signature pages may be by fax and such signatures shall be deemed as valid originals.

AGREED AND CONSENTED TO:

PREET BHARARA
United States Attorney
Southern District of New York

By: _____  12/22/11
Jason H. Cowley                 DATE
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
(212) 637-2479

ABSOLUTE POKER, ULTIMATE BET, SGS SYSTEMS INC., TRUST SERVICES LTD., FIDUCIA EXCHANGE LTD., BLUE WATER SERVICES LTD., ABSOLUTE ENTERTAINMENT, S.A. and BLANCA GAMES, INC. OF ANTIGUA

By: _____          12/22/11
    Jerry D. Bernstein, Esq.                 DATE
    Marc Rothenberg, Esq.
    Blank Rome, LLP
    405 Lexington Avenue
    New York, New York 10174-0208
    (212) 885-5511
    Counsel for Absolute Poker, Ultimate Bet, SGS Systems Inc.,
    Trust Services Ltd., Fiducia Exchange Ltd., Blue Water
    Services Ltd., Absolute Entertainment, S.A. and Blanca
    Games, Inc. of Antigua

SO ORDERED:

_____          12/26/11
HONORABLE LEONARD B. SAND                DATE
UNITED STATES DISTRICT JUDGE

4