USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-27-11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,                :

                    Plaintiff,           :        STIPULATION AND ORDER

            - v. -                       :
                                                  11 Civ. 2564 (LBS)
POKERSTARS, et al,;                      :

                    Defendants;          :

ALL RIGHT, TITLE AND INTEREST IN         :
THE ASSETS OF POKERSTARS, et al.,
                                         :
                    Defendants-in-rem.
                                         :
- - - - - - - - - - - - - - - - - - -x

        WHEREAS, on or about April 14, 2011, a verified

complaint, 11 Civ. 2564 (LBS) (the "Complaint") was filed under

seal in the United States District Court for the Southern

District of New York seeking the forfeiture of certain properties

(the "Subject Property") pursuant to Title 18, United States

Code, Sections 1955(d), 981(a)(1)(A), and 981(a)(1)(C), and

seeking civil money laundering penalties pursuant to Title 18,

United States Code, Section 1956 against PokerStars and others;

        WHEREAS, on or about June 15, 2011, claimant Chad Elie

filed a Verified Claim asserting an ownership/possessory interest

in certain of the Subject Property, including the following:

            1.    account numbered 121015408 held at Sunfirst Bank,
                  St. George, Utah, in the name of Triple Seven LP
                  d/b/a Netwebfunds.com, and all funds traceable
                  thereto;

2.    account numbered 121015390 held at Sunfirst Bank,
      St. George, Utah, in the name of Triple Seven LP
      d/b/a A WEB DEBIT, and all funds traceable
      thereto;

3.    account numbered 27351910081015 held at Societé
      Generale Cyprus LTD, Cyprus, in the name of Golden
      Shores Properties Limited, and all funds traceable
      thereto;

4.    account numbered CY1211501001065983USDCACC002 held
      at FBME Bank LTD, Cyprus, in the name of Triple
      Seven Inc., and all funds traceable thereto;

5.    account numbered 5510045221 held at Wells Fargo,
      N.A., in the name of Triple Seven L.P., and all
      funds traceable thereto;

6.    account numbered 7478010312 held at Wells Fargo,
      N.A., in the name of Kombi Capital, and all funds
      traceable thereto;

7.    account numbered 12900584 held at Sunfirst Bank,
      St. George, Utah, formerly in the name of Sunfirst
      Bank ITF Powder Monkeys/Full Tilt, now in the name
      of Sunfirst Bank, and all funds traceable thereto;

8.    account numbered 129000576 on deposit at Sunfirst
      Bank, St. George, Utah, formerly in the name of
      Sunfirst Bank ITF Mastery Merchant/Psars, now in
      the name of Sunfirst Bank, and all funds traceable
      thereto;

9.    account numbered 200003291 held at All American
      Bank, Des Plaines, Illinois, in the name of 21
      Debit LLC, and all funds traceable thereto;

10.   account numbered 200003317 held at All American
      Bank, Des Plaines, Illinois, in the name of 21
      Debit LLC, and all funds traceable thereto;

11.   account numbered 200003325 held at All American
      Bank, Des Plaines, Illinois, in the name of 21
      Debit LLC, and all funds traceable thereto;

12.   Account numbered 200003309 held at All American
      Bank, Des Plaines, Illinois, in the name of 21
      Debit LLC, and all funds traceable thereto;

2

13. account number 201002907 at Barclays Bank, UK in the name of Hotwire Financial LLC, and all funds traceable thereto;

14. account number GB26BARC20473563472044 at Barclays Bank, UK, in the name of Hotwire Financial LTD, and all funds traceable thereto;

15. account number 953500105 at Bank One Utah, in the name of 4 A Consulting, and all funds traceable thereto;

16. account numbered 32433 at New City Bank in the name of 21Debit LLC dba PS Payments, and all funds traceable thereto;

17. account numbered 32441 at New City Bank in the name of 21Debit LLC dba FLT Payments, and all funds traceable thereto;

18. account number 32506 at New City Bank in the name of 21Debit LLC, and all funds traceable thereto;

19. $410,449.93 formerly on deposit at Bank of America Account numbered 229006067857 held in the name of Viable Marketing Corp. and all property traceable thereto;

20. $8,168,168.89 formerly on deposit at Fifth Third Bank in Account numbered 7431859508, held in the name of Viable Marketing Corp. and all property traceable thereto;

21. $40,960.86 formerly on deposit at Fifth Third Bank in Account numbered 7432618069, held in the name of Viable Marketing Corp. and all property traceable thereto; and

22. $33,743.75 formerly on deposit at Bank of America Account numbered 003678667131 held in the name of EZO, LLC and all property traceable thereto;

WHEREAS, on or about September 21, 2011, a verified amended complaint in this action (the "Amended Complaint") was filed seeking the forfeiture of the Subject Property and seeking

3

civil money laundering penalties pursuant to Title 18, United States Code, Section 1956 against PokerStars and others;

WHEREAS, by previous Stipulation and Order, Chad Elie has until December 19, 2011 to answer or otherwise respond to the Amended Complaint;

WHEREAS, Chad Elie has requested additional time to answer the Amended Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by its attorney Preet Bharara, United States Attorney for the Southern District of New York, Jason H. Cowley, Assistant United States Attorney, of counsel, and Chad Elie, by his attorney, William R. Cowden, Esq., that:

1.    Chad Elie shall have until January 23, 2012, to answer or otherwise respond to the Amended Complaint.

2.    The signature pages of this Stipulation and Order may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.  Signature pages may be by fax and such signatures shall be deemed as valid originals.

AGREED AND CONSENTED TO:

PREET BHARARA
United States Attorney
Southern District of New York

By: _____          12/22/11
    Jason H. Cowley                             DATE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, New York 10007
    (212) 637-2479


CHAD ELIE

By: _____          12-16-2011
    William R. Cowden, Esq.                     DATE
    William Cowden LLC
    2002 Massachusetts Ave., N.W., Ste 100
    Washington, DC 20036
    Counsel for Chad Elie


SO ORDERED:

_____              12/26/11
HONORABLE LEONARD B. SAND                      DATE
UNITED STATES DISTRICT JUDGE