UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Plaintiff,                : 11 Civ. 2564 (LBS)
v.                                       :
                                         :
POKERSTARS, et al.,                       : **RULE 7.1 STATEMENT**
                                         :
                Defendants;               :
                                         :
ALL RIGHT, TITLE AND INTEREST IN          :
THE ASSETS OF POKERSTARS, et al.,         :
                                         :
                Defendants-in-rem.        :
-------------------------------------------------------x

     Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Avoine – Servico de Consultadoria e Marketing, LDA (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: None.

Dated: New York, New York
       January 5, 2012

                                       **TRACHTENBERG RODES & FRIEDBERG LLP**
                                       Attorneys for Avoine – Servico de
                                       Consultadoria e Marketing, LDA

                                       By: _____
                                               Leonard A. Rodes (LR3675)
                                       545 Fifth Avenue
                                       New York, New York 10017
                                       (212) 972-2929
                                       (212) 972-7581 fax
                                       lrodes@trflaw.com

1