UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA,

                     Plaintiff,         :      11 Civ. 2564 (LBS)

v.

POKERSTARS, et al.,               :      **NOTICE OF APPEARANCE**

                    Defendants;

ALL RIGHT, TITLE AND INTEREST IN  :
THE ASSETS OF POKERSTARS, et al.,   :

                    Defendants-in-rem.   :
------------------------------------------------------x

       Please take notice that the undersigned, of the law firm Trachtenberg Rodes & Friedberg LLP, is hereby entering an appearance as counsel of record for claimant Avoine – Servico de Consultadoria e Marketing, LDA in the above-captioned action.

Dated: New York, New York
       January 5, 2012

                                        **TRACHTENBERG RODES & FRIEDBERG LLP**
                                        Attorneys for Avoine – Servico de
                                        Consultadoria e Marketing, LDA

                                        By: _____
                                            Leonard A. Rodes (LR3675)
                                        545 Fifth Avenue
                                        New York, New York 10017
                                        (212) 972-2929
                                        (212) 972-7581 fax
                                        lrodes@trflaw.com