UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
UNITED STATES OF AMERICA,

    Plaintiff,

v.

POKERSTARS, *ET AL.*,

    Defendants,

and

ALL RIGHT TITLE AND INTEREST IN
THE PROPERTIES LISTED IN
SCHEDULE B,

    Defendants *in rem.*
---------------------------------------- x

No. 11-CV-02564 (LBS)
ECF CASE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-9-12

### STIPULATION AND ORDER OF SUBTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned and pursuant to Local Civil Rule 1.4, that the law firm of Kramer Levin Naftalis & Frankel LLP hereby is substituted in place of the law firm William Cowden LLC as counsel of record for claimant Chad Elie in the above-captioned action.

A supporting declaration is attached hereto pursuant to Local Civil Rule 1.4.

PLEASE TAKE NOTICE that all pleadings, notices of hearing, and other filings in this matter should be served upon the following incoming counsel:

> Barry H. Berke (bberke@kramerlevin.com)
> Dani R. James (djames@kramerlevin.com)
> Jade A. Burns (jburns@kramerlevin.com)
> KRAMER LEVIN NAFTALIS & FRANKEL LLP
> 1177 Avenue of the Americas
> New York, New York 10036
> Tel.: (212) 715-9100
> Fax: (212) 715-8000

Dated: January 6, 2012

| WILLIAM COWDEN LLC | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
|---|---|
| By: _____<br>William R. Cowden<br>wcowden@cowdenllc.com<br>2002 Massachusetts Ave., N.W., Ste 100<br>Washington DC 20036<br>Tel. (202) 642-0209<br>Fax: (202) 232-7566<br><br>*Outgoing Attorneys for Claimant Chad Elie* | By: _____<br>Barry H. Berke<br>bberke@kramerlevin.com<br>Dani R. James<br>djames@kramerlevin.com<br>Jade A. Burns<br>jburns@kramerlevin.com<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Tel.: (212) 715-9100<br>Fax: (212) 715-8000<br><br>*Incoming Attorneys for Claimant Chad Elie* |

SO ORDERED: _____ and _____ 1/9/2012
The Honorable Leonard B. Sand

KL3 2858238.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
:
UNITED STATES OF AMERICA, :
: No. 11-CV-02564 (LBS)
Plaintiff, : ECF CASE
:
v. :
:
POKERSTARS, *ET AL.*, :
:
Defendants, :
:
and :
:
ALL RIGHT TITLE AND INTEREST IN :
THE PROPERTIES LISTED IN :
SCHEDULE B, :
:
Defendants *in rem*. :
---------------------------------------------------------- x

## DECLARATION PURSUANT TO LOCAL CIVIL RULE 1.4

BARRY H. BERKE declares as follows:

1. I am an attorney admitted to practice before the courts of the State of New York and the United States District Court for the Southern District of New York. I am a partner of the law firm Kramer Levin Naftalis & Frankel LLP ("Kramer Levin").

2. I respectfully submit this declaration, pursuant to Local Civil Rule 1.4 of the United States District Courts for the Southern and Eastern Districts of New York, in support of the stipulation and order substituting Kramer Levin for William Cowden LLC ("William Cowden") as counsel of record for claimant Chad Elie in the above-captioned action.

3. Mr. Elie has requested that Kramer Levin represent him in this action and has consented to the withdrawal of William Cowden.

4. The Verified First Amended Complaint was filed on September 21, 2011, and Mr. Elie's response is currently due on January 23, 2012.

5.      I respectfully submit that the substitution of counsel will not unnecessarily delay this action or prejudice any party, and therefore respectfully request that the Court approve the Stipulation and Order of Substitution of Counsel submitted herewith.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed on January 6, 2012

Barry H. Berke, Esq.

-2-

Certificate of Service

I hereby certify that on January 6, 2012, I caused a copy of the within proposed Stipulation and Order of Substitution of Counsel and supporting Declaration to be served by Federal Express upon the following:

Jason Harris Cowley,
U.S. Attorney's Office, S.D.N.Y.
One St. Andrew's Plaza
New York, NY 10007

David M. Zornow
Skadden, Arps, Slate, Meagher
& Flom LLP
Four Times Square
42nd floor
New York, NY 10036

Elizabeth Nicole Warin
Cozen O'Connor
45 Broadway
New York, NY 10006

Lenard Barrett Boss
Cozen O'Connor
1627 I Street, NW
Suite 1100
Washington, DC 20006

Richard Ware Levitt
Levitt & Kaizer
40 Fulton Street, Fl. 23
New York, NY 10038

Elliot Remsen Peters
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

Jonathan Andrew Harris
Harris, Cutler &
Houghteling LLP
Trinity Building
111 Broadway, Suite 402
New York, NY 10006

Benjamin Nessim Souede
Angeli Law Group
121 SW Morrison St., Suite 400
Portland, OR 97204

Adam Benjamin Michaels
Pepper Hamilton, LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

Steven Leigh Kessler
Law Offices of Steven L. Kessler
122 East 42nd.
Street, Suite 606
New York, NY 10168

David Eric Lycan
Steptoe & Johnson, PLLC
1010 Monarch Street, Suite 250
Lexington, KY 40513

Christopher Francis Graham
McKenna Long & Aldridge
230 Park Avenue
New York, NY 10169

KL3 2692637.1

Jeremy D. Frey
Pepper Hamilton, L.L.P.
1180 Avenue of the Americas,
14th Floor
New York, NY 10036

Robert J Hantman
Hantman & Associates
1515 Broadway, 11th Floor
New York, NY 10036

Thomas H. Burt
Wolf Haldenstein Adler
Freeman & Herz LLP
270 Madison Avenue
New York, NY 10016

Dated: New York, New York
January 6, 2012

/s/ Jade A. Burns

1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
jburns@kramerlevin.com

*Attorneys for Claimant Chad Elie*

KL3 2692637.1