UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
:
UNITED STATES OF AMERICA, :
:
    Plaintiff, :
: No. 11-CV-02564 (LBS)
  v. : ECF CASE
:
POKERSTARS, *ET AL.*, :
: **NOTICE OF APPEARANCE**
    Defendants, :
:
  and :
:
ALL RIGHT TITLE AND INTEREST IN :
THE PROPERTIES LISTED IN :
SCHEDULE B, :
:
    Defendants *in rem.* :
---------------------------------------------------------x

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel in the above-captioned action for claimant Chad Elie. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       January 10, 2012

                KRAMER LEVIN NAFTALIS & FRANKEL LLP

                By:   /s/ Barry H. Berke
                      Barry H. Berke (BB 1421)
                      bberke@kramerlevin.com
                1177 Avenue of the Americas
                New York, New York 10036
                Tel.: (212) 715-9100
                Fax: (212) 715-8000

                *Attorneys for Claimant*
                Chad Elie

KL3 2858939.1