UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
UNITED STATES OF AMERICA, :
:
      Plaintiff, :
:
    v. : No. 11-CV-02564 (LBS)
: ECF CASE
POKERSTARS, *ET AL.*, :
: **NOTICE OF APPEARANCE**
      Defendants, :
:
    and :
:
ALL RIGHT TITLE AND INTEREST IN :
THE PROPERTIES LISTED IN :
SCHEDULE B, :
:
      Defendants *in rem.* :
---------------------------------------------------------------x

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

      Please enter my appearance as counsel in the above-captioned action for claimant

Chad Elie.  I certify that I am admitted to practice in this Court.

Dated: New York, New York
       January 10, 2012

                              KRAMER LEVIN NAFTALIS & FRANKEL LLP

                              By:   /s/ Jade A. Burns
                                  Jade A. Burns (JB 1114)
                                  jburns@kramerlevin.com
                            1177 Avenue of the Americas
                            New York, New York 10036
                            Tel.:  (212) 715-9100
                            Fax:  (212) 715-8000

                            *Attorneys for Claimant*
                            Chad Elie