UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

UNITED STATES OF AMERICA,

       Plaintiff,

       v.

POKERSTARS, *ET AL.*,

       Defendants,

       and

ALL RIGHT TITLE AND INTEREST IN
THE PROPERTIES LISTED IN
SCHEDULE B,

       Defendants *in rem.*

------------------------------------------------------------ x

No. 11-CV-02564 (LBS)
ECF CASE



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-10-12

## STIPULATION AND ORDER OF SUBTITUTION OF COUNSEL

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned and pursuant to Local Civil Rule 1.4, that the law firm of Kramer Levin Naftalis & Frankel LLP hereby is substituted in place of the law firm William Cowden LLC as counsel of record for claimant Chad Elie in the above-captioned action.

    A supporting declaration is attached hereto pursuant to Local Civil Rule 1.4.

PLEASE TAKE NOTICE that all pleadings, notices of hearing, and other filings in this matter should be served upon the following incoming counsel:

>Barry H. Berke (bberke@kramerlevin.com)
>Dani R. James (djames@kramerlevin.com)
>Jade A. Burns (jburns@kramerlevin.com)
>KRAMER LEVIN NAFTALIS & FRANKEL LLP
>1177 Avenue of the Americas
>New York, New York 10036
>Tel.: (212) 715-9100
>Fax: (212) 715-8000

Dated: January 6, 2012

WILLIAM COWDEN LLC

By: _____
William R. Cowden
wcowden@cowdenllc.com
2002 Massachusetts Ave., N.W., Ste 100
Washington DC 20036
Tel. (202) 642-0209
Fax: (202) 232-7566

*Outgoing Attorneys for Claimant Chad Elie*

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
Barry H. Berke
bberke@kramerlevin.com
Dani R. James
djames@kramerlevin.com
Jade A. Burns
jburns@kramerlevin.com
1177 Avenue of the Americas
New York, New York 10036
Tel.: (212) 715-9100
Fax: (212) 715-8000

*Incoming Attorneys for Claimant Chad Elie*

SO ORDERED:

_____   1/9/, 2012
The Honorable Leonard B. Sand

- 2 -

KL3 2858838.1