UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
: 
UNITED STATES OF AMERICA, :
:
      Plaintiff, :
: No. 11-CV-02564 (LBS)
   v. : ECF CASE
:
POKERSTARS, *ET AL.*, :
: **NOTICE OF APPEARANCE**
      Defendants, :
:
   and :
:
ALL RIGHT TITLE AND INTEREST IN :
THE PROPERTIES LISTED IN :
SCHEDULE B, :
:
      Defendants *in rem.* :
---------------------------------------- x

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

      Please enter my appearance as counsel in the above-captioned action for claimant Chad Elie.  I certify that I am admitted to practice in this Court.

Dated:  New York, New York
         January 10, 2012

                KRAMER LEVIN NAFTALIS & FRANKEL LLP

                By:   /s/ Dani R. James
                      Dani R. James (DJ 6022)
                      djames@kramerlevin.com
                1177 Avenue of the Americas
                New York, New York 10036
                Tel.:  (212) 715-9100
                Fax:  (212) 715-8000

                *Attorneys for Claimant*
                Chad Elie