RECEIVED JAN 23 2012 CHAMBERS OF LEONARD B. SAND

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-23-12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,         :

        Plaintiff,            :     STIPULATION AND ORDER

    - v. -                           :
                                  11 Civ. 2564 (LBS)
POKERSTARS, et al,;               :

        Defendants;            :

ALL RIGHT, TITLE AND INTEREST IN  :
THE ASSETS OF POKERSTARS, et al., 
                                  :
        Defendants-in-rem.
                                  :
- - - - - - - - - - - - - - - - - -x

       WHEREAS, on or about September 21, 2011, an amended forfeiture and civil money laundering complaint (the "Amended Complaint") was filed in this matter seeking the forfeiture of certain properties (the "Subject Property") pursuant to Title 18, United States Code, Sections 1955(d), 981(a)(1)(A), and 981(a)(1)(C), and seeking civil money laundering penalties pursuant to Title 18, United States Code, Section 1956 against, among others, Rafael Furst;

       WHEREAS, on or about November 28, 2011, claimant Rafael Furst filed a Verified Claim asserting an ownership/possessory interest in certain Subject Properties;

       WHEREAS, Rafael Furst has until January 23, 2012, to answer or otherwise respond to the Amended Complaint;

       WHEREAS, the United States and Rafael Furst are engaging in good faith settlement negotiations and Rafael

Furst has requested additional time to answer or otherwise respond to the Amended Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by its attorney Preet Bharara, United States Attorney for the Southern District of New York, Jason H. Cowley, Assistant United States Attorney, of counsel, and Rafael Furst, by his attorney, Benjamin Nessim Souede, Esq. of Angeli Law Group, that:

1. Rafael Furst shall have until March 19, 2012, to file an answer or otherwise respond to the Amended Complaint.

2. The signature pages of this Stipulation and Order may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument. Signature pages may be by fax and such signatures shall be deemed as valid originals.

AGREED AND CONSENTED TO:

PREET BHARARA
United States Attorney
Southern District of New York

By: _____     1/21/12
    Jason H. Cowley                      DATE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, New York 10007
    (212) 637-2479

RAFAEL FURST

By: _____     1/20/12
Benjamin Nessim Souede, Esq.        DATE
Angeli Law Group
121 Sw Morrison St., Suite 400
Portland, OR 97204
(503)-954-3783
Counsel for Rafael Furst

SO ORDERED:

_____     1/23/12
HONORABLE LEONARD B. SAND           DATE
UNITED STATES DISTRICT JUDGE

3