USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-24-12

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,            :

               Plaintiff,            :      STIPULATION AND ORDER

          - v. -                     :
                                            11 Civ. 2564 (LBS)
POKERSTARS, et al,;                  :

               Defendants;           :

ALL RIGHT, TITLE AND INTEREST IN     :
THE ASSETS OF POKERSTARS, et al.,
                                     :
               Defendants-in-rem.
                                     :
- - - - - - - - - - - - - - - - - -x
```

WHEREAS, on or about September 21, 2011, an amended forfeiture and civil money laundering complaint (the "Amended Complaint") was filed in this matter seeking the forfeiture of certain properties (the "Subject Property") pursuant to Title 18, United States Code, Sections 1955(d), 981(a)(1)(A), and 981(a)(1)(C), and seeking civil money laundering penalties pursuant to Title 18, United States Code, Section 1956 against, among others, Howard Lederer;

WHEREAS, on or about November 7, 2011, Lederer waived service of the Complaint and Summons;

WHEREAS, on or about November 28, 2011, claimant Howard Lederer filed a Verified Claim asserting an ownership/possessory interest in certain Subject Properties;

WHEREAS, Howard Lederer has until January 23, 2012 to answer or otherwise respond to the Amended Complaint.

WHEREAS, the United States and Howard Lederer are engaging in good faith settlement negotiations and Howard Lederer has requested additional time to answer or otherwise respond to the Amended Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by its attorney Preet Bharara, United States Attorney for the Southern District of New York, Jason H. Cowley, Assistant United States Attorney, of counsel, and Howard Lederer, by his attorney, Elliot Remsen Peters, Esq. of Keker & Van Nest, LLP, that:

1.  Howard Lederer shall have until March 19, 2012, to file an answer or otherwise respond to the Amended Complaint.

2. The signature pages of this Stipulation and Order may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument. Signature pages may be by fax and such signatures shall be deemed as valid originals.

AGREED AND CONSENTED TO:

PREET BHARARA
United States Attorney
Southern District of New York

By: _____          1/19/12
    Jason H. Cowley                          DATE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, New York 10007
    (212) 637-2479

HOWARD LEDERER

By: _____          1/16/12
    Elliot Remsen Peters                     DATE
    Keker & Van Nest, LLP
    710 Sansome Street
    San Francisco, CA 94111
    (415)-391-5400
    Counsel for Howard Lederer

SO ORDERED: _____          1/24/2012
            HONORABLE LEONARD B. SAND                DATE
            UNITED STATES DISTRICT JUDGE

3