UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 11 Civ. 2564 (LBS) |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER** |
| POKERSTARS, et al. | USDS SDNY |
| Defendants; | DOCUMENT |
| ALL RIGHT, TITLE AND INTEREST IN THE ASSETS OF POKERSTARS, et al., | ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 2-15-12 |
| Defendants-in-rem. | |

Upon the motion of Benjamin Souede, counsel for Defendant and Claimant Rafael Furst, and his declaration in support;

**IT IS HEREBY ORDERED** that

David H. Angeli
Angeli Law Group LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Phone: 503-954-2232
Fax: 503-227-0880
david@angelilaw.com

is admitted to practice *pro hac vice* as counsel for Mr. Furst in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of court.

Dated: _____

_____
The Honorable Leonard B. Sand
United States District Judge
Southern District of New York