```
                                        USDS SDNY
                                        DOCUMENT
                                        ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT            DOC #: _____
SOUTHERN DISTRICT OF NEW YORK           DATE FILED: 3-20-12
- - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,           :

                Plaintiff,          :    STIPULATION AND ORDER

          - v. -                    :
                                         11 Civ. 2564 (LBS)
POKERSTARS, et al.,                 :

                Defendants;         :

ALL RIGHT, TITLE AND INTEREST IN    :
THE ASSETS OF POKERSTARS, et al.,
                                    :
                Defendants-in-rem.
                                    :
- - - - - - - - - - - - - - - - - -x
```

WHEREAS, on or about April 14, 2011, a verified complaint, 11 Civ. 2564 (LBS) (the "Complaint") was filed under seal in the United States District Court for the Southern District of New York seeking the forfeiture of certain properties (the "Subject Property") pursuant to Title 18, United States Code, Sections 1955(d), 981(a)(1)(A), and 981(a)(1)(C), and seeking civil money laundering penalties pursuant to Title 18, United States Code, Section 1956 against, *inter alia*, PokerStars, Oldford Group Ltd., Rational Entertainment Enterprises Ltd., Pyr Software Ltd., Stelekram Ltd., and Sphene International Ltd. (collectively, the "PokerStars Companies");

WHEREAS, on or about May 27, 2011, the United States provided notice of the filing of the Complaint to the PokerStars Companies by and through their counsel, David M. Zornow, Esq. of Skadden, Arps, Slate, Meagher & Flom LLP;

WHEREAS, on or about July 5, 2011, the PokerStars Companies[1] waived service of the Complaint and Summons;

WHEREAS, on or about September 21, 2011, a verified amended complaint in this action (the "Amended Complaint") was filed seeking the forfeiture of the Subject Property and seeking civil money laundering penalties pursuant to Title 18, United States Code, Section 1956 against the PokerStars Companies;

WHEREAS, on or about October 31, 2011, the PokerStars Companies filed a verified claim for certain of the Subject Property;

WHEREAS, the PokerStars Companies have until March 19, 2012, to answer or otherwise respond to the Amended Complaint;

WHEREAS, the PokerStars Companies are in settlement discussions with the United States and have requested additional time to answer or otherwise respond to the Amended Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by its attorney Preet Bharara, United States Attorney for the Southern District of New York, Jason H. Cowley, Assistant United States Attorney, of counsel, and the PokerStars Companies, by their attorney, David M. Zornow, Esq., of Skadden, Arps, Slate, Meagher & Flom LLP, that:

---

[1] Pyr Software Ltd. waived service of the Complaint and Summons on July 4, 2011.

1. The PokerStars Companies shall have until May 14, 2012, to answer or otherwise respond to the Amended Complaint.

2. This Order is without prejudice to any rights, remedies, claims, or defenses of any of the parties hereto.

3   The signature pages of this Stipulation and Order may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument. Signature pages may be by fax and such signatures shall be deemed as valid originals.

AGREED AND CONSENTED TO:

PREET BHARARA
United States Attorney
Southern District of New York

By: _____        3/16/12
    Jason H. Cowley                        DATE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, New York 10007
    (212) 637-2193


POKERSTARS, OLDFORD GROUP LTD., RATIONAL ENTERTAINMENT
ENTERPRISES LTD., PYR SOFTWARE LTD., STELEKRAM LTD., and SPHENE
INTERNATIONAL LTD.


By: _____        3/16/12
    David M. Zornow, Esq.                 DATE
    Skadden, Arps, Slate, Meagher & Flom LLP
    Four Times Square
    New York, New York 10036
    (212) 735-2890
    Counsel for PokerStars, Oldford Group Ltd., Rational
    Entertainment Enterprises Ltd., Pyr Software Ltd., Stelekram
    Ltd., and Sphene International Ltd.


SO ORDERED:

_____            3/20/2012
HONORABLE LEONARD B. SAND                 DATE
UNITED STATES DISTRICT JUDGE

4