```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-20-12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,          :

        Plaintiff,         :   STIPULATION AND ORDER

     - v. -                      :
                                       11 Civ. 2564 (LBS)
POKERSTARS, et al,;                :

        Defendants;        :

ALL RIGHT, TITLE AND INTEREST IN   :
THE ASSETS OF POKERSTARS, et al.,
                                   :
        Defendants-in-rem.
                                   :
- - - - - - - - - - - - - - - - - -x

        WHEREAS, on or about September 21, 2011, an amended forfeiture and civil money laundering complaint (the "Amended Complaint") was filed in this matter seeking the forfeiture of certain properties (the "Subject Property") pursuant to Title 18, United States Code, Sections 1955(d), 981(a)(1)(A), and 981(a)(1)(C), and seeking civil money laundering penalties pursuant to Title 18, United States Code, Section 1956 against, among others, Raymond Bitar;

        WHEREAS, on or about September 28, 2011, claimant Raymond Bitar filed a Verified Claim asserting an ownership/possessory interest in certain Subject Properties;

        WHEREAS, on or about November 1, 2011, Raymond Bitar waived service of the Complaint and Summons;

        WHEREAS, Raymond Bitar has until March 19, 2012, to answer or otherwise respond to the Amended Complaint;

WHEREAS, Raymond Bitar has requested additional time to answer or otherwise respond to the Amended Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by its attorney Preet Bharara, United States Attorney for the Southern District of New York, Jason H. Cowley, Assistant United States Attorney, of counsel, and Raymond Bitar, by his attorney, Richard Ware Levitt, Esq. of Levitt & Kaizer, that:

1. Raymond Bitar shall have until May 14, 2012, to file an answer or otherwise respond to the Amended Complaint.

2. The signature pages of this Stipulation and Order may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument. Signature pages may be by fax and such signatures shall be deemed as valid originals.

AGREED AND CONSENTED TO:

PREET BHARARA
United States Attorney
Southern District of New York

By: _____          3/16/12
    Jason H. Cowley                         DATE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, New York 10007
    (212) 637-2479

RAYMOND BITAR

By: _____          3-16-2012
    Richard Ware Levitt, Esq.               DATE
    Levitt & Kaizer, Attorneys at Law
    40 Fulton Street, 23rd Street
    New York, NY 10038-5077
    (212) 480-4000
    Counsel for Raymond Bitar


SO ORDERED:

_____              3/20/2012
HONORABLE LEONARD B. SAND                   DATE
UNITED STATES DISTRICT JUDGE