UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
UNITED STATES OF AMERICA,                  :

        Plaintiff,                                             :

        v.                                                           :   Case No. 11 Civ. 2564 (LBS)

POKERSTARS, et al,                                  :   **RULE 7.1 DISCLOSURE STATEMENT OF BLANCA GAMES INC., OF ANTIGUA, ABSOLUTE POKER, ULTIMATE BET AND ABSOLUTE ENTERTAINMENT, S.A.**

        Defendants,                                       :

ALL RIGHT, TITLE AND INTEREST         :
IN THE ASSETS OF POKERSTARS, et al.
                                                                      :
        Defendants-in-rem.
----------------------------------------------------------x

Under Fed. R. Civ. P. 7.1, Blanca Games, Inc. of Antigua ("Blanca Games") and the following defendants: Absolute Poker, Ultimate Bet and Absolute Entertainment, S.A., by and through their attorneys, Blank Rome LLP, hereby disclose the following:

(i)     that Blanca Games does not have any parent corporation, and that no publicly held corporation holds 10% or more of its stocks; and

(ii)    that Blanca Games is the sole parent corporation of Absolute Poker, Ultimate Bet and Absolute Entertainment, S.A.

This disclosure statement does not constitute a waiver of any jurisdictional or other defense.

Dated: March 29, 2012

                                        Respectfully submitted,

                                        **BLANK ROME LLP**

                                        By:  /s/ Jerry Bernstein_____
                                                Jerry D. Bernstein
                                                Inbal Paz
                                                The Chrysler Building
                                                405 Lexington Avenue
                                                New York, New York 10174
                                                Tel:  (212) 885-5511
                                                *Counsel for Blanca Games, Inc. of Antigua,*
                                                   *Absolute Poker, Ultimate Bet and*
                                                   *Absolute Entertainment, S.A.*

**CERTIFICATE OF SERVICE**

      I, Inbal Paz, hereby certify that on March 29, 2012, I caused a true and correct copy of the foregoing Rule 7.1 Disclosure Statement of Blanca Games, Inc. of Antigua, Absolute Poker, Ultimate Bet and Absolute Entertainment, S.A. to be served via ECF to all attorneys of record in this case.

                                                      /s/ Inbal Paz____
                                                      Inbal Paz