UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------x
UNITED STATES OF AMERICA,            :

        Plaintiff,                    :

    v.                                :       Case No. 11 Civ. 2564 (LBS)

POKERSTARS, et al,                   :       NOTICE OF APPEARANCE

        Defendants,                   :

ALL RIGHT, TITLE AND INTEREST         :
IN THE ASSETS OF POKERSTARS, et al.
                                      :
        Defendants-in-rem.
-------------------------------------------------------x
```

**PLEASE TAKE NOTICE,** that Jerry D. Bernstein, Esq., of Blank Rome LLP, The Chrysler Building, 405 Lexington Avenue, New York, NY 10174, hereby enters his appearance on behalf of the following defendants: Blanca Games, Inc. of Antigua, Absolute Poker, Ultimate Bet and Absolute Entertainment, S.A., and requests that a copy of all notices and other papers in the above-captioned proceeding be served upon the undersigned.

Dated: March 29, 2012

                                            Respectfully submitted,

                                            **BLANK ROME LLP**

                                            By:  /s/ Jerry D. Bernstein_____
                                                   Jerry D. Bernstein
                                                   The Chrysler Building
                                                   405 Lexington Avenue
                                                   New York, New York 10174
                                                   Tel:  (212) 885-5511
                                                   *Counsel for Blanca Games, Inc. of Antigua,*
                                                        *Absolute Poker, Ultimate Bet and*
                                                        *Absolute Entertainment, S.A.*