UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------x
UNITED STATES OF AMERICA,              :

              Plaintiff,               :

       v.                              :      Case No. 11 Civ. 2564 (LBS)

POKERSTARS, et al,                     :      **NOTICE OF APPEARANCE**

              Defendants,              :

ALL RIGHT, TITLE AND INTEREST          :
IN THE ASSETS OF POKERSTARS, et al.
                                       :
              Defendants-in-rem.
-------------------------------------------------------x
```

**PLEASE TAKE NOTICE,** that Inbal Paz, Esq., of Blank Rome LLP, The Chrysler Building, 405 Lexington Avenue, New York, NY 10174, hereby enters her appearance on behalf of the following defendants: Blanca Games, Inc. of Antigua, Absolute Poker, Ultimate Bet and Absolute Entertainment, S.A., and requests that a copy of all notices and other papers in the above-captioned proceeding be served upon the undersigned.

Dated: March 29, 2012

                                        Respectfully submitted,

                                        **BLANK ROME LLP**

                                        By:  /s/ Inbal Paz_____
                                             Inbal Paz
                                             The Chrysler Building
                                             405 Lexington Avenue
                                             New York, New York 10174
                                             Tel:  (212) 885-5511
                                             *Counsel for Blanca Games, Inc. of Antigua,*
                                                 *Absolute Poker, Ultimate Bet and*
                                                 *Absolute Entertainment, S.A.*