

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 4, 2012

**BY HAND**
The Honorable Leonard B. Sand
United States District Judge
United States Courthouse
500 Pearl Street, Room 1650
New York, NY 10007

[ELECTRONICALLY FILED stamp: FILED: 4-4-12]

Re: United States v. PokerStars, et al.,
11 Civ. 2564 (LBS)

Dear Judge Sand:

    I write to respectfully request that the Initial Pre-Trial Conference (the "Conference") in this matter, presently scheduled for Monday, April 16, 2012 at 11:00 A.M., be adjourned until either May 7 or May 8, 2012. Upon serving the order setting the Conference to counsel for the defendants and claimants in this matter, I was informed of conflicts on April 16 and various other dates. Upon suggesting the dates of May 7 or May 8, various counsel consented to those dates, and no counsel has indicated an objection to setting the Conference for either of those dates.

*[Handwritten endorsement:]*

Endorsement

Adjourned to May 8, 2012 at 4:30 PM in Court Room 15A.

So ordered

/s/ Sand  SD
4/4/2012

MEMO ENDORSED

In order to ensure that all counsel in this matter may appear, the Government respectfully requests an adjournment of the Conference until to May 7 or May 8, 2012.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By: _____ (For.)
Sharon Cohen Levin
Michael D. Lockard
Jason H. Cowley
Assistant United States Attorney
(212) 637-1060/2193/2479

SO ORDERED:

_____
The Honorable Leonard B. Sand
United States District Judge

cc:   See attached service list