

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*



June 29, 2012

**BY HAND**
Honorable Leonard B. Sand
United States District Judge
United States Courthouse
500 Pearl Street, Room 1650
New York, NY 10007

      Re:    *United States v. Pokerstars, et al.*,
              11 Civ. 2564 (LBS)

Dear Judge Sand:

    The Government respectfully writes to request a brief adjournment of certain upcoming deadlines in this action in order to facilitate, and hopefully, to successfully conclude, certain ongoing settlement communications.

    Specifically, we request the following amendments to the current scheduling order:

1. Motions to dismiss and/or answers from those parties whose time has not expired to file such motions and answers, and motions to strike claims shall be filed by July 9, 2012, instead of the current deadline of July 2, 2012.

2. Opposition to all motions to dismiss and strike shall be filed by July 30, 2012 instead of July 23, 2012.

3. Replies shall be filed by August 13, 2012 instead of August 3, 2012.

4. Amended pleadings filed as a matter of course pursuant to Rule 15(a)(1) shall be filed by August 6, 2012 instead of July 30, 2012.

    All other deadlines shall remain the same.

     The undersigned has provided notice of this application to all parties in this action. All parties that have contacted the Government have provided their consent. None have opposed.

                                          Respectfully submitted,

                                          PREET BHARARA
                                          United States Attorney for the
                                          Southern District of New York

By: _____
      Sharon Cohen Levin
      Michael D. Lockard
      Jason H. Cowley
      Assistant United States Attorney
      (212) 637-1060/2193/2479

cc: counsel for all parties (by email)

SO ORDERED: JUN 29 2012

*George B. Daniels*
The Honorable Leonard B. Sand
United States District Judge
HON. GEORGE B. DANIELS

2