## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

———

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
212.735.2890
DIRECT FAX
917.777.2890
EMAIL ADDRESS
DAVID.ZORNOW@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

July 9, 2012

**BY HAND DELIVERY**

Hon. Leonard B. Sand
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-10-12
```

      RE:    *United States v. PokerStars, et. al.*, 11-CV-2564 (LBS)

Dear Judge Sand:

      We write as counsel for PokerStars, Oldford Group Ltd., Rational Entertainment Enterprises Ltd., Pyr Software Ltd., Stelekram Ltd., and Sphene International Ltd. (defined as the "PokerStars Companies") in the above-referenced action.

      The PokerStars Companies intend to file herewith a motion to dismiss the Verified First Amended Complaint (the "Complaint"), and respectfully request that the Court permit the filing of a memorandum of law of up to 51 pages. A memorandum of this length is needed in order to address the numerous issues raised in the 89 pages and 161 numbered paragraphs of the Complaint. The additional length is also warranted due to the fact that the Complaint raises novel issues of law, and asserts both *in rem* claims and a demand for at least $1.5 billion in civil penalties. Finally, the PokerStars Companies are filing one consolidated motion to dismiss, rather than separate motions, thus providing an additional basis for the request.

We have conferred with the United States Attorney's Office for the Southern District of New York, and they do not object to this request.

Respectfully submitted,

*David Zornow* /MMY

David M. Zornow

New York, NY
July 9, 2012

**SO ORDERED:**

*Leonard B. Sand*
Honorable Leonard B. Sand
United States District Judge

cc:     Counsel of Record