# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

———

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL
212.735.2890
DIRECT FAX
917.777.2890
EMAIL ADDRESS
DAVID.ZORNOW@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

July 9, 2012

**BY HAND DELIVERY**

Hon. Leonard B. Sand
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-10-12

RE:     *United States v. PokerStars, et. al.*, 11-CV-2564 (LBS)

Dear Judge Sand:

We write as counsel for PokerStars, Oldford Group Ltd., Rational
Entertainment Enterprises Ltd., Pyr Software Ltd., Stelekram Ltd., and Sphene
International Ltd. (defined as the "PokerStars Companies") in the above-referenced
action to request permission to file under seal an exhibit to the PokerStars
Companies' Motion to Dismiss, filed today.

Exhibit A-5 to the Declaration of Anand S. Raman is a September 20,
2011, letter from the United States Attorney's Office to counsel for Chad Elie and
John Campos in the related matter of *United States v. Scheinberg, et al.*, 10-cr-336
(LAK). The letter purports to "refer to confidential material produced pursuant to [a]
protective order," and requests that to the extent it is used in a court filing, it be
submitted to the court under seal. In order to comply with the request contained in
the letter, we respectfully request permission to file the letter under seal.

We have conferred with the United States Attorney's Office for the Southern District of New York, and they do not object to this request.

Respectfully submitted,

*David Zornow /MMY*

David M. Zornow

New York, NY
July 9, 2012

**SO ORDERED:**

*Leonard B. Sand*

Honorable Leonard B. Sand
United States District Judge

cc:   Counsel of Record