U.S. Department of Justice

*United States Attorney*
*Southern District of New York*





*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 10, 2012

**BY HAND**
Honorable Leonard B. Sand
United States District Judge
United States Courthouse
500 Pearl Street, Room 1650
New York, NY 10007

    Re:    *United States v. Pokerstars, et al.*,
             11 Civ. 2564 (LBS)

Dear Judge Sand:

    The Government respectfully writes to request a brief adjournment of certain upcoming deadlines.

    Specifically, we request the following amendments to the current scheduling deadlines in regard to the Government, Raymond Bitar, the Full Tilt Poker entities ("Full Tilt") and the Commonwealth of Kentucky ("Kentucky"):

1. Bitar, Full Tilt, and Kentucky shall have until July 16, 2012 to file a motion to dismiss and the Government shall have until that same date to file a motion to strike the claims of Bitar, Full Tilt, and Kentucky.

2. Unless further amended by the Court, opposition to any motions to dismiss filed by Bitar, Full Tilt, or Kentucky, and the Government's motion to strike the claims of Bitar, Full Tilt or Kentucky shall be filed by August 6, 2012.

3. Replies regarding such motion to dismiss and any such motions to strike shall be filed by August 13, 2012.

All other deadlines shall remain the same.

The undersigned has provided notice of this application to Kentucky, Bitar, and Full Tilt and these parties consent.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By: _____ (For)
Sharon Cohen Levin
Michael D. Lockard
Jason H. Cowley
Assistant United States Attorney
(212) 637-1060/2193/2479

cc: counsel for Bitar, Full Tilt, and Kentucky (by email)

SO ORDERED:

_____
The Honorable Leonard B. Sand
United States District Judge

July 11, 2012