UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>            Plaintiff,<br><br>        v.<br><br>POKERSTARS ET AL.<br><br>            Defendants,<br><br>ALL RIGHT, TITLE AND INTEREST IN THE ASSETS OF POKERSTARS, ET AL..<br><br>            Defendants *in rem*. | No. 11 CIV 2564 (LBS) |

NOTICE OF MOTION FOR LEAVE TO PARTCIPATE AS AMICUS CURIAE
BY THE POKER PLAYERS ALLIANCE

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Points and Authorities, and any additional oral or written argument or evidence later presented to the Court, The Poker Players Alliance ("PPA") will respectfully moves this Court, before the Honorable Judge Leonard B. Sand, at a date and time convenient for the Court, in Courtroom 15A at the at the United States Courthouse, 500 Pearl Street, New York, New York, for leave to participate as *amicus curiae* in this matter, and if granted, that this Court file the Brief attached as Exhibit 1 to its motion in Support of Defendants' Oldford Group LTD, PYR Software Ltd., Rational Entertainment Enterprises LTD., Sphene International Ltd., Stelekram Ltd. (collectively the "PokerStars Defendants") Motion to Dismiss for Failure to State a Claim (Dkt. 201).[1]   In

---

[1] Numerous defendants in this case have filed numerous motions to dismiss. *See* Dkt. 189 (Motion to Dismiss by Howard Lederer), Dkt. 191 (Motion to Dismiss by Rafael Furst), Dkt 193 (Motion to Dismiss by Telamonian Ajax Trust), Dkt. 195 (Motion to Dismiss by Christopher Ferguson), Dkt 197 (Motion to Dismiss by Oldford Group LTD,

connection with this motion, the PPA has consulted with counsel for the PokerStars Defendants, the FullTilt Defendants,[2] the Absolute Poker Defendants,[3] Howard Lederer, Chris Ferguson, and Raymond Bittar all of whom consented to or took no position as to the PPA's participation as *amicus*.  It has also consulted with the United States Attorney's Office for the Southern District of New York, which takes no position on the PPA's motion.

**DATED**: July 12, 2012

                                                        Respectfully submitted,

                                                        _____/s/_____
Kenneth Dreifach (Bar Code  KD 4816)
ZwillGen PLLC
415 Madison Avenue, 11th Floor
New York, NY 10017
ken@zwillgen.com
Tel: (347) 210.1798
On Behalf of the Poker Players Alliance

---

PYR Software Ltd, Rational Entertainment Enterprises LTD., Sphene International Ltd., Stelekram Ltd..).  The reasoning in the PPA's proposed *amicus* brief supports dismissal pursuant to each Defendant's motion.
[2] The "Full Tilt" Defendants are: Filco Ltd., Kolyma Corporation A.V.V., Mail Media Ltd., Pocket Kings Consulting, Ltd., Pocket Kings Ltd., Ranston Ltd., Tiltware LLC, and Vantage Ltd..
[3] Absolute Entertainment, S.A., Absolute Poker, Blanca Games, Inc. of Antigua, and Ultimate BET.