USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-16-12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

        Plaintiff,

  v.

POKERSTARS, et al.

        Defendants.

ALL RIGHT, TITLE AND INTEREST IN THE ASSETS OF POKERSTARS, et al.

        Defendants-in-rem

---

11 Civ. 2564 (LBS)

**ORDER**

SAND, J.,

Upon application of Defendant Raymond Bitar, it is hereby ordered that these proceedings be stayed as to Raymond Bitar until the completion of the criminal proceedings against him in *United States v. Bitar*, 12 Cr. 529 (BSJ).

This Order is without prejudice to the right of the United States to seek the forfeiture of the assets of Full Tilt Poker and its affiliates during the period of the stay.

SO ORDERED.

Dated: July 16, 2012
      New York, NY

*Leonard B. Sand*
─────────────────
U.S.D.J.