UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| POKERSTARS, ET AL., ) | Civil Action No. 1:11-cv-02564-LBS |
| ) | |
| Defendants, ) | |
| ) | |
| ALL RIGHTS, TITLE & INTEREST ) | |
| IN THE ASSETS OF ) | |
| POKERSTARS, ETC., ) | |
| ) | |
| Defendants-In-Rem. ) | |

NOTICE OF MOTION TO STAY
IN REM CLAIMS AS TO DOMAIN DEFENDANTS

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and all prior pleadings and proceedings herein, and any additional oral or written evidence or argument later presented to the Court, the Commonwealth of Kentucky, *ex rel.*, J. Michael Brown, Secretary Justice and Public Safety Cabinet (the "Commonwealth"), by and through counsel, will respectfully move this Court, at a date and time convenient for the Court, for an order to stay this action in regard to the *in rem* defendant domain names pokerstars.com, fulltiltpoker.com, absolutepoker.com and ultimatebet.com in favor of the prior exclusive jurisdiction of the Franklin Circuit Court in Frankfort, Kentucky.

PLEASE TAKE FURTHER NOTICE that, pursuant this Court's July 11, 2012, Order, Plaintiff shall file its Response by August 6, 2012, and the Commonwealth shall file its Reply by August 13, 2012.

DATED: July 16, 2012

        Respectfully submitted,

/s/ D. Eric Lycan (*pro hac vice*)
STEPTOE & JOHNSON, PLLC
1010 Monarch Street, Suite 250
P.O. Box 910810
Lexington, Kentucky 40513
Telephone:  (859) 255-7080
Facsimile:   (859) 255-6903
eric.lycan@steptoe-johnson.com

*Attorney for Commonwealth of Kentucky ex rel., J. Michael Brown, Secretary Justice and Public Safety Cabinet*

To:

    Jason H. Cowley
    Michael D. Lockard
    United States Attorney's Office
    One Saint Andrew's Plaza
    New York, NY 10007
    Tel: (212) 637-1060
    Fax: (212) 637-0421
    Jason.Cowley@usdoj.gov
    Michael.Lockard@usdoj.gov