

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 13, 2012

**BY HAND**
Honorable Leonard B. Sand
United States District Judge
United States Courthouse
500 Pearl Street, Room 1650
New York, NY 10007



      Re:    *United States v. Pokerstars, et al.*,
             11 Civ. 2564 (LBS)

Dear Judge Sand:

      The Government respectfully writes in regard to the stipulation and order of settlement that was entered in regard to LST Financial, Inc. (the "LST Settlement") on July 11, 2012. As part of the LST Settlement, $6,062,116.49 of funds currently restrained are to be sent to the U.S. Marshals (the "Proposed Forfeited Funds").

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-16-12
```

Because other claimants, including the Oldford Group Ltd. and other PokerStars-related entities, have asserted an interest in the funds in those accounts, including the Proposed Forfeited Funds, the Government respectfully requests that the Court So Order that the Government maintain the Proposed Forfeited Funds in a seized asset account until such claims are resolved and that no final forfeiture of the Proposed Forfeited Funds can take place until the resolution of such claims. Counsel for the PokerStars-related entities consents to this application.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By: _____
Sharon Cohen Levin
Michael D. Lockard
Jason H. Cowley
Assistant United States Attorney
(212) 637-1060/2193/2479

cc: counsel for the Oldford Group, Ltd., Rational Entertainment Enterprises Ltd., Stelekram Ltd., and Sphene International Ltd.

SO ORDERED:

_____
The Honorable Leonard B. Sand
United States District Judge

7/16/12