```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA,         :
                                  :
          Plaintiff,              :
                                  :   NOTICE OF MOTION TO
                                  :   STRIKE THE CLAIM AND
     - v. -                       :   DISMISS THE COUNTER CLAIM
                                  :   OF THE COMMONWEALTH OF
                                  :   KENTUCKY
POKERSTARS, et al.                :
                                  :   11 Civ. 2564 (LBS)
          Defendants;             :
                                  :
                                  :
ALL RIGHT, TITLE AND INTEREST IN  :
THE ASSETS OF POKERSTARS, et al.; :
                                  :
          Defendants-in-rem.      :
- - - - - - - - - - - - - - - - - x
```

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the Government's Motion to Strike the Claim and Dismiss the Counter Claim of the Commonwealth of Kentucky, and upon all the pleadings heretofore filed in this action and all proceedings had herein, Plaintiff United States of America, by its attorney Preet Bharara, United States Attorney for the Southern District of New York, will move this Court, before the Honorable Leonard B. Sand, United States District Judge for the Southern District of New York, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, on a date and time to be set by the Court, for an Order striking the Claim of the Commonwealth of Kentucky, for lack of standing pursuant to Rule 12(b) and (c) of

the Federal Rules of Civil Procedure and Rule G(8)(c) of the Supplemental Rules for Certain Admiralty and Maritime Claims.

Dated:  New York, New York
        July 16, 2012

                                Respectfully submitted,

                                PREET BHARARA
                                United States Attorney for the
                                Southern District of New York

                        By:  _____/s/_____
                                SHARON COHEN LEVIN
                                MICHAEL D. LOCKARD
                                JASON H. COWLEY
                                Assistant United States Attorneys
                                One St. Andrews Plaza
                                New York, New York 10007
                                (212) 637-1060/2218/2479


To:  D. Eric Lycan, Esq.
     Steptoe & Johnson, PLLC
     1010 Monarch Street, Suite 250
     P.O. Box 910810
     Lexington, Kentucky 40513
     (859) 255-7080
     Counsel for Commonwealth of Kentucky