```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA,         :
                                  :
          Plaintiff,              :
                                  :     NOTICE OF MOTION TO
        - v. -                    :     (1) CONDUCT EXPEDITED
                                  :     DISCOVERY RELATING TO
                                  :     FUGITIVE DISENTITLEMENT
POKERSTARS, et al.                :     AND (2) STAY
                                  :     CONSIDERATION OF THE
          Defendants;             :     POKERSTARS CLAIMANTS'
                                  :     MOTION TO DISMISS THE
                                  :     VERIFIED FIRST AMENDED
ALL RIGHT, TITLE AND INTEREST IN  :     COMPLAINT
THE ASSETS OF POKERSTARS, et al.; :
                                        11 Civ. 2564 (LBS)
          Defendants-in-rem.      :

- - - - - - - - - - - - - - - - - x
```

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the Government's Motion to (1) Conduct Expedited Discovery Relating to Fugitive Disentitlement and (2) Stay Consideration of the Pokerstars Claimants' Motion to Dismiss the Verified First Amended Complaint, together with the Declaration of Assistant United States Attorney Jason H. Cowley in support thereof, all exhibits to such memorandum and declaration, and upon all the pleadings heretofore filed in this action and all proceedings had herein, Plaintiff United States of America, by its attorney Preet Bharara, United States Attorney for the Southern District of New York, will move this Court, before the Honorable Leonard B. Sand, United States District Judge for the Southern District of New York, at the United States

Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, on a date and time to be set by the Court, for an Order (1) Permitting the Government to Take Expedited Discovery Relating to Fugitive Disentitlement and (2) Staying Consideration of the Pokerstars Claimants' Motion to Dismiss the Verified First Amended Complaint.

Dated: New York, New York
       July 18, 2012

                              Respectfully submitted,

                              PREET BHARARA
                              United States Attorney for the
                              Southern District of New York

                    By:          /s/
                          SHARON COHEN LEVIN
                          JASON H. COWLEY
                          MICHAEL D. LOCKARD
                          Assistant United States Attorneys
                          One St. Andrews Plaza
                          New York, New York 10007
                          (212) 637-1060/2479/2193

To:
    David M. Zornow
    Anand Raman
    Skadden, Arps, Slate, Meagher & Flom LLP
    Four Times Square
    New York, New York 10036-6522
    (212) 735-3000 (telephone)

    Counsel for PokerStars Claimants