UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA,
                                    :
          Plaintiff,
                                    :

        - v. -                      :
                                         11 Civ. 2564 (LBS)
                                    :
POKERSTARS, et al.
                                    :
          Defendants;
                                    :
                                    :
ALL RIGHT, TITLE AND INTEREST IN
THE ASSETS OF POKERSTARS, et al.;  :

          Defendants-in-rem. :

- - - - - - - - - - - - - - - - - x

## DECLARATION OF JASON H. COWLEY

          JASON H. COWLEY, pursuant to the provisions of 28
U.S.C. § 1746, declares as follows:

          1.   I am an Assistant United States Attorney in the
office of Preet Bharara, United States Attorney for the Southern
District of New York.  I am one of the Assistant United States
Attorneys responsible for representing the Government in the
above-referenced case.  I respectfully submit this declaration in
support of the Government's motion to (1) Conduct Expedited
Discovery Relating to Fugitive Disentitlement, and (2) Stay
Consideration of the Pokerstars Claimants' Motion to Dismiss the
Verified First Amended Complaint.

2.    Attached hereto as **Exhibit A** is a true and correct copy of Indictment United States v. Scheinberg, et al., S3 10 Cr. 336 (LAK)(the "Indictment"), returned on or about March 10, 2011, and charging, among others, defendant Isai Scheinberg with a several federal criminal violations.

3.    Attached hereto as **Exhibit B** is a true and correct copy of a warrant for the arrest of defendant Isai Scheinberg issued on or about March 10, 2011 in relation to the Indictment.

4.    Attached hereto as **Exhibit C** is a true and correct copy of an Isai Scheinberg-related biographical page that was posted on the website gamblingsites.com.

5.    Attached hereto as **Exhibit D** is a true and correct copy of an order issued on or about February 7, 2012, by the Honorable Judge Lewis A. Kaplan in United States v. Scheinberg, et al., S3 10 Cr. 336 (LAK).

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   New York, New York
         July 18, 2012

_____
JASON H. COWLEY