

SDNY
MENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-19-12

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 17, 2012

**BY HAND**
Honorable Leonard B. Sand
United States District Judge
United States Courthouse
500 Pearl Street, Room 1650
New York, NY 10007

RECEIVED
JUL 17 2012
CHAMBERS OF
LEONARD B. SAND

    Re:    *United States v. Pokerstars, et al.*,
            11 Civ. 2564 (LBS)

Dear Judge Sand:

    Upon the request of the Full Tilt Poker entities ("Full Tilt"), the Government respectfully writes to request a brief adjournment of certain upcoming deadlines.

    Specifically, Full Tilt requests, without opposition from the Government, the following amendments to the current scheduling deadlines in regard to the Government and Full Tilt:

1. Full Tilt shall have until July 23, 2012, to file a motion to dismiss and the Government shall have until that same date to file a motion to strike the claim of Full Tilt.

2. Unless further amended by the Court, opposition to any motion to dismiss filed by Full Tilt and to any motion to strike the claim of Full Tilt filed by the Government shall be filed by August 13, 2012.

3. Replies regarding such motion to dismiss and such motion to strike shall be filed by August 20, 2012.

All other deadlines shall remain the same.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By: _____
Sharon Cohen Levin
Michael D. Lockard
Jason H. Cowley
Assistant United States Attorney
(212) 637-1060/2193/2479

cc: counsel for Full Tilt (by email)

SO ORDERED: *Leonard B. Sand*
_____
The Honorable Leonard B. Sand
United States District Judge
7/19/12