

**COZEN**
**O'CONNOR**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-25-12

A PROFESSIONAL CORPORATION

THE ARMY AND NAVY BUILDING   1627 I STREET, NW   SUITE 1100   WASHINGTON, DC 20006-1605
202.912.4800   1.800.540.1355   202.861.1905 FAX   www.cozen.com

July 23, 2012

**Barry Boss**
Direct Phone  202-912-4818
Direct Fax      866 413 0172
bboss@cozen.com

**VIA HAND DELIVERY**

The Honorable Leonard B. Sand
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:   *United States v. PokerStars, et. al.*, 11-cv-2564 (LBS)

Dear Judge Sand:

As counsel for Defendants and Claimants Tiltware LLC, Kolyma Corporation A.V.V., Pocket Kings Ltd., Pocket Kings Consulting Ltd., Filco Ltd., and Vantage Ltd., ("Full Tilt") we respectfully write to request a brief extension of the current deadline of July 23, 2012 for pleadings in response to the Verified First Amended Complaint. Full Tilt requests this extension in light of ongoing settlement negotiations.

Specifically, Full Tilt requests, without opposition from the Government, the following amendments to the current scheduling deadlines in regard to the Government and Full Tilt:

1. Full Tilt shall have until July 27, 2012, to file a motion to dismiss and the Government shall have until that same date to file a motion to strike the claim of Full Tilt.

2. Unless further amended by the Court, opposition to any motion to dismiss filed by Full Tilt and to any motion to strike the claim of Full Tilt filed by the Government shall be filed by August 17, 2012.

3. Replies regarding such motion to dismiss and such motion to strike shall be filed by August 24, 2012.

All other deadlines shall remain the same.

The Honorable Leonard B. Sand
July 23, 2012
Page 2

---

                                             Respectfully submitted,

                                             COZEN O'CONNOR

                                             Barry Boss

cc: AUSA Jason Cowley

New York, NY
July 25, 2012

                                             SO ORDERED:

                                             Honorable Leonard B. Sand
                                             United States District Judge

cc:    Counsel of Record