

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 26, 2012

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-27-12
```

**BY HAND**
Honorable Leonard B. Sand
United States District Judge
United States Courthouse
500 Pearl Street, Room 1650
New York, NY 10007

Re:   *United States v. Pokerstars, et al.*,
      11 Civ. 2564 (LBS)

Dear Judge Sand:

The Government and the Commonwealth of Kentucky ("Kentucky," together, the "Parties") have consulted and the Parties jointly request that the Government's motion to strike the claim of Kentucky (D.E. 223) and Kentucky's motion to stay the proceedings in regard to certain defendant property (D.E. 220) be withdrawn without prejudice to the Parties' ability to renew such motions at a later date.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By: _____
Sharon Cohen Levin
Michael D. Lockard
Jason H. Cowley
Assistant United States Attorney
(212) 637-1060/2193/2479

cc: counsel for Kentucky (by email)

SO ORDERED:

_Leonard B. Sand_   7/27/12
The Honorable Leonard B. Sand
United States District Judge