
Case 1:11-cv-02564-LBS   Document 233   Filed 07/27/12   Page 1 of 2

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-27-12

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 26, 2012



RECEIVED
JUL 26 2012
CHAMBERS OF
LEONARD B. SAND

**BY HAND**
Honorable Leonard B. Sand
United States District Judge
United States Courthouse
500 Pearl Street, Room 1650
New York, NY 10007

   Re: *United States v. Pokerstars, et al.*,
     11 Civ. 2564 (LBS)

Dear Judge Sand:

  Upon the request of Avoine - Servicio De Consultadoria E Marketing, LDA ("Avoine") and Cardroom International LLC ("Cardroom"), who each have requested additional time to respond to the Government's motions to strike their claims, the Government respectfully writes to request a brief adjournment of certain upcoming deadlines.

  Specifically, Avoine and Cardroom request, without opposition from the Government, the following amendments to the current scheduling deadlines in regard to the Government, Avoine, and Cardroom:

  1. Avoine and Cardroom shall have until August 13, 2012 to file oppositions to the Government's motions to strike their respective claims.

2. The Government shall have until August 27, 2012 to file any replies relating to these motions.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By: _____
Sharon Cohen Levin
Michael D. Lockard
Jason H. Cowley
Assistant United States Attorney
(212) 637-1060/2193/2479

cc: counsel for Avoine and Cardroom (by email)

SO ORDERED:

_____
The Honorable Leonard B. Sand
United States District Judge    7/27/12

2