UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Civil Action No.:  11-cv 02564-LBS |
| Plaintiff, | **AFFIDAVIT OF SERVICE** |
| v. |  |
| POKERSTARS; et al., |  |
| Defendants; |  |
| ALL RIGHT, TITLE AND INTEREST IN THE ASSETS OF POKERSTARS; etc., et al., |  |
| Defendants-In-Rem. |  |

STATE OF NEW YORK      )
                                          ) ss:
COUNTY OF NEW YORK  )

ROBERT GEE, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and is employed by McKenna Long & Aldridge LLP.

That on the 30th day of July, 2012, deponent caused to be served by ECF, a true and correct copy of  **(i) Opposition to Plaintiff's Motion to Strike the Claim of Robb Evans of Robb Evans & Associates LLC, Receiver; and (ii) Declaration of Gary Owen Caris Regarding Request for Judicial Notice of FTC Action Filings in Support of Opposition to Plaintiff's Motion to Strike the Claim of Robb Evans of Robb Evans & Associates LLC, Receiver** upon the following:

Adam Benjamin Michaels     michaela@pepperlaw.com

Anand S Raman     anand.raman@skadden.com

Barry H Berke     bberke@kramerlevin.com, docketing@kramerlevin.com

Benjamin Nessim Souede      ben@angelilaw.com, cheryl@angelilaw.com, olga@angelilaw.com

Christopher Francis Graham      cgraham@mckennalong.com, jvargas@mckennalong.com

Cody Shawn Harris      charris@kvn.com

Dani R. James      djames@kramerlevin.com

David Angeli      david@angelilaw.com

David Eric Lycan      eric.lycan@steptoe-johnson.com, michelle.laswell@steptoe-johnson.com

David M. Zornow      david.zornow@skadden.com

Dylan C. Braverman      dcbraverman@lewisjohs.com, dylanbraverman@gmail.com

Elizabeth Nicole Warin      nwarin@cozen.com

Elliot Remsen Peters      epeters@kvn.com, apicar@kvn.com, charris@kvn.com,

efiling@kvn.com, jsmith@kvn.com, SSchokrpur@kvn.com

Gary Owen Caris      gcaris@mckennalong.com, eupton@mckennalong.com

Inbal Paz      ipaz@blankrome.com, jhanner@blankrome.com, kreda@blankrome.com,

tpryan@blankrome.com

Jade Anne Burns      jburns@kramerlevin.com, docketing@kramerlevin.com

Jason Harris Cowley      jason.cowley@usdoj.gov, USANYS.ECF@USDOJ.GOV

Jeremy D. Frey      freyj@pepperlaw.com

Jerry D. Bernstein      jbernstein@blankrome.com, jhanner@blankrome.com,

kreda@blankrome.com, tpryan@blankrome.com

Julie Vianne Withers      jwithers@harriscutler.com

Kenneth Marc Dreifach      ken@zwillgen.com

Lawrence Steve Spiegel      lawrence.spiegel@skadden.com

Lenard Barrett Boss      bboss@cozen.com, ahenry@cozen.com, cmclean@cozen.com,

rbrodey@cozen.com

Leonard Anthony Rodes     lrodes@trflaw.com

Lesley Anne Hawes     lhawes@mckennalong.com

Michael Dennis Lockard     michael.lockard@usdoj.gov, USANYS.ECF@USDOJ.GOV

Michael Fred Bachner     mb@bhlawfirm.com

Paul Colinet     pcolinet@harriscutler.com

Richard Ware Levitt     rlevitt@richardlevitt.com, nkaizer@landklaw.com

Robert J Hantman     rhantman@hantmanlaw.com, zkozak@hantmanlaw.com

Steven Leigh Kessler     stevenkessler@msn.com

Thomas H. Burt     burt@whafh.com

That on the 30th day of July, 2012, deponent caused to be served, by mail, a true and correct copy of  **(i) Opposition to Plaintiff's Motion to Strike the Claim of Robb Evans of Robb Evans & Associates LLC, Receiver; and (ii) Declaration of Gary Owen Caris Regarding Request for Judicial Notice of FTC Action Filings in Support of Opposition to Plaintiff's Motion to Strike the Claim of Robb Evans of Robb Evans & Associates LLC, Receiver** upon the following::

Eric MacMichael
Keker & Van Nest LLP
633 Battery Street
San Francisco, CA 94111

Ian J. Imrich
Law Offices of Ian J. Imrich
10866 Wilshire Boulevard, Suite 1240
Los Angeles, CA 90024

Steven J. McCool
Mallon & McCool, LLC
1776 K Street, N.W., Suite 200
Washington, DC 20006

the addresses designated by said attorneys for that purpose, by depositing the same enclosed in a

pre-paid envelope in a U.S. Mail official depository under the exclusive care and custody of the

United States Postal Service within the State of New York.

Sworn to before me this
30th day of July, 2012

NOTARY PUBLIC

JOANNE SARLO
NOTARY PUBLIC, State of New York
No. 01SA4831775
Qualified in Kings County
Commission Expires August 31, 2013