U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*



August 3, 2012

**BY HAND**
Honorable Leonard B. Sand
United States District Judge
United States Courthouse
500 Pearl Street, Room 1650
New York, NY 10007

      Re:    *United States v. Pokerstars, et al.*,
              11 Civ. 2564 (LBS)

Dear Judge Sand:

      The Government respectfully writes to request that the deadline for the Government to file an amended complaint as a matter of course pursuant to Rule 15(a)(1) of the Federal Rules of Civil Procedure be moved to September 10, 2012 from its present date of August 6, 2012.

The undersigned has informed counsel for all remaining parties in this action of its intention to submit this application. All of the parties who have contacted the Government regarding this application have consented. None have opposed.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By: _____
Sharon Cohen Levin
Michael D. Lockard
Jason H. Cowley
Assistant United States Attorney
(212) 637-1060/2193/2479

cc (by email):
    Jonathon Harris, counsel for Chris Ferguson
    Elliot Peters, counsel for Howard Lederer
    David Angeli, counsel for Rafael Furst
    Richard Levitt, counsel for Raymond Bitar
    Eric Lycan, counsel for the Commonwealth of Kentucky
    Anand Raman, counsel for the PokerStars claimants
    Jerry Bernstein, counsel for the Absolute Poker claimants
    Leonard Rhodes, counsel for Avoine
    Thomas Burt, counsel for the Segal class
    Jeremy Frey, counsel for MAS and Ultra Safe Pay
    Robert Hantman, counsel for Cardroom International
    Gary Caris, counsel for Rob Evans

SO ORDERED:

_____   8/3/12
The Honorable Leonard B. Sand
United States District Judge