

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 30, 2012



**BY HAND**
Honorable Leonard B. Sand
United States District Judge
United States Courthouse
500 Pearl Street, Room 1650
New York, NY 10007

Re:     *United States v, Pokerstars, et al.,*
        11 Civ. 2564 (LBS)

Dear Judge Sand:

Upon the request of counsel for the Steve Segal class claimants, who has requested additional time to respond to the Government's motion to strike the Segal class's claim, the Government respectfully writes to request a brief adjournment of certain upcoming deadlines.

Specifically, counsel for the Segal class requests, without opposition from the Government, the following amendments to the current scheduling deadlines in regard to the Segal class and the Government:

1.  The Segal class shall have until August 13, 2012 to file an opposition to the Government's motion to strike its claim.

2.   The Government shall have until August 27, 2012 to file any replies relating to that motion.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By: _____

Sharon Cohen Levin
Michael D. Lockard
Jason H. Cowley
Assistant United States Attorney
(212) 637-1060/2193/2479

cc: counsel for the Segal class (by email)

SO ORDERED: _____

The Honorable Leonard B. Sand
United States District Judge

8/6/12

2