

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 1, 2012

**BY HAND**
Honorable Leonard B. Sand
United States District Judge
United States Courthouse
500 Pearl Street, Room 1650
New York, NY 10007

      Re:    *United States v. Pokerstars, et al.*,
                11 Civ. 2564 (LBS)

Dear Judge Sand:

      Upon the request of counsel for Avoine - Servicio De Consultadoria E Marketing, LDA ("Avoine"), who has requested additional time to respond to the Government's motion for, *inter alia*, the interlocutory sale of all assets of several Absolute Poker-affiliated entities (D.E. 237), the Government respectfully requests that the following briefing schedule be set regarding that motion:

    1.    Avoine shall have until August 24, 2012 to respond to this motion.

2. The Government shall have until September 7, 2012 to file a reply relating to this motion.

                                  Respectfully submitted,

                                  PREET BHARARA
                                  United States Attorney for the
                                  Southern District of New York

By: _____
                                  Sharon Cohen Levin
                                  Michael D. Lockard
                                  Jason H. Cowley
                                  Assistant United States Attorney
                                  (212) 637-1060/2193/2479

cc: counsel for Avoine (by email)

SO ORDERED: _____
The Honorable Leonard B. Sand
United States District Judge