U.S. Department of Justice



*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 14, 2012

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/12

**BY HAND**
Honorable Leonard B. Sand
United States District Judge
United States Courthouse
500 Pearl Street, Room 1650
New York, NY 10007

   Re:  *United States v. Pokerstars, et al.,*
      11 Civ. 2564 (LBS)

Dear Judge Sand:

  The Government respectfully writes to request a brief adjournment of the Government's deadline to file a reply brief in further support of its motion for, *inter alia*, the interlocutory sale of all assets of several Absolute Poker-affiliated entities (D.E. 237), the Government respectfully requests that it have until September 21, 2012 to file its reply.

**MEMO ENDORSED**

Counsel for Avoine - Servicio De Consultadoria E Marketing, LDA ("Avoine") consents to this application.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By: _____

Sharon Cohen Levin
Michael D. Lockard
Jason H. Cowley
Assistant United States Attorney
(212) 637-1060/2193/2479

cc: counsel for Avoine (by email)

SO ORDERED   Leonard B. Sand   9/14/12
_____
The Honorable Leonard B. Sand
United States District Judge

2