

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 19, 2012

**BY HAND**
Honorable Leonard B. Sand
United States District Judge
United States Courthouse
500 Pearl Street, Room 1650
New York, NY 10007

      Re:    *United States v. Pokerstars, et al.*,
                11 Civ. 2564 (LBS)

Dear Judge Sand:

      The Government writes regarding three claimants and today's answer deadline of October 19, 2012.

      In regard to claimant Robb Evans, Receiver ("Robb Evans"), a motion to strike his claim is currently pending. Counsel for Robb Evans requests, in an effort to avoid unnecessary expense, that Robb Evans be permitted to file his answer to the Second Amended Complaint 30 days after the Court rules on the Government's motion to strike, if the Court denies such motion.

      In regard to claimants Mas, Inc. and Ultra Safe Pay, LLC, these two claimants have indicated that they may seek to join any motions to dismiss filed by claimant-defendants Lederer, Furst, and Ferguson on November 16, 2012. Accordingly, these two claimants request that their deadline to answer or otherwise respond to the Second Amended Complaint be set for November 16, 2012.

The Government does not oppose these requests.

                    Respectfully submitted,

                    PREET BHARARA
                    United States Attorney for the
                    Southern District of New York

By: _____ (Fon)
      Sharon Cohen Levin
      Michael D. Lockard
      Jason H. Cowley
      Assistant United States Attorney
      (212) 637-1060/2193/2479

cc: (by email)
Jeremy Frey, counsel for MAS, Inc. and Ultra Safe Pay, LLC;
Gary Caris, Counsel for Robb Evans

SO ORDERED: *Leonard B. Sand*

_____ 10/19/12
The Honorable Leonard B. Sand
United States District Judge