


U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/13

MEMO ENDORSED

April 4, 2013

**BY HAND**
The Honorable Kimba M. Wood
United States District Judge
United States Courthouse
500 Pearl Street, Room 1910
New York, NY 10007

      Re:   *United States v. Pokerstars, et al.*,
           11 Civ. 2564 (KMW)

Dear Judge Wood:

      The Government writes in regard to its pending motion to strike the claim of Robb Evans, of Robb Evans and Associates LLC ("Robb Evans") (D.E. 199). That motion related to the scope of the receivership established by the United States District Court for the District of Nevada in the case captioned *Federal Trade Commission v. Johnson, et al.*, 2:10 Civ. 2203 (MMD-GWF) (the "Nevada Action"). A recent ruling in the Nevada Action addressed the scope of the receivership established in that case and, based on that order, the Government no longer seeks to pursue its pending motion to strike.

Accordingly, the Government respectfully requests that its pending motion to strike the claim of Robb Evans (D.E. 199) be withdrawn, with such withdrawal being without prejudice to the Government's ability to file a motion to strike on different grounds if the Government so chooses.

GRANTED
KMW

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By: _____
Sharon Cohen Levin
Michael D. Lockard
Jason H. Cowley
Assistant United States Attorney
(212) 637-1060/2193/2479

So Ordered: 4-17-13

_____
The Honorable Kimba M. Wood
United States District Judge

cc: (by email)
    Gary Caris, Counsel for Robb Evans