```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/26/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,          :

        Plaintiff,          :     NOTICE OF DISMISSAL
                                          IN REGARD TO
    - v. -                       :     CHRISTOPHER FERGUSON

POKERSTARS, et al.,                :
                                          11 Civ. 2564 (KMB)
        Defendants;         :

ALL RIGHT, TITLE AND INTEREST IN THE :
ASSETS OF POKERSTARS, et al.,
                                     :
        Defendants-in-rem.
                                     :
- - - - - - - - - - - - - - - - - - - x

        WHEREAS, on or about April 14, 2011, a verified complaint, 11 Civ. 2564 (LBS) was filed under seal in the United States District Court for the Southern District of New York seeking the forfeiture of various assets pursuant to Title 18, United States Code, Sections 1955(d), 981(a)(1)(A), and 981(a)(1)(C);

        WHEREAS, on or about September 21, 2011, a verified amended complaint in this action was filed seeking the forfeiture of, inter alia, all right, title, and interest in the funds held in Account numbered 40039049628 held at Citibank, N.A., in the name of Christopher Ferguson (the "Ferguson Account"), and all funds traceable thereto;

        WHEREAS, on or about September 10, 2012, a verified second amended complaint (the "Complaint") was filed seeking the forfeiture

of funds held in the Ferguson Account, and all funds traceable thereto, and also sought a civil money laundering penalty judgment of $42 million against Christopher Ferguson ("Ferguson"), with that amount representing the sum of alleged criminal proceeds transferred to Ferguson from defendant entity Full Tilt Poker;

WHEREAS, Ferguson contends that Full Tilt Poker was a legitimate business providing services to its customers within the bounds of the law;

WHEREAS, on or about November 28, 2011, Ferguson filed a verified claim for the Ferguson Account Funds, asserting an ownership in said property;

WHEREAS, Ferguson, admitting no wrongdoing in connection herewith, has settled this matter;

WHEREAS, on or about March 11, 2013, this Court entered an Amended Stipulation and Order of Settlement (the "Amended Settlement Order") that had been executed by the United States and Ferguson;

WHEREAS, the Amended Settlement Order set forth the terms of the settlement agreement between the United States and Ferguson;

WHEREAS, Ferguson has complied with the terms of the Amended Settlement Order;

WHEREAS, this matter being fully and finally resolved

between the United States and Ferguson, the United States seeks to dismiss with prejudice its in rem action against the Ferguson Account, and to dismiss with prejudice its civil money laundering claims against Ferguson;

    IT IS HEREBY ORDERED that:

    1.    The in rem forfeiture action against the Ferguson Account is dismissed with prejudice; and

    2.    The civil money laundering claims against Ferguson are dismissed with prejudice.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York
Attorney for Plaintiff

By: *[signature: Christine Magdo]*          3/17/14
    Sharon Cohen Levin            DATE
    Michael D. Lockard
    Jason H. Cowley
    Christine Magdo
    Assistant United States Attorneys
    One St. Andrew's Plaza
    New York, New York 10007
    (212) 637-1060/2193/2479/2297

SO ORDERED:

*[signature: Kimba M. Wood]*          3/24/14
HONORABLE KIMBA M. WOOD            DATE
UNITED STATES DISTRICT JUDGE

3