**MEMO ENDORSED**

RECEIVED
JUN 25 2014
CHAMBERS OF KIMBA M WOOD
U.S.D.J.-S.D.N.Y.

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/14

June 24, 2014

**BY HAND**
The Honorable Kimba M. Wood
United States District Judge
United States Courthouse
500 Pearl Street, Room 1910
New York, NY 10007

      Re:    *United States* v. *Pokerstars, et al.*,
              11 Civ. 2564 (KMW)

Dear Judge Wood:

      The Government respectfully submits this letter in regard to the Government's pending motion to strike the claim of Cardroom International LLC ("Cardroom") (D.E. 203) in this forfeiture action. Pursuant to the Court's Order of March 26, 2014 (D.E. 313) and a subsequent scheduling order (D.E. 316), the Government filed a consolidated memorandum of law in support of its motion on May 23, 2014 (D.E. 317) and Cardroom filed its response in opposition to the motion on June 14, 2014 (D.E. 319).

      Upon reviewing Cardroom's opposition and the declaration attached to its opposition, the Government disagrees with, *inter alia*, certain factual assertions made by Cardroom and requests the opportunity to file a short reply brief of no more than ten pages. Counsel for Cardroom consents to this application, provided that Cardroom has the opportunity to file a brief sur-reply.

*Granted.*
*KMW*

[Additional Text on Following Page]

In regard to timing, both attorneys for the Government responsible for this matter are presently engaged in multi-week jury trials. The Government therefore respectfully requests that the Government have until July 18, 2014 to file its reply and that Cardroom have until August 1, 2014 to file its sur-reply, and that a page limit of ten pages be imposed in regard to both of these filings. Cardroom consents to this proposed briefing schedule.

*So ordered. KMW*

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By: _____
Jason H. Cowley/Christine Magdo
Assistant United States Attorney
(212) 637-2200

cc: (by email)
Robert J Hantman, Zachary Kozak, and Cyrus Sanai,
Counsel for Cardroom International LLC.

SO ORDERED, N.Y., N.Y., 6-25-14

*Kimba M. Wood*

**KIMBA M. WOOD**
**U.S.D.J.**