# KEKER & VAN NEST LLP

633 Battery Street
San Francisco, CA 94111-1809
415 391 5400
kvn.com

**Elliot R. Peters**
(415) 676-2273
epeters@kvn.com

December 2, 2014

Hon. Kimba M. Wood
United State District Court Judge
Daniel Patrick Moynihan United States Courthouse
Courtroom 18B
500 Pearl Street
New York, NY 10007-1312

Re:   *United States v. Pokerstars, et al.*, No. 11 Civ. 2564 (KMW)

Dear Judge Wood:

We write regarding the Stipulation and Order Dismissing Case with Prejudice, which the parties (the United States and Mr. Lederer) agreed to, executed, and we then filed in the referenced case on October 30, 2014. *See* Dkt. No. 324 (attached hereto as Exhibit A).

Given that the government has acknowledged that Mr. Lederer has fully complied with his obligations under the settlement agreement, the case should be dismissed with prejudice as to him. *See* Dkt. No. 295 at paragraph 9. Accordingly, we write respectfully to ask that the Court execute the stipulation and order, dismissing all claims against Mr. Lederer with prejudice.

If there is any other information the Court requires, we would be happy to provide it. We appreciate the Court's courtesy in considering this letter.

Respectfully submitted,

*[signature]*

Elliot R. Peters

ERP:csh

cc:   Andrew Goldstein

Encl.

883826