```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/14
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> POKERSTARS; et al., <br><br> Defendants. <br><br> ALL RIGHT, TITLE AND INTEREST IN THE ASSETS OF POKERSTARS, et al.; <br><br> Defendants-In-Rem. | Case No. 11 Civ. 2564 (KMW) |

## STIPULATION AND ORDER DISMISSING CASE WITH PREJUDICE

**WHEREAS,** pursuant to the Stipulation and Order of Settlement in Regard to Howard Lederer ("Settlement") (Dkt. No. 295), entered on December 18, 2012, in the matter of *United States v. Pokerstars*, et al., No. 11 Civ. 2564 (S.D.N.Y.), Defendant Howard Lederer agreed to forfeit certain money and property to the government;

**WHEREAS,** the government has taken possession of all of the money and property identified as subject to forfeiture in the Settlement;

**WHEREAS,** Settlement Paragraph 9 provides that "Upon the United States' taking possession of the entirety of the Forfeited Property, which the United States shall note through a filing on the docket, the *in rem* forfeiture action against the remaining Defendant Property and the civil money laundering claims against Lederer shall be dismissed with prejudice";

**IT IS HEREBY STIPULATED** by and between the UNITED STATES OF AMERICA, through its undersigned counsel, Assistant United States Attorney Andrew Goldstein, and Defendant HOWARD LEDERER, through his undersigned counsel Elliot R. Peters, that all

1

872698.01

claims against Howard Lederer in connection with this action, and all claims asserted *in rem* against property as to which Howard Lederer filed a claim, be DISMISSED WITH PREJUDICE pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: October 29 2014                    Respectfully submitted,

/s/ Elliot R. Peters
Elliot R. Peters
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111-1809
415 391 5400  (Telephone)
415 397 7188  (Facsimile)
Email: epeters@kvn.com

**Attorneys for Defendant and Claimant
HOWARD LEDERER**

Dated: October 29 2014

By: /s/ Andrew Goldstein
Andrew Goldstein
Assistant United States Attorney
One St. Andrew's Plaza
New York, NY 10007
Phone: (212) 637-1559
Email: Andrew.Goldstein@usdoj.gov

**Attorney for Plaintiff
UNITED STATES OF AMERICA**

[PROPOSED] ORDER

IT IS SO ORDERED.

DATED: 12-2-, 2014                    /s/ Kimba M. Wood
Hon. Kimba M. Wood
U.S. District Court Judge

2

872698.01