UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

UNITED STATES OF AMERICA,

        Plaintiff,

    -v.-

POKERSTARS, et al.;

        Defendants,

ALL RIGHT, TITLE AND INTEREST IN THE
ASSETS OF POKERSTARS, et al.

        Defendants-*in-rem*..
------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/21

JUDGMENT OF FORFEITURE

11-CV-2564 (KMW)

        WHEREAS, on or about April 14, 2011, the United States commenced an *in rem* forfeiture action seeking the forfeiture of, *inter alia*, approximately \$33,743.75 formerly on deposit at Bank of America Account number 003678667131 held in the name of EZO, LLC (the "Defendant-*in-rem*") alleging that the Defendant-*in-rem* is subject to forfeiture pursuant to Title 18, United States Code, Sections 981(a)(1)(A), (C) and 1955(d);

        WHEREAS, notice of the Verified Complaint against the Defendant-*in-rem* was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on May 16, 2011, through June 14, 2011, and proof of such publication was filed with the Clerk of this Court on November 22, 2011 (D.E. 117);

        WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the notice of forfeiture specified the Defendant-*in-rem* and the intent of the United States to forfeit and dispose of the Defendant-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate

1

the validity of their alleged legal interest in the Defendant-*in-rem*, within sixty days from the first day of publication of the Notice on the official government internet site;

WHEREAS, there are no individuals and/or entities known to the Government to have a potential interest in the Defendant-*in-rem*; and

WHEREAS, no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Defendant-*in-rem* shall be, and the same hereby is forfeited to the plaintiff United States of America.

2. The United States Marshals Service (or its designee) shall dispose of the Defendant-*in-rem*, according to law.

Dated: New York, New York
November 16, 2021

SO ORDERED:

_____
THE HONORABLE KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE